IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR　　　　　　　　　　　PLAINTIFF
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED

v.　　CASE NO. 1:23-CV-3

ANTHONY RAYMOND KELLY　　　　　　　　　　　　　　　DEFENDANTS

AND

GREGORY SCOTT PLUMMER

AND

JOSHUA CALEB JACKSON

AND

WILLIAM ZACHARY MONTGOMERY

AND

SAMUEL DALE OSBORNE

## MOTION TO DISMISS

COMES NOW, the Defendant Samuel Dale Osborne, by and through counsel, and moves the Court to dismiss Plaintiff's Fourth and Fifth claims against Defendant Osborne for Gross Negligence (Count IV) and Willful and Wanton Negligence (Count V) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The nature and grounds for Defendant Osborne's motion are more particularly set forth in his attached brief in support of his motion to dismiss.

WHEREFORE, Defendant Osborne requests that the Court dismiss counts IV and V against him.

1

Respectfully Submitted,
Samuel Osborne


/s/Jeremy B. O'Quinn/s/
Jeremy B. O'Quinn
Virginia State Bar Number: <u>78891</u>
Attorney for **Samuel Dale Osborne**
The O'Quinn Law Office, PLLC
P.O. Box 2327
532 W. Main Street
Wise, VA 24293
Telephone: (276) 679-2111
Fax: (276) 679-2112
E-mail theoquinnlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I, Jeremy B. O'Quinn, do hereby certify that I have electronically filed the foregoing **Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record on **March 16th, 2023**


/s/Jeremy B. O'Quinn/s/
Jeremy B. O'Quinn
Virginia State Bar Number: <u>78891</u>
Attorney for **Samuel Dale Osborne**
The O'Quinn Law Office, PLLC
P.O. Box 2327
532 W. Main Street
Wise, VA 24293
Telephone: (276) 679-2111
Fax: (276) 679-2112
E-mail theoquinnlawoffice@gmail.com