IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Abingdon Division

| | |
|---|---|
| KYMBERLY HOBBS, Administrator etc., )<br>)<br>      Plaintiff,            )<br>)<br>v.                                     )<br>)<br>ANTHONY RAYMOND KELLY, etc.,   )<br>)<br>      Defendants.      )<br>_____/ | Case No. 1:23cv00003 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the following Defendant:

    Travis Poston.

    I certify that I am admitted to practice in this Court.

<u>January 19, 2024</u>
Date

                                                    Respectfully submitted,

                                                    <u>/s/ D. Patricia Wallace</u>
                                                    D. Patricia Wallace, VSB #92964
                                                    Assistant Attorney General
                                                    Office of the Attorney General
                                                    Criminal Justice & Public Safety Division
                                                    202 North 9th Street
                                                    Richmond, Virginia 23219
                                                    Tel.: 804-786-2912; Fax: -4239
                                                    E -mail:  pwallace@oag.state.va.us
                                                    *(Counsel for Defendant Poston)*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel for Plaintiff and Defendants.

s/ D. Patricia Wallace<br>
D. Patricia Wallace, VSB #92964<br>
Assistant Attorney General