## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

| | |
|---|---|
| **KYMBERLY HOBBS,** Administrator of the Estate of Charles James Givens, Deceased, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **ANTHONY RAYMOND KELLY, et al.,** | ) ) ) |
| Defendants. | ) |

**AMENDED SCHEDULING ORDER**
Case No. 1:23cv00003

This matter is before the court on the Defendants' Motion For Continuation Of Trial Date And Scheduling Order Deadlines, (Docket Item No. 52) ("Motion"). The Motion was heard by telephone conference call on March 1, 2024. Based on the arguments and representations contained in the Motion, and presented at the hearing, the Motion is **GRANTED**, and it is **ORDERED** as follows:

1. **The jury trial of this matter is CONTINUED to 9 a.m., on January 21-31, 2025, before the Hon. James P. Jones, Senior U.S. District Judge.**

2. Motions for summary judgment must be filed no later than 90 days before trial. Any response to the motion, including the brief in opposition, must be filed before the day of the hearing, or, in any event, no later than 14 days after service of the motion.

3. All discovery must be completed by 120 days before trial. This schedule requires that written discovery be served in sufficient time to allow the responding party time to respond before the cutoff date for discovery.

4. The plaintiff shall disclose expert witness testimony, as set forth in

Federal Rules of Civil Procedure Rule 26(a)(2), 180 days before trial.

    5.    The defense shall disclose expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), 150 days before trial.

    6.    The plaintiff shall disclose rebuttal expert witness testimony, as set forth in Federal Rules of Civil Procedure Rule 26(a)(2), 135 days before trial.

Other than as listed here, the terms of the original Scheduling Order remain in effect.

## Summary of Deadlines

| | | |
|---|---|---|
| 7. | Trial Date | January 21-31, 2025 |
| | Complete Discovery | 120 days before trial |
| | Plaintiff's Expert Disclosures | 180 days before trial |
| | Defense Expert Disclosures | 150 days before trial |
| | Plaintiff's Rebuttal Expert Disclosures | 135 days before trial |

**ENTERED:** March 1, 2024.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE