## Hobbs - today's call

Mark Krudys <mkrudys@krudys.com>
Fri 2/16/2024 10:15 AM

To:Timothy McAfee <tim@mcafee-law.com>;Tom Jackson <tom.jackson@tomjacksonlaw.com>;Thomas M. Jackson III, Esq. <tee.jackson@tomjacksonlaw.com>;Jeremy O'Quinn <theoquinnlawoffice@gmail.com>;Cameron Bell <cbell@pennstuart.com>;Paul Stanley <cpst3d@gmail.com>;Wallace, D. Patricia <PWallace@oag.state.va.us>
Cc:Will Amacker <wamacker@krudys.com>;Claire Chesney <cchesney@krudys.com>;Juliana <juliana@krudys.com>;Yelyzaveta Shevchenko <lyz@krudys.com>;Danny Zemel <dzemel@krudys.com>

This email will summarize today's call.

The parties have agreed to reserve for depositions the following dates:

Apr. 15

May 7, 8

June 10-14, 17, 20

July 10, 11

Aug. 19-30

If, and when it becomes clear that any of these dates are no longer needed, we will release them.

The Defendants will file a motion to continue the trial, which the Plaintiff will not object to with the understanding that reasonable trial dates will be selected. We are looking at around late November and December for the trial. The Defendants believe that two weeks is necessary for the trial. Please let me know if Defendants are unavailable for a two-week trial in Dec. or Jan.

Cameron anticipates that a hearing will be held before Judge Sargent to select trial dates.

Patricia said that she will file motions on behalf of her client as early as early next week.

As stated in a previous email, Plaintiff would initially like to depose Artrip, Poston, and Osborne, followed by the other Defendants, and will further id witnesses after Patricia completes production pursuant to our latest subpoena.

Best, Mark


Mark J. Krudys
The Krudys Law Firm, PLC
Truist Place
919 East Main Street, Suite 2020
Richmond, VA  23219
804.774.7950 Phone
804.381.4458 Fax
888.913.7836 Toll Free
mkrudys@krudys.com
www.krudys.com