**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DIVISION**
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

                                                                   Civil Action No.: 1:23-cv-00003

v.

ANTHONY RAYMOND KELLY, et al.,

      Defendants.

**PLAINTIFF'S PRETRIAL DISCLOSURES**

COMES NOW Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, and, pursuant to the Court's Rule 16(b) Scheduling Order (ECF Dkt. No. 31, *see also* ECF Dkt. No. 86 (setting the dates of the trial)), and Fed. R. Civ. P. 26(a)(3), herein files her Pretrial Disclosures.

**Witness List**

Plaintiff intends to call the following witnesses in her case-in-chief. (Unless otherwise noted, Plaintiff plans to call the witnesses in-person.)

1. Plaintiff Kymberly Hobbs
2. Ronald Danny West, Jr.
3. Edwin Catron
4. Debbie Douglas
5. Tammy Jones, NP
6. George Berry, Jr.
7. Special Agent Heath Seagle

8. Defendant Anthony Kelly

9. Defendant Joshua Jackson

10. Defendant Gregory Plummer

11. Defendant William Montgomery

12. Defendant Samuel Osborne

13. Defendant Travis Poston

14. Defendant Jeffrey Artrip

15. Brian Lee Harrington

16. Bryan Henley, DO

17. Eli Goodman, MD

18. Jesse Shriki, DO, MS, FACEP

19. William Oliver, MD, MS, MPA

20. Any necessary custodian of records (in the event that adequate stipulations are not reached)

21. Designation of the deposition of any witness unable to attend or outside the jurisdiction of the Court

22. Any witness necessary to authenticate exhibits

23. Any witness necessary for impeachment

The Plaintiff reserves the right to also call as a witness in her case-in-chief any witness designated by Defendants. Plaintiff also reserves the right to modify the foregoing list commensurate with the Court's orders.

**Exhibit List**

*Exhibits Plaintiff Expects to Offer*

| Exhibit No. ("P._") | Plaintiff's Deposition Exhibit No. (if any) | Bates No. (if any) | Title of Document |
|---|---|---|---|
| 1 | 110 | | Photo of Givens with his sister |
| 2 | | HOBBS008575; HOBBS008585; HOBBS008586; HOBBS008587; HOBBS008588; HOBBS008590; HOBBS008591; HOBBS008592; HOBBS008594; HOBBS008595; HOBBS008597; HOBBS008601; HOBBS008603; HOBBS008605; HOBBS008606; HOBBS008607; HOBBS008608 | Photos of Givens and his family |
| 3 | | HOBBS008612-008619 | Psychological Evaluation Report |
| 4 | | HOBBS008565-008567 | Guardianship Order |
| 5 | | HOBBS000011 | Qualification as Administrator |
| 6 | | | PLACEHOLDER, Audio excerpts from Catron phone calls |
| 7 | 115 | | Givens' death scene photos |
| 8 | 151 | MJKP 00317-00325 | Givens' death scene photos |

| 9 | 108 | HOBBS000002-000006 | Department of Health Report of Autopsy |
|---|---|---|---|
| 10 | 111 | 2VDOC000064-000110 | Death Certificate, Death Notice, Institutional Records File |
| 11 | Selected photos were introduced as 112, 166, 176 | HOBBS006061-006100 | Autopsy Photos of Givens |
| 12 |  | HOBBS005015-005023 | Report of Autopsy |
| 13 | 116 | HOBBS006115 | Photo of Cell Door 19 with Givens' Face Sheet |
| 14 | 117 |  | Fall Precaution Sign |
| 15 |  | HOBBS000001 | Letter to Kym Hobbs |
| 16 | 119 | 2_VDOC_001891-001897 | VDOC Facility Bed History |
| 17 | 66 | HOBBS000153 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 18 | 66A | HOBBS000155 – 000157 | Town of Marion, Marion Fire/EMS Patient Care Record |
| 19 | 66B | HOBBS004742 | Diagram of MCTC Wing |
| 20 | 66C | HOBBS004797 – 004801 | VDOC Health Services Consultation Report; 2B Logbook |
| 21 | 66D | HOBBS005082 – 005099 | VDOC Internal Incident Report |
| 22 | 66E | SIU000001 – 000013 | VDOC Incident Report |
| 23 | 66F | SIU000903 – 000977 | Special Investigations Unit Marion Correctional Treatment Center Incident Report |

4

| 24 | 66G | HOBBS000002 – 000008 | Department of Health Report of Autopsy |
| --- | --- | --- | --- |
| 25 | 67 | HOBBS006037-006052 | Virginia State Police Investigative Report – File No. 22-2333 |
| 26 | 69 | SIU000902 – 000977 | Special Investigations Unit Marion Correctional Treatment Center Incident Report |
| 27 | 73 | | VDOC Organizational Chart |
| 28 | 88 | 2_VDOC_000266-000324 | VDOC Memorandum, Report of Investigation – #180213MAR – (FINAL) |
| 29 | 96 | VDOC_002688-002689 | Emails with Stephanie Kennedy, Annasue Cook |
| 30 | 97 | VDOC_002913, 2916 | VDOC Employee Work Profile Work Description and Performance Plan |
| 31 | 154 | MKJP 00130 - MKJP 00174 | VDOC Health Services Consultation Report, 2B Logbooks, handwritten medical notes, P |
| 32 | 155 | MKJP 00193 - MKJP 00212 | Virginia State Police Investigative Report – File No. 22-2333 |
| 33 | 156 | MKJP 00301- MKJP 00316 | VDOC Officer's Log Sheet |
| 34 | 159 | VDOC_002640 - VDOC_002641 | 2B Logbook |
| 35 | 157 | MKJP 00232- MKJP 00300 | VDOC Incident Report |
| 36 | 150-1 | | Video of Hallway 02-05-2022, including excerpts |
| 37 | 125 | HOBBS006228 | MCTC 2B Main Hall Video Screenshot |

5

| | | | |
|---|---|---|---|
| | | | 02-05-2022 07:18:22 |
| 38 | 126 | HOBBS006228 | MCTC 2B Main Hall Video Screenshot 02-05-2022 07:26:25 |
| 39 | 127 | HOBBS006228 | MCTC 2B Main Hall Video Screenshot 02-05-2022 07:32:41 |
| 40 | 128 | HOBBS006228 | MCTC 2B Main Hall Video Screenshot 02-05-2022 07:37:34 |
| 41 | 150-2 | | Photo of Hallway 02-05-2022 07:57:40 |
| 42 | 150-3 | | Photo of Hallway 02-05-2022 08:02:15 |
| 43 | 150-4 | | Photo of Hallway 02-05-2022 08:27:19 |
| 44 | 150-5 | | Photo of Hallway 02-05-2022 08:58:13 |
| 45 | 150-6 | | Video of Hallway 02-05-2022 09:25:52 - 09:26:28 |
| 46 | 150-7 | | Photo of Hallway 02-05-2022 09:26:05 |
| 47 | 150-8 | | Video of Hallway 02-05-2022 09:30:12 - 09:30:59 |
| 48 | 150-9 | | Video of Hallway 02-05-2022 09:33:44 - 09:34:08 |
| 49 | 150-10 | | Photo of Hallway 02-05-2022 09:30:47 |
| 50 | 150-11 | | Photo of Hallway 02-05-2022 09:33:55 |
| 51 | 152 | MKJP 00107 | Diagram of MCTC wing |
| 52 | 113 | | Photo of two showers |

| | | | |
|---|---|---|---|
| 53 | 114 | | Photo of shower door |
| 54 | 129 | | Photo of shower room through doorway |
| 55 | 130 | | Photo of Shower Room |
| 56 | 131 | | Photo of Doorway |
| 57 | 132 | | Photo of storage closet |
| 58 | 133 | | Photo of storage closet |
| 59 | 134 | | Photo of two showers through doorway |
| 60 | 135 | | Photo of two showers |
| 61 | 136 | | Photo of locked shower door |
| 62 | 137 | | Photo of shower room |
| 63 | 138 | | Photo of Mark Krudys holding bucket over shower |
| 64 | 139 | | Photo of Mark Krudys measuring from chair to top of shower |
| 65 | 140 | | Photo of Mop Closet |
| 66 | 5 | HOBBS004713 | VDOC Health Services Complaint and Treatment Form, SISP |
| 67 | 20A | 2_VDOC_000400 | Prior DOC Responsibility Period |
| 68 | 21 | HOBBS004258 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 69 | 23 | HOBBS004257 | VDOC Interdisciplinary Progress Notes (MCTC 41) |

| 70 | 23A | 2_VDOC_000399 – 000400 | VDOC Officer's Log Sheet |
|---|---|---|---|
| 71 | 24 | HOBBS004454 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 72 | 28 | HOBBS004451 | VDOC Interdisciplinary Progress Note |
| 73 | 60 | HOBBS004806 | VDOC Physicians Progress Notes (MCTC 36) |
| 74 | 30 | HOBBS000227 – 000230 | Office of Health Services Wound Assessment |
| 75 | 36 | 2_VDOC_000422 – 000426 | Medical Cell Logbook |
| 76 | 59 | HOBBS005047 | VDOC Health Services Complaint and Treatment Form, Marion Correctional Treatment Center |
| 77 | 62 | HOBBS005043 | VDOC Physicians Progress Notes (MCTC 36) |
| 78 | 63 | HOBBS005043 | VDOC Physicians Progress Notes (MCTC 36) |
| 79 | 64 | HOBBS005043 | VDOC Physicians Progress Notes (MCTC 36) |
| 80 | 15 | HOBBS003831 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 81 | 16 | 2_VDOC_ 000579 – 000581 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 82 | 16A | 2_VDOC_000585 | Investigative Interview, Robert Johnson |
| 83 | 16B | E_VDOC_00024032 | Email from Sonja Miller to George Berry |

8

| 84 | 19A | E VDOC 00024052 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| --- | --- | --- | --- |
| 85 | 19B | E_VDOC_00024030 | Emails with Sgt. Brian Davis, George Berry, Mary Fuqua |
| 86 | 20 | HOBBS004259 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 87 | 25 | HOBBS004452 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 88 | 25A | 2_VDOC_000371 – 000375 | VDOC Incident Report |
| 89 | 26 | 2_VDOC_000374 | VDOC Internal Incident Report |
| 90 | 26A | 2_VDOC_000410 – 000412 | Hospital Record (VDOC Medical Transportation Log) |
| 91 | 27 | HOBBS004440 | VDOC Mental Health Services Progress Notes, MCTC |
| 92 | 27A | HOBBS004445 | VDOC Psychiatry Progress Note, MCTC |
| 93 | 32 | HOBBS004733 – 004738 | VDOC Report of Investigation – #180213MAR – FINAL |
| 94 | 32A | HOBBS000423 – 000425 | Nurse's Notes, Smyth County Community Hospital |
| 95 | 32D | 2_VDOC_000494 – 000563 | VDOC Investigative Report File |
| 96 | 32F | HOBBS006024-6032 | VDOC Report of Investigation – #180268MAR – FINAL |
| 97 | 32G | 2_VDOC_000376 – 000377 | VDOC Incident Report |
| 98 | 32H | 2_VDOC_000413 – 000415 | MCTC 2B Post Logbook |
| 99 | 32I | 2_VDOC_000366 – 000367 | VDOC Internal Incident Report |

| 100 | 32J | E VDOC 00024035 | Email from George Berry to Johnny Acosta |
| 101 | 33 | HOBBS000376 | VDOC Consultation Report |
| 102 | 37 | 2_VDOC_000381 – 000398 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 103 | 37A | 2_VDOC_000369 – 000370 | VDOC Internal Incident Report |
| 104 | 38 | HOBBS000373 – 000410 | General Surgery (Free Text Consult) - Consultation Note |
| 105 | 38A | E_VDOC_00024033 | Email from Gary Lyons to Scott Brown, George Berry |
| 106 | 43 | 2_VDOC_000401 | VDOC Officer's Log Sheet |
| 107 | 47 | 2_VDOC_000464 – 000471 | MCTC Medical Cell Logbook |
| 108 | 47A | 2_VDOC_000472 – 000473 | MCTC Transportation Logbook |
| 109 | 47B | HOBBS002543 – 002989 | JMH Progressive Care Inpatient Record |
| 110 | 48 | 2_VDOC_000564 – 000578 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 110 | 48A | 2_VDOC_000569 | Officer B. Harrington Letter to Lieutenant George Berry |
| 111 | 48B | 2_VDOC_000564 – 000566 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 112 | 48C | 2_VDOC_000576 – 000578 | Photos of Givens' Wounded Knees |
| 113 | 49 | HOBBS000884 – 000970 | SCCH Emergency Inpatient Record |

10

| 114 | 49A | 2 VDOC 000474 – 000475 | MCTC 1-B Post Logbook |
| --- | --- | --- | --- |
| 115 | 50 | HOBBS005056 | VDOC Physicians Progress Notes (MCTC 36) |
| 116 | 51 | HOBBS005055 – 005056 | VDOC Physicians Progress Notes (MCTC 36) |
| 117 | 52 | 2_VDOC_000476 – 000478 | MCTC 2-B Post Logbook |
| 118 | 52A | HOBBS000981-000985 | SCCH Emergency Inpatient Record, ED Provider Notes – ED Notes |
| 119 | 52B | HOBBS000971 – 001053 | SCCH Emergency Inpatient Record |
| 120 | 54 | 2_VDOC_000564-000578 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 121 | 61 | HOBBS004805 | VDOC Physicians Progress Notes (MCTC 36) |
| 122 | 65 | HOBBS005060 – 005061 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 123 | 74 | 2_VDOC_000369-370 | VDOC Internal Incident Report |
| 124 | 75 | 2_VDOC_000588 | Emails from Brian Davis to George Berry forwarding email from Daniel K. Roland |
| 125 | 76 | 2_VDOC_000586 | CO Cox written statement |
| 126 | 83 | E_VDOC_00024030 | Emails with Mary Fuqua, George H. Berry, Brian Davis, |
| 127 | 84 | E_VDOC_00024032 | Email from Sonja S. Miller to George H. Berry |
| 128 | 86 | MCTC00214, 178, 196 | Emails with Jennifer Thompson, Ann H. Horst, Corena Mcghee, Cynthia Lester, Tammy R. Jones, |

11

|     |     |                              |                                                                                                                                                                      |
| --- | --- | ---------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|     |     |                              | Bridgett Ford, Kimberly Olinger, Jefferey C. Artrip, Chad Lard, VADOC Clinical Coordinator, Mary L. Gilbert, Mark Amonette, Shyam Singaredy                          |
| 129 | 35  | 2_VDOC_000422 – 000426       | Medical Cell Logbook                                                                                                                                                 |
| 130 | 35A | E_VDOC_00023551              | Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita E. Call, Bridgett Ford, Tammy R. Jones, William Fields                                            |
| 131 | 35B | HOBBS000411 – 000413         | Nurse's Notes, Smyth County Community Hospital                                                                                                                       |
| 132 | 35C | HOBBS000419 – 000421         | Physician Documentation, Smyth County Community Hospital                                                                                                             |
| 133 | 40A | E_VDOC_00023596              | Emails with Kimberly Olinger, Tammy Jones, Cynthia Lester, James L. Brown, Ann H. Horst, James Lee                                                                   |
| 134 | 41A | E_VDOC_00023683              | Email from Tammy R. Jones to Mark Larsen, Laura Campbell                                                                                                             |
| 135 | 41B | 2 VDOC 000458 – 000459       | MCTC Medical Pill Call Logbook                                                                                                                                       |
| 136 | 41C | HOBBS000432 – 000713         | SCCH ICU Inpatient Record                                                                                                                                            |
| 137 | 41D | 2_VDOC_000364                | VDOC Internal Incident Report                                                                                                                                        |
| 138 | 42  | 2_VDOC_000365                | VDOC Internal Incident Report                                                                                                                                        |
| 139 | 42A | HOBBS005041                  | Handwritten Medical Notes                                                                                                                                            |
| 140 | 42B | HOBBS002121 – 002542         | JMH Progressive Care Inpatient Record                                                                                                                                |

| 141 | 43A | 2_VDOC_001830-001841 | |
| --- | --- | --- | --- |
| 142 | 44 | 2_VDOC_000460 – 000461 | MCTC 1C Post Logbook |
| 143 | 44A | 2 VDOC 000454 – 000455 | MCTC Transportation Logbook |
| 144 | 44B | HOBBS005041 | Handwritten Medical Notes |
| 145 | 47C | HOBBS005041 | Handwritten Medical Notes |
| 146 | 56 | 2_VDOC_000484 – 000485 | Logbook, 1-C B-Break |
| 147 | 56A | 2_VDOC_000486 – 000491 000 | MCTC Medical Cell Post Logbook |
| 148 | 56B | HOBBS005051 – 005052 | VDOC Physicians Progress Notes (MCTC 36) |
| 149 | 56C | HOBBS005082 | VDOC Internal Incident Report |
| 150 | 56D | HOBBS001053 – 001170 | SCCH Emergency Inpatient Record |
| 151 | 56E | HOBBS001065 – 001076 | SCCH Emergency Inpatient Record, ED Notes - ED Notes |
| 152 | 56F | HOBBS0005041 | Handwritten medical notes |
| 153 | 57 | HOBBS005083 | VDOC Internal Incident Report |
| 154 | 57A | 2_VDOC_000486 – 000491 | MCTC Medical Cell Post Logbook |
| 155 | 57B | HOBBS001195 – 001218 | SCCH Med/Surg Inpatient Record, ED Notes - ED Notes |
| 156 | 57C | HOBBS001171 – 001618 | SCCH Med/Surg Inpatient Record |
| 157 | 58 | HOBBS001636-001642 | SCCH ICU Inpatient Record ED Notes - ED Notes |

13

| 158 | 58A | HOBBS005041 | Handwritten medical notes |
| --- | --- | --- | --- |
| 159 | 58B | HOBBS005048 | VDOC Physicians Progress Notes (MCTC 36) |
| 160 | 58C | 2_VDOC_000427 – 000429 | MCTC 1C Post Logbook |
| 161 | 58D | 2_VDOC_000492 – 000493 | MCTC Transportation Logbook |
| 162 | 58E | 2_VDOC_000402 | VDOC Officer's Log Sheet |
| 163 | 58F | HOBBS005084 – 005087 | VDOC Incident Report |
| 164 | 77 | E_VDOC_00023551 | Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita Call, Bridgett Ford, Tammy Jones, William Fields |
| 165 | 79 | E_VDOC_00023571 | Emails with Tammy R. Jones, Mark S. Amonette, Meredith R. Cary |
| 166 | 82 | E_VDOC_00023596-00023597 | Emails with Kimberly Olinger, Tammy Jones, Ann Horst, Cynthia Lester, James L. Brown, James Lee, Bridgett Ford, Corena Reedy |
| 167 | 87 | MCTC00197 | Emails with Mark Amonette, Cynthia Lester |
| 168 | 78 | E_VDOC_00023520 | Medical Transfer Request Form |
| 169 | 80 | E_VDOC_00023580 | Emails with Ann Horst, Anita Call, Cynthia Lester, Daniel K. Roland, Tammy R. Jones, Corena McGhee |
| 170 | 81 | E_VDOC_00023588 | Emails with Kimberly Olinger, James L. Brown, Jeffery C. Artrip, Corena Mcgheel Tammy R. Jones |

| 171 | 91  | 2_VDOC_000685      | VDOC Internal Incident Report |
| --- | --- | ------------------ | ----------------------------- |
| 172 | 92  | 2_VDOC_000792      | VDOC Written Complaint        |
| 173 | 93  | 2_VDOC_000806-11   | VDOC Informal Complaint       |
| 174 | 93A | 2_VDOC_000676      | VDOC Internal Incident Report |
| 175 | 94  | 2_VDOC_000716      | VDOC Internal Incident Report |
| 176 | 95  | 2_VDOC_000800      | VDOC Written Complaint        |
| 177 | 98  | VDOC002560-002565  | MCTC Shift Commanders Office Post Logbook |
| 178 | 99  | VDOC002566-002570  | MCTC SCO Post Logbook         |
| 179 | 100 | VDOC002571-002576  | MCTC SCO Post Logbook         |
| 180 | 101 | VDOC002577-002586  | MCTC SCO Post Logbook         |
| 181 | 102 | VDOC002577-002586  | MCTC SCO Post Logbook         |
| 182 | 103 | VDOC002594-002599  | MCTC SCO Post Logbook         |
| 183 | 104 | VDOC002600-002609  | MCTC Medical Cell Post Logbook |
| 184 | 105 | VDOC002610-002621  | MCTC 1-B Post Logbook         |
| 185 | 106 | VDOC002622-002633  | MCTC 2-B Post Logbook         |
| 186 | 107 | VDOC002634-002647  | MCTC 2-B Post Logbook         |
| 187 |     |                    | Aerial Photos of MCTC         |
| 188 |     |                    | Defendant Anthony Kelly's Answer to Plaintiff's First |

15

|   |   |   | Interrogatories and Requests Production of Documents |
|---|---|---|---|
| 189 |   |   | Defendant Joshua Jackson's Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 190 |   |   | Defendant Gregory Plummer's Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 191 |   |   | Defendant William Montgomery Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 192 |   |   | Defendant Osborne Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 193 |   | HOBBS008639-HOBBS008648 | Grand Jury Testimony |

*Exhibits Plaintiff May Offer if the Need Arises*

|   |   |   |   |
|---|---|---|---|
| 194 | 68 | HOBSS006053-006056 | Virginia State Police Polygraph Unit Witness Examination |
| 195 | 90 | HOBBS008555-008564 | Affidavit of Ronald Danny West |
| 196 | 160 |   | Defendants' Jackson, Kelly, Montgomery, and Plummer's Expert Disclosures |
| 197 | 161 |   | William R. Oliver, MD report regarding the death and autopsy findings of Mr. Charles Givens |
| 198 | 170 |   | Defendants Jeffery Artrip and Travis S. Poston Rule 26(a)(2) Expert Disclosures |

16

Plaintiff reserves the right to modify the foregoing list commensurate with the Court's orders. Plaintiff may also offer the following in her case: pleadings; any exhibit identified by a Defendant and not objected to; documents to be used for impeachment; summaries of records, charts, and timelines; demonstrative aids; and Plaintiff's Experts' Reports and any reference materials.

Respectfully submitted,

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS,
DECEASED


By: \_\_\_\_/s/ Mark J. Krudys_____
                Counsel

Mark J. Krudys (VSB No. 30718)
Daniel Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

      /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Plaintiff*