IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KYMBERLY HOBBS, Administrator of the Estate of Charles James Givens, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY RAYMOND KELLY, et al., <br><br> Defendants. | Case No. 1:23CV00003 |

**JEFFERY ARTRIP'S AND TRAVIS POSTON'S
DESIGNATION OF DEPOSITION TESTIMONY**

Defendants Jeffery Artrip and Travis Poston (collectively "Defendants"), by counsel, pursuant to Rules 26(a)(3)(A)(i), (ii), and (iii) of the Federal Rules of Civil Procedure and the Court's Pretrial Order, ECF No. 31, as amended, submit the following as their designation of deposition testimony to be used at the trial of this matter as permissible pursuant to Rule 32 and the Federal Rules of Evidence:

**I.  Jeffery Artrip (July 31, 2024)**
  a.  4:21–23
  b.  6:20–24
  c.  7:5-7:10
  d.  11:10-11:13
  e.  12:1-12:5
  f.  14:18-15:17
  g.  16:24-18:24
  h.  19:20-20:6
  i.  23:5-23:15
  j.  24:23-25:4
  k.  25:16-25:24



629.0489\NHS
4935-1144-2725 .v2

    l.    39:14-39:20
    m.    48:15-49:22
    n.    52:10-52:24
    o.    57:6-58:3
    p.    58:21-60:12
    q.    64:18-65:5
    r.    71:22-72:11
    s.    73:10-73:16
    t.    80:16-81:7
    u.    86:5-86:13
    v.    88:11-88:23
    w.    89:20-90:2
    x.    96:6-96:21
    y.    99:9-100:2
    z.    100:7-103:17
    aa.    120:2-121:5

**II.    Kymberly Hobbs (August 14, 2024)**
    a.    7:19-7:22
    b.    9:3-9:20
    c.    11:3-11:22
    d.    12:14-12:17
    e.    13:21-14:11
    f.    14:19-14:23
    g.    15:4-15:17
    h.    16:1-16:6
    i.    22:14-22:23
    j.    23:9-23:21
    k.    24:2-24:10
    l.    25:2-25:11
    m.    25:17-26:4
    n.    26:9-26:12
    o.    27:5-27:16
    p.    27:24-28:5
    q.    28:10-28:22
    r.    29:8-29:18
    s.    30:14-30:16
    t.    30:23-30:25
    u.    46:1-46:7
    v.    46:17-47:4
    w.    47:8-47:25
    x.    51:25-52:5
    y.    52:14-52:21
    z.    59:21-60:7


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0489\NHS
4935-1144-2725 .v2

      aa.    63:1-63:5
      bb.    65:1-65:4
      cc.    67:10-67:13
      dd.    71:12-71:19
      ee.    78:6-78:17
      ff.    81:11-81:14

III.    Joshua Jackson (August 21, 2024)
      a.    6:4-6:6
      b.    6:17-6:21
      c.    7:10-7:12
      d.    8:5-8:12
      e.    10:23-11:3
      f.    13:23-13:25
      g.    14:18-15:6
      h.    17:10-17:16
      i.    18:16-19:6
      j.    20:22-21:12
      k.    27:3-28:8
      l.    28:25-29:2
      m.    29:22-29:25
      n.    30:21-31:17
      o.    32:16-32:25
      p.    33:18-33:21
      q.    34:14-35:4
      r.    37:22-38:1

IV.    Tammy Jones (September 17, 2024)
      a.    6:2-6:3
      b.    6:10-6:14
      c.    9:13-10:6
      d.    19:11-19:12
      e.    20:16-21:5
      f.    22:2-22:8
      g.    24:25-25:10
      h.    25:15-26:2
      i.    31:6-31:15
      j.    53:12-54:1
      k.    67:22-68:16
      l.    91:14-92:10
      m.    104:10-104:12

V.    Anthony Kelly (August 15, 2024)
      a.    8:20-8:22



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0489\NHS
4935-1144-2725 .v2

    b.    26:12-26:21
    c.    47:11-48:5
    d.    54:23-55:4
    e.    64:16-65:3
    f.    99:6-100:3
    g.    106:10-106:14
    h.    107:15-108:6
    i.    108:16-108:20
    j.    112:19-112:25
    k.    115:11-116:10
    l.    126:4-126:6
    m.    128:2-128:5
    n.    130:10-130:17
    o.    136:13-136:16
    p.    140:24-142:17
    q.    143:18-144:3
    r.    153:23-154:3
    s.    155:8-155:13
    t.    155:22-156:6
    u.    180:4-180:14

VI.    **William Montgomery (August 21, 2024)**
    a.    6:7-6:10
    b.    6:20-6:23
    c.    7:11-7:17
    d.    15:13-15:22
    e.    27:16-28:7
    f.    30:2-30:22
    g.    34:6-34:12
    h.    38:10-38:13
    i.    42:13-42:19
    j.    52:21-53:5
    k.    60:19-60:23
    l.    86:4-86:8
    m.    90:18-91:5
    n.    95:17-96:11

VII.    **Samuel Dale Osborne (August 29, 2024)**
    a.    6:18-6:19
    b.    48:12-48:16
    c.    50:14-50:18
    d.    69:15-70:1
    e.    88:12-88:14
    f.    88:22-89:11



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0489\NHS
4935-1144-2725 .v2

    g.    90:9-90:24
    h.    92:16-93:13
    i.    106:2-106:13

VIII.  Gregory Plummer (August 16, 2024)
    a.    5:8-5:10
    b.    7:23-8:1
    c.    22:14-22:20
    d.    23:1-23:6
    e.    74:11-74:22
    f.    105:25-106:2
    g.    107:2-107:7
    h.    110:24-112:17
    i.    115:19-116:12
    j.    133:18-134:5
    k.    135:14-135:19
    l.    141:12-141:25
    m.    142:20-142:21
    n.    144:14-144:23
    o.    145:18-145:25

IX.    Travis Poston (July 30, 2024)
    a.    7:17-7:18
    b.    8:17-8:20
    c.    19:24-21:4
    d.    23:2-25:17
    e.    26:19-27:3
    f.    28:22-29:2
    g.    30:5-30:13
    h.    30:19-30:21
    i.    46:11-46:23
    j.    123:20-124:11

X.    Brian Stiltner (September 25, 2024)
    a.    8:19-8:21
    b.    9:14-9:21
    c.    19:5-19:13
    d.    19:25-20:2
    e.    22:17-23:9
    f.    23:12-23:20
    g.    25:4-25:6
    h.    26:13-26:25
    i.    27:7-27:10
    j.    27:18-27:22


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0489\NHS
4935-1144-2725 .v2

      k.      35:6-35:7
      l.      35:13-35:22
      m.    36:1-36:3
      n.     36:9-36:12
      o.     56:11-56:17
      p.     56:20-57:7

Defendants reserve the right to designate or use additional deposition testimony for the purposes of impeachment or rebuttal, in light of any stipulations reached by the parties in advance of trial, or in response to the Court's rulings on Defendants' Motions in Limine or objections at trial. Defendants reserve the right to designate additional deposition testimony if a witness identified in their Rule 26(a)(3) disclosures or any other party's Rule 26(a)(3) disclosures is or becomes unavailable. Defendants reserve the right to designate portions of any deposition for "fairness" purposes and specifically reserve the right to offer admissions contained in the deposition transcript of any party in this case. Defendants reserve the right to designate additional portions of any deposition of any witness read into evidence by Plaintiff or the co-defendants. Defendants further reserve the right to supplement these disclosures pursuant to Rule 26(e).

          Respectfully Submitted,

          TRAVIS POSTON and JEFFERY ARTRIP


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0489\NHS
4935-1144-2725 .v2

/s/ _____
Nathan H. Schnetzler (VSB #: 86437)
Austin L. Obenshain (VSB #: 99494)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email:nschnetzler@faplawfirm.com
       aobenshain@faplawfirm.com

D. Patricia Wallace, VSB #92964
Assistant Attorney General
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Tel.: 804-786-2912; Fax: -4239
E -mail:  pwallace@oag.state.va.us

*Counsel for Jeffery Artrip and Travis S. Poston*



629.0489\NHS
4935-1144-2725 .v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler
Of Counsel

629.0489\NHS
4935-1144-2725 .v2