IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:23cv00003 |
| v. | ) |
| ANTHONY RAYMOND KELLY, et al., | ) |
| Defendants. | ) |

## NOTICE OF FILING

Please take notice that defendants, Anthony Kelly, Gregory Plummer, Joshua Jackson and William Montgomery, are filing Subpoenas to Appear and Testify at Trial that are attached as Exhibit 1.

Respectfully submitted,

ANTHONY RAYMOND KELLY
GREGORY SCOTT PLUMMER
JOSHUA RAY JACKSON
WILLIAM ZACHARY MONTGOMERY

By Counsel

ABINGDON: 1354448-1

Cameron S. Bell
VSB No. 47685
PENNSTUART
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
cbell@pennstuart.com

By  s/Cameron S. Bell
    Cameron S. Bell

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                        s/Cameron S. Bell
                                        Cameron S. Bell

ABINGDON: 1354448-1