UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS, DECEASED,

      Plaintiff,

v.                                                Civil Action No.: 1:23-cv-00003

ANTHONY RAYMOND KELLY, et al.,

      Defendants.

## NOTICE OF FILING

COMES NOW Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, and files her Subpoenas to Appear and Testify at Trial, attached as Exhibit 1. Certain address information has been redacted.

The attached Subpoenas were served, and service was accepted via email, as agreed upon by respective counsel and/or witnesses.

                                      Respectfully submitted,

                                      KYMBERLY HOBBS, ADMINISTRATOR
                                      OF THE ESTATE OF CHARLES JAMES
                                      GIVENS, DECEASED

                                  By:     /s/ Mark J. Krudys
                                              Counsel

Mark J. Krudys (VSB No. 30718)
Daniel Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

      /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Plaintiff*

2