UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS, DECEASED,

      Plaintiff,

v.    Civil Action No.: 1:23-cv-00003

ANTHONY RAYMOND KELLY, et al.,

      Defendants.

## NOTICE OF FILING

COMES NOW Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, and files her Subpoena to Appear and Testify at Trial, attached as Exhibit 1. Address information has been redacted.

    Respectfully submitted,

    KYMBERLY HOBBS, ADMINISTRATOR
    OF THE ESTATE OF CHARLES JAMES
    GIVENS, DECEASED

    By:     /s/ Mark J. Krudys
           Counsel

Mark J. Krudys (VSB No. 30718)
Daniel Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

      /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Plaintiff*

2