AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | |
|---|---|
| KYMBERLY HOBBS, Administrator of the Estate of Charles James Givens, Deceased, *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 1:23CV00003 |
| ANTHONY RAYMOND KELLY, et al., *Defendant* | ) ) ) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: EDWIN CATRON

████████████ VA ███

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA, ABINGDON DIVISION 180 West Main Street, Abingdon, VA 24210 | Courtroom No.: | 1 |
|---|---|---|---|
| | | Date and Time: | Beginning at 9.00 am on 3/31/2025 and continuing through and until 5:30 pm on 4/11/2025 or until testimony completed and witness excused by the Court. PLEASE CONTACT OUR FIRM AND WE WILL SEEK TO PROVIDE MORE SPECIFIC GUIDANCE REGARDING THE DATE AND TIME. |

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/14/2025

| CLERK OF COURT | | |
|---|---|---|
| _____ *Signature of Clerk or Deputy Clerk* | OR | _____ *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Kymberly Hobbs___

_Administrator of the Estate of Charles Givens, Deceased___ , who issues or requests this subpoena, are:

Mark Krudys, Esq. and Danny Zemel, Esq. at the Krudys Law Firm, PLC. They can be contacted by email at mkrudys@krudys.com and dzemel@krudys.com. Their office address is 919 East Main Street, Suite 2020, Richmond, VA 23219 and their office # is (804) 774-7950.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).