UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS, DECEASED,

      Plaintiff,

v.                                                              Civil Action No.: 1:23-cv-00003

ANTHONY RAYMOND KELLY, et al.,

      Defendants.

## NOTICE OF CORRECTION

COMES NOW Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, and herein files a Notice of Correction to her Pretrial Disclosures and Amendment thereto (ECF Nos. 167 and 171). The previous filings should have included the following exhibit:

| Exhibit No. ("P.__") | Plaintiff's Deposition Exhibit No. (if any) | Bates No. (if any) | Title of Document |
|---|---|---|---|
| 8B | | SIU 000269-000272 | Emails between and/or among O'Der, Douglas, and the Governor's Office |

                                 Respectfully submitted,

                                 KYMBERLY HOBBS, ADMINISTRATOR
                                 OF THE ESTATE OF CHARLES JAMES
                                 GIVENS,
                                 DECEASED


                                By:     /s/ Mark J. Krudys
                                                    Counsel

Mark J. Krudys (VSB No. 30718)
Daniel Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

                                                                                                                           2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

      /s/ Mark J. Krudys
Mark J. Krudys (VSB# 30718)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
804.774.7950 Phone
804.381.4458 Fax
dzemel@krudys.com
*Counsel for Plaintiff*