IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY RAYMOND KELLY, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:23cv00003 |

## NOTICE OF FILING

Please take notice that defendants, Anthony Kelly, Gregory Plummer, Joshua Jackson and William Montgomery, are filing a Return of Service on a Subpoena to Appear and Testify at Trial attached as Exhibit 1.

Respectfully submitted,

ANTHONY RAYMOND KELLY
GREGORY SCOTT PLUMMER
JOSHUA RAY JACKSON
WILLIAM ZACHARY MONTGOMERY

By Counsel

ABINGDON: 1355822-1

Cameron S. Bell
 VSB No. 47685
PENNSTUART
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
cbell@pennstuart.com

By  *s/Cameron S. Bell*
      Cameron S. Bell

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

*s/Cameron S. Bell*
Cameron S. Bell

2

ABINGDON: 1355822-1