AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| KYMBERLY HOBBS, Administrator<br>*Plaintiff*<br>v.<br>ANTHONY RAYMOND KELLY, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No. 1:23cv00003<br>)<br>) |

## SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Tony L. Russell
2027 Saint Clairs Creek Rd., Chilhowie, VA 24319

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: United States District Court<br>180 W. Main Street<br>Abingdon, VA 24210 | Courtroom No.:<br>Date and Time: March 31 to April 11, 2025 at 9:00 am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/17/25

_____      OR      _____
*CLERK OF COURT*
*Signature of Clerk or Deputy Clerk*                          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Kelly, Jackson, Plummer, and Montgomery, who issues or requests this subpoena, are:

Cameron S. Bell
Penn, Stuart & Eskridge, 208 East Main St., Abingdon, VA 24210; 276-628-5151; cbell@pennstuart.com

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 1:23cv00003

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Tony L. Russell
on *(date)* 3/17/25 .

☒ I served the subpoena by delivering a copy to the named person as follows: Personal service to Tony L. Russell at 2027 Saint Clairs Creek Rd, Chilhowie, VA 24319
on *(date)* March 17, 2025 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $          for travel and $          for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/17/25

Thom R. Snapp
*Server's signature*

Thomas R. Snapp        PI / Process Server
*Printed name and title*

Snapp Professional Investigation LLC
PO Box 41, Bristol, TN 37621
*Server's address*

Additional information regarding attempted service, etc.: