# In the Matter Of:

## KYMBERLY HOBBS, ADMIN vs ANTHONY R. KELLY, ET AL.

## GREGORY SCOTT PLUMMER

*August 16, 2024*

# HALASZ
### Reporting & Video

```
 1   to him because he's intellectually unable to process
 2   information; isn't that right?
 3            MR. BELL:  Object to the form.
 4            MS. WALLACE:  Form.
 5            THE WITNESS:  Right.
 6   BY MR. KRUDYS:
 7       Q    Right.  So did you -- did you ever spank
 8   your child?
 9            MR. BELL:  Object to the form.
10            THE WITNESS:  Yes, I've spanked my
11       children.
12   BY MR. KRUDYS:
13       Q    All right.  And you -- how -- when your
14   child was -- did you spank your child when your child
15   was as young as four and five years old?
16       A    No.
17            MR. BELL:  Object to the form.
18   BY MR. KRUDYS:
19       Q    When did you start spanking them?  At what
20   year did you start spanking them?
21            MR. BELL:  Object to the form.
22            MS. WALLACE:  Form.
23            THE WITNESS:  I can't name a specific year
24       or a specific time.  I could tell you it was
25       when they got to the age of knowing right from
```

```
 1        wrong.
 2   BY MR. KRUDYS:
 3        Q    They knew right from wrong, but instead of
 4   having a conversation with them -- and I'm not saying
 5   it's wrong, but you felt that it was appropriate to
 6   hit them in order to get your point across; is that
 7   right?
 8             MR. BELL:  Object to the form.
 9             THE WITNESS:  I wouldn't say I hit them.  I
10        would say I spanked --
11   BY MR. KRUDYS:
12        Q    That's what spanking is.  That's what
13   spanking is, isn't it?
14        A    No.
15        Q    Okay.  So --
16        A    I would view spanking as a smack or a tap
17   to the rear end.
18        Q    All right.  So you're doing that with
19   somebody that knows right from wrong but still isn't
20   following what you're telling them to do; right?
21             MR. BELL:  Object to the form.
22             MS. WALLACE:  Form.
23             THE WITNESS:  I guess in a way, that's how
24        you can phrase it.
25
```