EXHIBIT No. 2

```
 1         IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DIVISION
 2                 Abingdon Division

 3   ----------------------------------------------

 4   KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE

 5   OF CHARLES JAMES GIVENS, DECEASED,

 6          Plaintiff,

 7   v.                Civil Action No. 1:23-cv-00003

 8   ANTHONY RAYMOND KELLY, et al.,

 9          Defendants.

10   ----------------------------------------------

11

12                   VIDEOCONFERENCED

13          DEPOSITION UPON ORAL EXAMINATION

14               OF TRAVIS J. POSTON

15        TAKEN ON BEHALF OF THE PLAINTIFF

16                  July 30, 2024

17

...

23         ----------------------------------------

24      JACQUELINE N. BENNETT, RPR, Court Reporter

25              Halasz Reporting & Video
```

1  somebody was abused by an officer that I knew for
2  sure.
3      Q.  All right.  Well, we've seen, like, a
4  handful of other incidents where Mr. Givens is
5  saying that he's been thrown into the wall of the
6  shower, that he's been tripped in his cell, that
7  he's been hit by the officers.
8          There was no video of any of those
9  incidents, were there?
10         MS. WALLACE:  Form.
11     A.  No, but there were allegations.
12     Q.  All right.  So there's no video because
13 they all occurred in the shower or in the cell, and
14 there are allegations of a mentally ill prisoner
15 against a correctional officer, correct?  That's a
16 common thing throughout all of the ones we've gone
17 through, correct?
18     A.  Yes.
19     Q.  And all of them were found to be
20 unfounded except for the Pickle circumstance,
21 correct?
22         MS. WALLACE:  Form.
23     A.  All of them I know has been unfounded
24 except for Pickle, yes.
25     Q.  Right.  And no discipline was carried