```
 1              UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT
 2                   ABINGDON DIVISION

 3   -------------------------------------
                                         :
 4   KYMBERLY HOBBS, Administrator of    :
     the Estate of CHARLES JAMES GIVENS,:
 5                                       :
                     Plaintiff,          :
 6                                       :
     v.                                  : Civil Action No.
 7                                       :    1:23cv00003
     ANTHONY RAYMOND KELLY, et al,       :
 8                                       :
                     Defendants.         :
 9                                       :
     -------------------------------------
10

11          DEPOSITION OF JEFFERY ARTRIP

12

13          July 31, 2024 - 10:00 a.m.

14

15

16

17

18

19

20

21

22

23             HALASZ REPORTING & VIDEO
             1011 E. Main Street, Suite 100
24              Richmond, Virginia 23219
                  Phone: (804) 708-0025
25             Reported by: Lisa Lineberry
```

1   presentence reports, and I know when they first come in
2   to DOC, but you learn a lot about an inmate through
3   prehearing, presentencing reports, such as their family
4   background, the behavior that got them where they were,
5   if there was any situations that may have led them to
6   commit or be -- to have committed the crime that they
7   committed.  Plus, it helps me to see if the behavior
8   that they demonstrated on the street is continued, the
9   same behavior while they've been incarcerated.
10       Q    Did you ever read Mr. Givens' presentence
11  report?
12       A    I did.
13       Q    And how did that affect, if at all, your view
14  of Mr. Givens?
15       A    Well, I know that he had a --
16       Q    Not asking you what you knew, sir.  The
17  question was how did that affect how you dealt with
18  him, if at all?
19       A    Oh, that's what I was trying to answer.  Once
20  I read it, I knew he had a fall some time in his early
21  childhood development.  I can't remember the age.  That
22  told me he had a TBI, and that some of his erratic
23  behavior could be contributed to that TBI, which is
24  traumatic brain injury.
25       Q    Well, the -- that TBI is sometimes applied