```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE WESTERN DIVISION
                       Abingdon Division
```

CONFIDENTIAL

---

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVEN,
DECEASED,

        Plaintiff,           CIVIL ACTION NO.
                                  1:23cv00003

v.

ANTHONY RAYMOND KELLY, et al.,

        Defendants.

---

C O N F I D E N T I A L


VIDEOCONFERENCED AND RECORDED
DEPOSITION UPON ORAL EXAMINATION
OF SAMUEL DALE OSBORNE,
TAKEN ON BEHALF OF THE PLAINTIFF


August 29, 2024

62

|   |   |
|---|---|
| | 1    Q.   I didn't follow what you just said.  Can |
| | 2  you explain that to me? |
| | 3    A.   I said after the lawsuit came out I |
| | 4  understood, you know, it happened several times.  I |
| 10:40:28 | 5  can't remember what I told the investigator.  It was one |
| | 6  or two times, I'm sure. |
| | 7    Q.   So one or two times Mr. Givens suffered |
| | 8  from hypothermia? |
| | 9    A.   To the best of my knowledge. |
| 10:40:38 | 10         MS. WALLACE:  Form. |
| | 11        MR. O'QUINN:  Jeremy O'Quinn objects to the |
| | 12 form.  Go ahead. |
| | 13 BY MR. KRUDYS: |
| | 14   Q.   What did -- what do you understand to be |
| 10:40:42 | 15 hypothermia? |
| | 16   A.   I mean body temperature drops, cold. |
| | 17   Q.   All right.  But you're -- have you ever |
| | 18 suffered from hypothermia? |
| | 19   A.   No. |
| 10:40:56 | 20   Q.   Do you know any family members that have? |
| | 21   A.   No. |
| | 22   Q.   All right.  So this is a condition that Mr. |
| | 23 Givens had multiple times but you know of no other |
| | 24 person that had suffered this, correct? |
| 10:41:08 | 25        MS. WALLACE:  Form. |