EXHIBIT No. 5

# In the Matter Of:

## KYMBERLY HOBBS, ADMIN vs ANTHONY R. KELLY, ET AL.

## BRIAN STILTNER, D.O.

*September 25, 2024*



 1   BY MR. KRUDYS:
 2        Q    The testimony is that Mr. Givens was taken
 3   from his cell room -- I mean taken from his shower
 4   and left in his cell as shown in this picture for a
 5   two-hour period.
 6             MS. WALLACE:  Mr. Krudys, you're well
 7        beyond what I was asking about.  You're going to
 8        a different --
 9             MR. KRUDYS:  No.
10             MS. WALLACE:  You've gone to a different
11        month.  You've gone to a different year.  You've
12        gone to a different --
13             MR. KRUDYS:  We're talking about the
14        medical ward and the temperatures and how he was
15        treated at the facility.
16   BY MR. KRUDYS:
17        Q    Would it surprise you, and I'm showing you
18   Exhibit 162, picture number 10JPJ, that Mr. Givens
19   was, in the middle of February, left in his cell in
20   his boxer shorts in the dead of winter for a period
21   of two hours?  Does that surprise you, sir?
22             MR. BELL:  Object to the form.
23             MS. WALLACE:  Object to the form of the
24        question.
25             THE WITNESS:  I don't really know how to