```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
 2                      Abingdon Division

 3   -----------------------------------------------------

 4   KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE

 5   OF CHARLES JAMES GIVENS, DECEASED,

 6                        Plaintiff,        Case No.

 7   v.                                     1:23cv00003

 8   ANTHONY RAYMOND KELLY, et al.,

 9

10                        Defendants.

11   -----------------------------------------------------

12

13

14

15                       VIDEOCONFERENCED

16            DEPOSITION UPON ORAL EXAMINATION

17                     OF TAMMY R. JONES,

18          TAKEN ON BEHALF OF THE PLAINTIFF

19                    September 17, 2024

20

21

22

23      ------------------------------------------

24         KATHLEEN BEARD ADAMS, CCR, RPR, CRR

25                     Court Reporter
```

Halasz Reporting & Video  |  804.708.0025
1011 East Main Street Richmond, VA 23219

```
 1                 MS. WALLACE:  Form.
 2         A.      I don't know for certain if I saw him
 3    that day.  If I was working, if I did --
 4    BY MR. KRUDYS:
 5         Q.      I mean, sitting here today, have you
 6    ever heard this before, that -- and this is a
 7    concrete floor, correct?
 8         A.      Yes.
 9         Q.      All right.  Concrete floor in the middle
10    -- in late October, lying on the ground for hours.
11    Had you ever heard this before?
12         A.      I don't know if it happened routinely or
13    if this was a one-time thing.
14         Q.      Did Mr. Givens wear his thermals that
15    were passed out to him?
16                 MS. WALLACE:  Form.
17         A.      I think he did, but, again, I didn't see
18    him every day.
19    BY MR. KRUDYS:
20         Q.      But then why -- I mean, he was found in
21    his boxers in his cell for two hours on the date of
22    his death.  You don't have any understanding as to
23    how many times he was in his cell permitted to just
24    be in his boxers in the winter months, correct?
25                 MS. WALLACE:  Form.
```