EXHIBIT No. 8

1              UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT
2                  ABINGDON DIVISION

3       -----------------------------------
                                          :
4       KYMBERLY HOBBS, Administrator of   :
        the Estate of CHARLES JAMES GIVENS,:
5                                          :
                    Plaintiff,            :
6                                          :
        v.                                 : Civil Action No.
7                                          :   1:23cv00003
        ANTHONY RAYMOND KELLY, et al,      :
8                                          :
                    Defendants.           :
9       -----------------------------------

10

11              DEPOSITION OF JEFFERY ARTRIP

12

13           July 31, 2024 - 10:00 a.m.

14

15

16

17

18

19

20

21

22

23              HALASZ REPORTING & VIDEO
             1011 E. Main Street, Suite 100
24              Richmond, Virginia 23219
                  Phone: (804) 708-0025
25              Reported by: Lisa Lineberry

75

```
 1   are actually locked in the shower, as I'm showing you

 2   in Exhibit 113.

 3         A    In the bay wings, yes.

 4         Q    And that's where --

 5         A    Unless he was housed in medical, then he

 6   wouldn't be locked in.  The ones that go from medical

 7   are not locked in, because they're not in RHU.  So they

 8   have the ability to turn the water on and off

 9   themselves, if they can.

10         Q    Well, when Mr. Givens was taken to the shower

11   numerous times in the middle of the night, in the dead

12   of winter, which shower was he taken to?  Was he taken

13   to this one that I'm showing you?

14         A    I'm not sure.  I can't answer for with 100

15   percent accuracy where he was taken to.

16         Q    On the date of his death, isn't this the

17   shower where Mr. Givens was taken to hours before he

18   was found dead in his cell?

19         A    Is that B-2 shower?

20              MS. WALLACE:  Object to form.

21   BY MR. KRUDYS:

22         Q    Where was he held on the date of his death?

23         A    Bravo 2.

24         Q    This is the B-2 shower.

25         A    Then yes.  That's where he would have been
```