```
1              UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT
2                   ABINGDON DIVISION

3    ---------------------------------------
                                           :
4    KYMBERLY HOBBS, Administrator of      :
     the Estate of CHARLES JAMES GIVENS,   :
5                                          :
                   Plaintiff,              :
6                                          :
     v.                                    : Civil Action No.
7                                          :    1:23cv00003
     ANTHONY RAYMOND KELLY, et al,         :
8                                          :
                   Defendants.             :
9                                          :
     ---------------------------------------
10

11             DEPOSITION OF JEFFERY ARTRIP

12

13             July 31, 2024 - 10:00 a.m.

14

15

16

17

18

19

20

21

22

23            HALASZ REPORTING & VIDEO
             1011 E. Main Street, Suite 100
24             Richmond, Virginia 23219
                  Phone: (804) 708-0025
25            Reported by: Lisa Lineberry
```

69

```
 1        A    I never heard anything about him taking a lie
 2   detectors test, but I took one, as well, and passed.
 3        Q    Well, in connection with your lie detector
 4   test, what did they ask you?  What were the questions?
 5        A    Questions about Mr. West.
 6        Q    All right.  So you weren't asked any
 7   questions about Mr. Givens' death.  You were just asked
 8   questions about Mr. West, right?
 9        A    Well, I was asked about Mr. West's
10   allegations against me.
11        Q    All right.  So did you -- where is -- do you
12   know where Mr. West is being held right now?
13        A    Couldn't tell you.
14        Q    Did you know that he's in protective custody
15   for his own safety?
16        A    Nope.
17        Q    I'm going to show you Exhibit No. 32.
18        A    Can I go back to the answer about having a
19   conversation with Mr. West and Mr. O'Dare, the question
20   you asked previously?
21        Q    We can come back to that in just a minute.
22   Let me just make a note about that, but I want to ask
23   you about this first.  Here is a scalding incident from
24   Mr. Givens on April 24, 2018.  It's Exhibit 32.  Were
25   you aware of this?
```