```
 1            IN THE UNITED STATES DISTRICT COURT
                  FOR THE WESTERN DIVISION
 2                    Abingdon Division

 3   ----------------------------------------------------

 4   KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE

 5   OF CHARLES JAMES GIVENS, DECEASED,

 6              Plaintiff,

 7   v.                  Civil Action No. 1:23-cv-00003

 8   ANTHONY RAYMOND KELLY, et al.,

 9              Defendants.

10   ----------------------------------------------------

11

12                     VIDEOCONFERENCED

13          DEPOSITION UPON ORAL EXAMINATION

14                   OF TRAVIS J. POSTON

15         TAKEN ON BEHALF OF THE PLAINTIFF

16                    July 30, 2024

17

...

23         ------------------------------------------

24        JACQUELINE N. BENNETT, RPR, Court Reporter

25              Halasz Reporting & Video
```

```
 1   and red.
 2              I said if a pink black person got in the
 3   shower up there and had all the hot water turned on
 4   like they did, I said they would get out pink.  They
 5   wouldn't be a dark color.  They'd be more of a
 6   pinker color when they would get out.
 7              And that was called -- the ones that
 8   would do it, they'd turn the hot water on -- they'd
 9   turn the hot water on and they wouldn't turn no cold
10   on and they'd get in the shower and that's the way
11   they took a shower.  Then, when they came out, if
12   they was white, they was a whole lot more pinker
13   looking than they was just regular white skin.  And
14   if they was black, they came out a pinker look and
15   not as dark colored as when they got in.
16       Q.   Well, here's photos of Mr. Givens from
17   his autopsy where there's allegations of him being
18   whipped with wet towels on the back and like.  Is
19   this what you're talking about when you're talking
20   about pink-ish?
21              Here's a picture of his back.  This is
22   Exhibit 112.  You mean this pink?  What are you
23   referring to, sir?
24              MS. WALLACE:  Form.
25       A.   I ain't going to say it was that pink.
```