EXHIBIT No. 12

```
1            UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT
2                   ABINGDON DIVISION

3   ---------------------------------------
                                          :
4   KYMBERLY HOBBS, Administrator of      :
    the Estate of CHARLES JAMES GIVENS,   :
5                                         :
                 Plaintiff,               :
6                                         :
    v.                                    : Civil Action No.
7                                         :   1:23cv00003
    ANTHONY RAYMOND KELLY, et al,         :
8                                         :
                 Defendants.              :
9                                         :
    ---------------------------------------
10

11           DEPOSITION OF JEFFERY ARTRIP

12

13            July 31, 2024 - 10:00 a.m.
```

DEPOSITION OF JEFFERY ARTRIP

July 31, 2024 - 10:00 a.m.

HALASZ REPORTING & VIDEO
1011 E. Main Street, Suite 100
Richmond, Virginia 23219
Phone: (804) 708-0025
Reported by: Lisa Lineberry

```
 1        Q    Who turned it over to the state police?
 2        A    I think the captain called the state police
 3   the day of the incident.
 4        Q    Why?
 5        A    I think that at one time, policy stated you
 6   call the state police for a death that occurred inside
 7   the facility.  They wasn't aware of that policy change
 8   for some reason.  So they --
 9        Q    So I'm sorry.  Who called the police,
10   specifically, state police?
11        A    Captain Russell.
12        Q    Is there any explanation you have for the
13   welts on Mr. Givens' back, other than being whipped
14   with wet towels while he was in the shower?
15             MS. WALLACE:  Object to form.
16             THE WITNESS:  This is the first time I've
17        seen this photo.
18             MS. WALLACE:  Just for the record, this is a
19        photo of Mr. Givens, taken after he had passed,
20        showing the blood collecting on the bottom --
21             MR. KRUDYS:  Are you testifying, Patricia?
22        Is that a speaking objection?
23             MS. WALLACE:  You testified, Mark, this was
24        red welts.  So you know --
25             MR. KRUDYS:  I believe, you know, I'm going
```