```
              UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT
                    ABINGDON DIVISION

 --------------------------------------
                                       :
 KYMBERLY HOBBS, Administrator of      :
 the Estate of CHARLES JAMES GIVENS,   :
                                       :
             Plaintiff,                :
                                       :
 v.                                    : Civil Action No.
                                       :   1:23cv00003
 ANTHONY RAYMOND KELLY, et al,         :
                                       :
             Defendants.               :
                                       :
 --------------------------------------


             DEPOSITION OF JEFFERY ARTRIP


              July 31, 2024 - 10:00 a.m.











                HALASZ REPORTING & VIDEO
              1011 E. Main Street, Suite 100
                 Richmond, Virginia 23219
                   Phone: (804) 708-0025
                Reported by: Lisa Lineberry
```

```
 1          to mark the record.  My question to him was do you
 2          have any explanation that you're aware of for the
 3          welts on the back of his back, other than being
 4          whipped by a wet towel.  That was my question to
 5          him, Patricia.
 6                  MS. WALLACE:  I want to make it clear in the
 7          record that you're showing a photograph that you
 8          haven't identified for the record.  So what is
 9          the --
10                  MR. KRUDYS:  It's 112.
11                  MS. WALLACE:  Thank you.
12                  MR. KRUDYS:  Patricia, you either stand down
13          with your speaking objections, or we get the judge
14          involved with you.  You know what you're doing is
15          wholly improper.
16                  MS. WALLACE:  You can call the judge right
17          now.
18                  MR. KRUDYS:  You know I can't call the judge
19          right now.  A judge isn't going to take a
20          response, but he or she is going to look at the
21          record at some point, and this is a speaking
22          objection, which is inappropriate in federal
23          practice.
24     BY MR. KRUDYS:
25          Q    And for the witness, you're looking at
```