Case 1:23-cv-00003-JPJ-PMS    Document 179-14    Filed 03/20/25    Page 1 of 2
                                Pageid#: 2222

EXHIBIT No. 14

```
 1            UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT
 2                 ABINGDON DIVISION

 3   -------------------------------------
                                         :
 4   KYMBERLY HOBBS, Administrator of    :
     the Estate of CHARLES JAMES GIVENS, :
 5                                       :
                Plaintiff,               :
 6                                       :
     v.                                  : Civil Action No.
 7                                       :    1:23cv00003
     ANTHONY RAYMOND KELLY, et al,       :
 8                                       :
                Defendants.              :
 9                                       :
     -------------------------------------
10

11         DEPOSITION OF JEFFERY ARTRIP

12

13         July 31, 2024 - 10:00 a.m.

14

...

23            HALASZ REPORTING & VIDEO
           1011 E. Main Street, Suite 100
24             Richmond, Virginia 23219
                Phone: (804) 708-0025
25           Reported by: Lisa Lineberry
```

*Halasz Reporting & Video | 804.708.0025*
*1011 East Main Street Richmond, VA 23219*

79

```
 1   Exhibit 112.  Do you have any explanation for the red
 2   mark on Mr. Givens' back, other than being whipped by a
 3   wet towel by the COs?
 4           MR. BELL:  Objection to the form.
 5           THE WITNESS:  Are you referring to the
 6       redness?
 7   BY MR. KRUDYS:
 8       Q   Yes, sir.
 9       A   It actually kind of looks like mottling.
10       Q   Oh, so how many dead individuals have you
11   investigated in the past, sir?
12       A   Well, I've actually sat with a few after they
13   committed suicide, and my father recently passed away
14   this past weekend, so I know what mottling is.
15       Q   So how many -- were you involved with this
16   investigation at all?
17       A   No.
18       Q   At all?
19       A   No.
20           MR. KRUDYS:  And that was -- okay.  We'll
21       take our lunch break.  We're off the record.
22           (Recess was taken.)
23   BY MR. KRUDYS:
24       Q   We're back after lunch break.  Sir, I'm sure
25   you know, you remain under oath.
```