EXHIBIT No. 15

# In the Matter Of:

## KYMBERLY HOBBS, ADMIN vs ANTHONY R. KELLY, ET AL.

## ELI GOODMAN, MD

*September 11, 2024*



1   It's Goodman Deposition 9.
2              MR. SCHNETZLER:  And counsel, I'm only
3       going to submit to the court reporter the photos
4       we actually look at from Exhibit D, if that's
5       all right.  I have them numbered but we're not
6       going to look at all of them, just so you know.
7   BY MR. SCHNETZLER:
8       Q    So I'm going to share my screen again,
9   Dr. Goodman.  All right.  You should be able to see
10  there, Dr. Goodman.  It says Goodman Dep 9 up in the
11  top right on your screen.
12      A    Yes.
13      Q    Is that another photo of Mr. Givens?
14      A    It is, yeah.  That's a photo of him face
15  down, so how we get back photos.
16      Q    Okay.  And Dr. Goodman, these areas of
17  these pinkish reddish areas around sort of the
18  outside edges of his back?
19      A    Yes.
20      Q    What is that?
21      A    That is called livor mortis or lividity.
22  So after you pass away, your blood stops pumping from
23  your heart and it pools in the direction of gravity
24  within blood vessels.  So it's basically just
25  settling of the blood.  It's indicating that he was