EXHIBIT No. 16

# In the Matter Of:

## KYMBERLY HOBBS, ADMIN vs ANTHONY R. KELLY, ET AL.

## ELI GOODMAN, MD

*September 11, 2024*



HALASZ Reporting & Video

 1   on his back for a while after he passed away.  And it
 2   gets that pinkish color because he's been
 3   refrigerated for a significant period of time.  It
 4   takes on sort of a pinker hue.
 5        Q    That process, does that have any effect on
 6   any, like, contusions in the area?
 7        A    Sometimes you can see them better when
 8   it's -- when lividity is in that area, but not
 9   necessarily.
10        Q    Okay.  And is there anything of note -- you
11   know, it's not just a solid pink area; right?  We've
12   got some like striations, some white lines?
13        A    Yeah.
14        Q    Is that typical in this lividity process?
15        A    Well, I mean, it's indicative that
16   something -- the places where there's no lividity is
17   indicative of the skin being pressed against, like, a
18   bed or the floor or something like that.  So the
19   blood is not able to pool in areas that are in
20   contact with the ground and make -- and pressing
21   against the ground.  There's no room in the blood
22   vessels for the blood to pool there so you have
23   what's called sparing of lividity in areas that are
24   in contact with the ground, with a surface.
25        Q    Can that be caused by a body bag?