IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| KYMBERLY HOBBS, | ) | |
| ADMINISTRATOR OF THE ESTATE | ) | |
| OF CHARLES JAMES GIVENS, | ) | |
| DECEASED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23cv00003 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY RAYMOND KELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OSBORNE'S
## MOTION IN LIMINE

COMES NOW Defendant Samuel Osborne, by counsel, and joins the motions in

*limine* (ECF #178) and Memorandum in Support (ECF#179) filed by Defendants Jackson,

Kelly, Plummer and Montgomery and moves to exclude from opening statements,

argument by counsel, and evidence at the trial of this action certain argument and proposed

evidence for the reasons stated in the above referenced Memorandum in Support.

WHEREFORE, the Court should grant the motion in limine.

                                        SAMUEL OSBORNE
                                        By Counsel

_/s/Jeremy B. O'Quinn/s/_____
Jeremy B. O'Quinn
VSB No. 78891
The O'Quinn Law Office, PLLC
PO Box 2327
Wise, VA 24293
Phone: (276) 679-2111

Fax: (276) 679-2112
Email: theoquinnlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

___/s/*Jeremy B. O'Quinn/s/*_____
Jeremy B. O'Quinn
