## UNITED STATES DISTRICT COURT
### FOR THE WESTERN DIVISION
### ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS, DECEASED,

       Plaintiff,

                             Civil Action No.: 1:23-cv-00003

**v.**

ANTHONY RAYMOND KELLY, et al.,

       Defendants.

### PLAINTIFF'S SECOND AMENDED PRETRIAL DISCLOSURES

COMES NOW Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James

Givens, Deceased, by counsel, and, pursuant to the Court's Rule 16(b) Scheduling Order (ECF

Dkt. No. 31, *see also* ECF Dkt. No. 86 (setting the dates of the trial)), the Court's Trial Order

(ECF No. 170), the Court's Opinion and Order (ECF No. 177), and Fed. R. Civ. P. 26(a)(3),

herein files her Second Amended Pretrial Disclosures.

### <u>Witness List</u>

Plaintiff intends to call the following witnesses in her case-in-chief:

1.  Plaintiff Kymberly Hobbs

2.  Ronald Danny West, Jr.

3.  Edwin Catron

4.  Debbie Douglas

5.  Special Agent Heath Seagle

6.  Defendant Anthony Kelly

7.  Defendant Joshua Jackson

8.  Defendant Gregory Plummer

9.  Defendant William Montgomery

10. Defendant Samuel Osborne

11. Eli Goodman, MD

12. Jesse Shriki, DO, MS, FACEP

13. William Oliver, MD, MS, MPA

14. Any necessary custodian of records (in the event that adequate stipulations are not reached)

15. Designation of the deposition of any witness unable to attend or outside the jurisdiction of the Court

Plaintiff reserves the right also to call as a witness in her case-in-chief any witness designated by Defendants. Plaintiff also reserves the right to modify the foregoing list commensurate with the Court's further orders.

## <u>Exhibit List</u>

### <u>*Exhibits Plaintiff Expects to Offer*</u>

| Exhibit No. ("P._") | Plaintiff's Deposition Exhibit No. (if any) | Bates No. (if any) | Title of Document |
|---|---|---|---|
| 1 | 110 | | Photo of Givens with his sister |
| 2 A-P | | A. HOBBS008575; B. HOBBS008585; C. HOBBS008586; D. HOBBS008587; E. HOBBS008588; F. HOBBS008590; G. HOBBS008591; H. HOBBS008592; I. HOBBS008594; J. HOBBS008595; K. HOBBS008597; | Photos of Givens and his family |

| | | L. HOBBS008601;<br>M. HOBBS008603;<br>N. HOBBS008605;<br>O. HOBBS008606;<br>P. HOBBS008607-<br>HOBBS008608 | |
|---|---|---|---|
| 3 | | HOBBS008565-<br>008567 | Guardianship Order |
| 4 | | HOBBS000011 | Qualification as Administrator |
| 5 A-E | | A. Catron Audio 1.<br>168_916. mp3<br><br>B. Catron Audio 2.<br>203_702. mp3<br><br>C. Catron Audio 3.<br>170_29. mp3<br><br>D. Catron Audio 4.<br>135_188. mp3<br><br>E. Catron Audio 5.<br>165_631.mp3 | Audio excerpts from Catron phone calls |
| 6 | | HOBBS008657-<br>008658 | Debbie Douglas and Kym Hobbs texts |
| 7 | | HOBBS008659 | Debbie Douglas and Kym Hobbs phone call |
| 8 A | | HOBBS008660 | Debbie Douglas and Kym Hobbs voicemail |
| 8 B | | SIU 000269-000272 | Emails between and/or among O'Der, Douglas, and the Governor's Office |
| 9 | | HOBBS005025-<br>005026 | VDOC Disciplinary Offense Report |

3

| 10 | 115 | | Givens' death scene photo |
|---|---|---|---|
| 11 | 151 | MJKP 00317- 00325 | Givens' death scene photos |
| 12 | | HOBBS005015-005023 | Report of Autopsy with Certificate of Analysis |
| 13 | 111 | 2VDOC000064-000110 | Death Certificate, Death Notice, Institutional Records File |
| 14 | Selected photos were introduced as 112, 166, 176 | HOBBS006061-006100 | Autopsy Photos of Givens |
| 15 | 116 | HOBBS006115 | Photo of Cell Door 19 with Givens' Face Sheet |
| 16 | 117 | | Fall Precaution Sign |
| 17 | | HOBBS000001 | Letter to Kym Hobbs |
| 18 | 119 | 2_VDOC_001891-001897 | VDOC Facility Bed History |
| 19 A-F | | A. dji_fly_2_1705876605415 B. dji_fly_2_1705876605434 C. dji_fly_2_1705876605444 D. dji_fly_2_1705876605462 E. dji_fly_2_1705876605469 | Aerial Photos of MCTC |

4

| | | F. dji_fly_2_1705876605477 | |
|---|---|---|---|
| 20 | 66 | HOBBS000153 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 21 | 66A | HOBBS000155 – 000157 | Town of Marion, Marion Fire/EMS Patient Care Record |
| 22 | 66B | HOBBS004742 | Diagram of MCTC Wing |
| 23 | 66C | HOBBS004797 – 004801 | VDOC Health Services Consultation Report; 2B Logbook |
| 24 | 66D | HOBBS005082 – 005099 | VDOC Internal Incident Report |
| 25 | 66E | SIU000001 – 000013 | VDOC Incident Report |
| 26 | 66F | SIU000902 – 000977 | Special Investigations Unit Marion Correctional Treatment Center Incident Report |
| 27 | 67 | HOBBS006037-006052 | Virginia State Police Investigative Report – File No. 22-2333 |
| 28 | 73 | | VDOC Organizational Chart |
| 29 | 88 | 2_VDOC_000266-000324 | VDOC Memorandum, Report of Investigation  – #180213MAR – (FINAL) |
| 30 | 96 | VDOC_002688-002689 | Emails with Stephanie Kennedy, Annasue Cook |
| 31 | 97 | VDOC_002913-002916 | VDOC Employee Work Profile Work Description and Performance Plan |
| 32 | 154 | MKJP 00130 - MKJP 00174 | VDOC Health Services Consultation Report, 2B Post Logbooks, handwritten medical notes, Physicians Progress Notes, Health Service Complaint and Treatment Form, Fall Risk Assessment, QMC Consultation Request, Interdisciplinary Progress Notes, Disciplinary Actions, |

|  |  |  | Offender Summary Report, Face Sheet, Death Notice, Clinical Report |
|---|---|---|---|
| 33 | 155 | MKJP 00193 - MKJP 00212 | Virginia State Police Investigative Report – File No. 22-2333 |
| 34 | 156 | MKJP 00301- MKJP 00316 | VDOC Officer's Log Sheet |
| 35 | 159 | VDOC_002640 - VDOC_002641 | 2B Logbook |
| 36 | 157 | MKJP 00232- MKJP 00300 | VDOC Incident Report |
| 37 |  | Hobbs 4 camera.mp4 | Video of 2B Hallway 2-05-2022, Merged Camera Angles |
| 38 A-D |  | HOBBS006251-006254 A. 220214103831_MCTC2572BMAINHALL_(1)_1 B. 220214103831_MCTC2562BMAINHALL_(1)_2 C. 220214103831_MCTC2552BMAINHALL_(1)_3 D. 220214103831_MCTC2542BMAINHALL_(1)_4 | Video of 2B Hallway, Separate Camera Angles |
| 39 | 113 | DSC_3405 | Photo of two showers |
| 40 | 114 | DSC_3410 | Photo of shower door |
| 41 | 129 | DSC_3393 | Photo of shower room through doorway |
| 42 | 130 | DSC_3394 | Photo of shower room |

| 43 | 131 | DSC_3397 | Photo of doorway |
|----|-----|----------|------------------|
| 44 | 132 | DSC_3399 | Photo of storage closet |
| 45 | 133 | DSC_3400 | Photo of storage closet |
| 46 | 134 | DSC_3405 | Photo of two showers through doorway |
| 47 | 135 | DSC_3415 | Photo of two showers |
| 48 | 136 | DSC_3416 | Photo of locked shower door |
| 49 | 137 | DSC_3432 | Photo of shower room |
| 50 | 138 | DSC_3435 | Photo of Mark Krudys holding bucket over shower |
| 51 | 140 | DSC_1029 | Photo of mop closet |
| 52 | 5 | HOBBS004713 | VDOC Health Services Complaint and Treatment Form, SISP |
| 53 | 21 | HOBBS004258 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 54 | 23 | HOBBS004257 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 55 | 23A | 2_VDOC_000399 – 000400 | VDOC Officer's Log Sheet |
| 56 | 24 | HOBBS004454 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 57 | 28 | HOBBS004451 | VDOC Interdisciplinary Progress Note |
| 58 | 60 | HOBBS004806 | VDOC Physicians Progress Notes (MCTC 36) |
| 59 | 30 | HOBBS000227 – 000230 | Office of Health Services Wound Assessment |
| 60 | 36 | 2_VDOC_000422 – 000426 | Medical Cell Logbook |

| 61 | 59 | HOBBS005047 | VDOC Health Services Complaint and Treatment Form, Marion Correctional Treatment Center |
| 62 | 63 | HOBBS005043 | VDOC Physicians Progress Notes (MCTC 36) |

### *Exhibits Plaintiff May Offer if the Need Arises or if Permitted by the Federal Rules of Evidence*

| Exhibit No. ("P._") | Plaintiff's Deposition Exhibit No. (if any) | Bates No. (if any) | Title of Document |
|---|---|---|---|
| 63 | | | Defendant Anthony Kelly's Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 64 | | | Defendant Joshua Jackson's Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 65 | | | Defendant Gregory Plummer's Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 66 | | | Defendant William Montgomery Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 67 | | | Defendant Osborne Answer to Plaintiff's First Interrogatories and Requests Production of Documents |
| 68 A-K | | A.HOBBS008639 B. HOBBS008640 C. HOBBS008641 D. HOBBS008642 E. HOBBS008643 F. HOBBS008644 G. HOBBS008645 | Grand Jury Testimony |

| | | H. HOBBS008646<br>I. HOBBS008647<br>J. HOBBS008648<br>K. HOBBS008649 | |
|---|---|---|---|
| 69 | 125 | HOBBS006228<br>07.18.22 | MCTC 2B Main Hall Video Screenshot<br>02-05-2022 07:18:22 |
| 70 | 126 | HOBBS006228<br>07.26.25 | MCTC 2B Main Hall Video Screenshot<br>02-05-2022 07:26:25 |
| 71 | 127 | HOBBS006228<br>07.32.41 | MCTC 2B Main Hall Video Screenshot<br>02-05-2022 07:32:41 |
| 72 | 128 | HOBBS006228<br>07.37.34 | 2B Main Hall Video Screenshot<br> 02-05-2022 07:37:34 |
| 73 | 150-1 | 07.37.22-47 | Video of Hallway 02-05-2022, 7:37:22 –<br>7:37:47 |
| 74 | 150-2 | 07.57.40 | Photo of Hallway 02-05-2022 07:57:40 |
| 75 | 150-3 | 08.02.15 | Photo of Hallway 02-05-2022 08:02:15 |
| 76 | 150-4 | 08.27.19 | Photo of Hallway 02-05-2022 08:27:19 |
| 77 | 150-5 | 08.58.13 | Photo of Hallway 02-05-2022 08:58:13 |
| 78 | 150-6 | 09.25.52-09.26.28 | Video of Hallway 02-05-2022 09:25:52 -<br>09:26:28 |
| 79 | 150-7 | 09.26.05 | Photo of Hallway 02-05-2022 09:26:05 |
| 80 | 150-8 | 09.30.12-59 | Video of Hallway 02-05-2022 09:30:12 -<br>09:30:59 |
| 81 | 150-9 | 09.33.44-09.34.08 | Video of Hallway 02-05-2022 09:33:44 -<br>09:34:08 |
| 82 | 150-10 | 09.30.47 | Photo of Hallway 02-05-2022 09:30:47 |
| 83 | 150-11 | 09.33.55 | Photo of Hallway 02-05-2022 09:33:55 |

| 84 | 90 | HOBBS008555-008564 | Affidavit of Ronald Danny West |
|----|----|----|----|
| 85 | 160 | | Defendants' Jackson, Kelly, Montgomery, and Plummer's Expert Disclosures |
| 86 | 170 | | Defendants Jeffery Artrip and Travis S. Poston Rule 26(a)(2) Expert Disclosures |
| 87 | 35 | 2_VDOC_000422 – 000426 | Medical Cell Logbook |
| 88 | 35A | E_VDOC_00023551 - 00023553 | Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita E. Call, Bridgett Ford, Tammy R. Jones, William Fields |
| 89 | 35C | HOBBS000419 – 000421 | Physician Documentation, Smyth County Community Hospital |
| 90 | 41A | E_VDOC_00023683 | Email from Tammy R. Jones to Mark Larsen, Laura Campbell |
| 91 | 41B | 2 VDOC 000458 – 000459 | MCTC Medical Pill Call Logbook |
| 92 | 41C | HOBBS000432 – 000713 | SCCH ICU Inpatient Record |
| 93 | 41D | 2_VDOC_000364 | VDOC Internal Incident Report |
| 94 | 42 | 2_VDOC_000365 | VDOC Internal Incident Report |
| 95 | 42A | HOBBS005041 | Handwritten Medical Notes |
| 96 | 42B | HOBBS002121 – 002542 | JMH Progressive Care Inpatient Record |
| 97 | 43A | 2_VDOC_001830-001841 | VDOC Incident Report |
| 98 | 44 | 2_VDOC_000460 – 000461 | MCTC 1C Post Logbook |

| 99 | 56 | 2_VDOC_000484 – 000485 | Logbook, 1-C B-Break |
| 100 | 56A | 2_VDOC_000486 – 000491 000 | MCTC Medical Cell Post Logbook |
| 101 | 56B | HOBBS005051 – 005052 | VDOC Physicians Progress Notes (MCTC 36) |
| 102 | 56C | HOBBS005082 | VDOC Internal Incident Report |
| 103 | 56D | HOBBS001053 – 001170 | SCCH Emergency Inpatient Record |
| 104 | 56E | HOBBS001065 – 001076 | SCCH Emergency Inpatient Record, ED Notes - ED Notes |
| 105 | 57 | HOBBS005083 | VDOC Internal Incident Report |
| 106 | 57B | HOBBS001195 – 001218 | SCCH Med/Surg Inpatient Record, ED Notes - ED Notes |
| 107 | 57C | HOBBS001171 – 001618 | SCCH Med/Surg Inpatient Record |
| 108 | 58 | HOBBS001636- 001642 | SCCH ICU Inpatient Record ED Notes - ED Notes |
| 109 | 58B | HOBBS005048 | VDOC Physicians Progress Notes (MCTC 36) |
| 110 | 58E | 2_VDOC_000402 | VDOC Officer's Log Sheet |
| 111 | 77 | E_VDOC_00023551 - 00023553 | Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita Call, Bridgett Ford, Tammy Jones, William Fields |
| 112 | 79 | E_VDOC_00023571 -00023572 | Emails with Tammy R. Jones, Mark S. Amonette, Meredith R. Cary |
| 113 | 82 | E_VDOC_00023596 -00023597 | Emails with Kimberly Olinger, Tammy Jones, Ann Horst, Cynthia Lester, James L. Brown, James Lee, Bridgett Ford, Corena Reedy |

| 114 | 87 | MCTC00197 | Emails with Mark Amonette, Cynthia Lester |
| 115 | 15 | HOBBS003831 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 116 | 75 | 2_VDOC_000588 | Emails from Brian Davis to George Berry forwarding email from Daniel K. Roland |
| 117 | 76 | 2_VDOC_000586 | CO Cox written statement |
| 118 | 16 | 2_VDOC_ 000579 – 000581 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 119 | 16A | 2_VDOC_000585 | Investigative Interview, Robert Johnson |
| 120 | 16B | E_VDOC_00024032 | Email from Sonja Miller to George Berry |
| 121 | 83 | E_VDOC_00024030 | Emails with Mary Fuqua, George H. Berry, Brian Davis, |
| 122 | 19A | E VDOC 00024052 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 123 | 20 | HOBBS004259 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 124 | 25 | HOBBS004452 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 125 | 25A | 2_VDOC_000371 – 000375 | VDOC Incident Report |
| 126 | 27 | HOBBS004440 | VDOC Mental Health Services Progress Notes, MCTC |
| 127 | 27A | HOBBS004445 | VDOC Psychiatry Progress Note, MCTC |
| 128 | 32 | HOBBS004733 – 004738 | VDOC Report of Investigation – #180213MAR – FINAL |
| 129 | 32A | HOBBS000423 – 000425 | Nurse's Notes, Smyth County Community Hospital |

| 130 | 32D | 2_VDOC_000494 – 000563 | VDOC Investigative Report File |
| 131 | 32F | HOBBS006024-6032 | VDOC Report of Investigation – #180268MAR – FINAL |
| 132 | 32G | 2_VDOC_000376 – 000377 | VDOC Incident Report |
| 133 | 32H | 2_VDOC_000413 – 000415 | MCTC 2B Post Logbook |
| 134 | 32I | 2_VDOC_000366 – 000367 | VDOC Internal Incident Report |
| 135 | 32J | E VDOC 00024035 | Email from George Berry to Johnny Acosta |
| 136 | 33 | HOBBS000376 | VDOC Consultation Report |
| 137 | 37 | 2_VDOC_000381 – 000398 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 138 | 74 | 2_VDOC_000369-370 | VDOC Internal Incident Report |
| 139 | 38 | HOBBS000373 – 000410 | General Surgery (Free Text Consult) - Consultation Note |
| 140 | 38A | E_VDOC_00024033 | Email from Gary Lyons to Scott Brown, George Berry |
| 141 | 43 | 2_VDOC_000401 | VDOC Officer's Log Sheet |
| 142 | 47 | 2_VDOC_000464 – 000471 | MCTC Medical Cell Logbook |
| 143 | 47B | HOBBS002543 – 002989 | JMH Progressive Care Inpatient Record |
| 144 | 48 | 2_VDOC_000564 – 000578 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |

| 145 | 48A | 2_VDOC_000569 | Officer B. Harrington Letter to Lieutenant George Berry |
| 146 | 48B | 2_VDOC_000564 – 000566 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 147 | 48C | 2_VDOC_000576 – 000578 | Photos of Givens' Wounded Knees |
| 148 | 49 | HOBBS000884 – 000970 | SCCH Emergency Inpatient Record |
| 149 | 51 | HOBBS005055 – 005056 | VDOC Physicians Progress Notes (MCTC 36) |
| 150 | 52 | 2_VDOC_000476 – 000478 | MCTC 2-B Post Logbook |
| 151 | 52A | HOBBS000981-000985 | SCCH Emergency Inpatient Record, ED Provider Notes – ED Notes |
| 152 | 52B | HOBBS000971 – 001053 | SCCH Emergency Inpatient Record |
| 153 | 54 | 2_VDOC_000564-000578 | VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report |
| 154 | 61 | HOBBS004805 | VDOC Physicians Progress Notes (MCTC 36) |
| 155 | 65 | HOBBS005060 – 005061 | VDOC Interdisciplinary Progress Notes (MCTC 41) |
| 156 | 86 | MCTC00214, 178, 196 | Emails with Jennifer Thompson, Ann H. Horst, Corena Mcghee, Cynthia Lester, Tammy R. Jones, Bridgett Ford, Kimberly Olinger, Jefferey C. Artrip, Chad Lard, VADOC Clinical Coordinator, Mary L. Gilbert, Mark Amonette, Shyam Singaredy |
| 157 | 78 | E_VDOC_00023520 | Medical Transfer Request Form |

14

| 158 | 80 | E_VDOC_00023580 -00023581 | Emails with Ann Horst, Anita Call, Cynthia Lester, Daniel K. Roland, Tammy R. Jones, Corena McGhee |
| 159 | 81 | E_VDOC_00023588 -00023589 | Emails with Kimberly Olinger, James L. Brown, Jeffery C. Artrip, Corena Mcgheel Tammy R. Jones |
| 160 | 91 | 2_VDOC_000685 | VDOC Internal Incident Report |
| 161 | 92 | 2_VDOC_000792 | VDOC Written Complaint |
| 162 | 93 | 2_VDOC_000806- 11 | VDOC Informal Complaint |
| 163 | 93A | 2_VDOC_000676 | VDOC Internal Incident Report |
| 164 | 94 | 2_VDOC_000716 | VDOC Internal Incident Report |
| 165 | 95 | 2_VDOC_000800 | VDOC Written Complaint |
| 166 | 98 | VDOC002560- 002565 | MCTC Shift Commanders Office Post Logbook |
| 167 | 99 | VDOC002566- 002570 | MCTC SCO Post Logbook |
| 168 | 100 | VDOC002571- 002576 | MCTC SCO Post Logbook |
| 169 | 101 | VDOC002577- 002586 | MCTC SCO Post Logbook |
| 170 | 102 | VDOC002587- 002593 | MCTC SCO Post Logbook |
| 171 | 103 | VDOC002594- 002599 | MCTC SCO Post Logbook |
| 172 | 104 | VDOC002600- 002609 | MCTC Medical Cell Post Logbook |
| 173 | 105 | VDOC002610- 002621 | MCTC 1-B Post Logbook |
| 174 | 106 | VDOC002622- 002633 | MCTC 2-B Post Logbook |

| 175 | 107 | VDOC002634-002647 | MCTC 2-B Post Logbook |
| 176 | 68 | HOBSS006053-006056 | Virginia State Police Polygraph Unit Witness Examination |

Plaintiff reserves the right to modify the foregoing list commensurate with the Court's further Orders. Plaintiff may also offer the following in her case: pleadings; any exhibit identified by a Defendant and not objected to; documents to be used for impeachment; documents permitted to be offered by the Federal Rules of Evidence, summaries of records, charts, and timelines; demonstrative aids; and Plaintiff's Experts' Reports (including CVs) and any reference materials.

Respectfully submitted,

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES
GIVENS,
DECEASED

By:     /s/ Mark J. Krudys
                      Counsel

Mark J. Krudys (VSB No. 30718)
Daniel Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com
*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

_____/s/ Mark J. Krudys_____

Mark J. Krudys (VSB# 30718)

THE KRUDYS LAW FIRM, PLC

919 East Main Street, Suite 2020

Richmond, Virginia 23219

804.774.7950 Phone

804.381.4458 Fax

dzemel@krudys.com

*Counsel for Plaintiff*

17