IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

KYMBERLY HOBBS,
ADMINISTRATOR OF THE ESTATE OF
CHARLES JAMES GIVENS,
DECEASED,

        Plaintiff,

v.                                                                                      Civil Action No. 1:23-CV-00003

ANTHONY RAYMOND KELLY, *et al.*,

        Defendants.

## PLAINTIFF'S PROPOSED VERDICT FORM

## LIABILITY

### Negligence

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that:

Defendant ANTHONY RAYMOND KELLY was negligent?

Yes   No   (circle one)


Defendant GREGORY SCOTT PLUMMER was negligent?

Yes   No   (circle one)


Defendant JOSHUA CALEB JACKSON was negligent?

Yes   No   (circle one)


Defendant WILLIAM ZACHARY MONTGOMERY was negligent?

Yes   No   (circle one)

Defendant SAMUEL DALE OSBORNE was negligent?

Yes   No   (circle one)

2

## **Gross Negligence**

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that:

Defendant ANTHONY RAYMOND KELLY was grossly negligent?

Yes   No   (circle one)

Defendant GREGORY SCOTT PLUMMER was grossly negligent?

Yes   No   (circle one)

Defendant JOSHUA CALEB JACKSON was grossly negligent?

Yes   No   (circle one)

Defendant WILLIAM ZACHARY MONTGOMERY was grossly negligent?

Yes   No   (circle one)

Defendant SAMUEL DALE OSBORNE was grossly negligent?

Yes   No   (circle one)

**Willful and Wanton Negligence**

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that:

Defendant ANTHONY RAYMOND KELLY was willfully and wantonly negligent?

Yes   No   (circle one)

Defendant GREGORY SCOTT PLUMMER was willfully and wantonly negligent?

Yes   No   (circle one)

Defendant JOSHUA CALEB JACKSON was willfully and wantonly negligent?

Yes   No   (circle one)

Defendant WILLIAM ZACHARY MONTGOMERY was willfully and wantonly negligent?

Yes   No   (circle one)

Defendant SAMUEL DALE OSBORNE was willfully and wantonly negligent?

Yes   No   (circle one)

**Deliberate Indifference - Medical**

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that the following was deliberately indifferent to a serious medical need of Charles Givens, in violation of the Eighth Amendment?

Defendant ANTHONY RAYMOND KELLY

Yes   No   (circle one)

Defendant GREGORY SCOTT PLUMMER

Yes   No   (circle one)

Defendant WILLIAM ZACHARY MONTGOMERY

Yes   No   (circle one)

Defendant JOSHUA CALEB JACKSON

Yes   No   (circle one)

Defendant SAMUEL DALE OSBORNE

Yes   No   (circle one)

## **Deliberate Indifference – Failure to Intervene**

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that the following failed to intervene to prevent serious harm to Charles Givens, in violation of the Eighth Amendment?

Defendant SAMUEL DALE OSBORNE

Yes   No   (circle one)

**Excessive Force**

Do you find that the plaintiff, KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established by a preponderance of the evidence that the following used excessive force on Charles Givens, in violation of the Eighth Amendment?

Defendant ANTHONY RAYMOND KELLY

Yes   No   (circle one)

Defendant GREGORY SCOTT PLUMMER

Yes   No   (circle one)

Defendant WILLIAM ZACHARY MONTGOMERY

Yes   No   (circle one)

Defendant JOSHUA CALEB JACKSON

Yes   No   (circle one)

7

If you answered "no" to all of the above questions, your job is finished. The jury foreperson should turn to the certification section at the end of these pages, sign and date the document, and signal the courtroom deputy that your deliberations have ended.

If you answered "yes" to any (or all) of the above questions, you must also answer the following questions, which will establish the amount of damages to be awarded to the Plaintiff.

## **COMPENSATORY DAMAGES**

We find that Plaintiff KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established, by a preponderance of the evidence, that she is entitled to the following sum as compensatory damages against the Defendants found liable above (for negligence, gross negligence, willful and wanton negligence, deliberate indifference, and/or excessive force):

$_____

## **PUNITIVE DAMAGES - WILLFUL AND WANTON CONDUCT**

We find that Plaintiff KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established, by a preponderance of the evidence, that she is entitled to the following sum as punitive damages against the following Defendants:

| | |
|---|---|
| ANTHONY RAYMOND KELLY | $_____ |
| GREGORY SCOTT PLUMMER | $_____ |
| WILLIAM ZACHARY MONTGOMERY | $_____ |
| JOSHUA CALEB JACKSON | $_____ |
| SAMUEL DALE OSBORNE | $_____ |

8

## **PUNITIVE DAMAGES - DELIBERATE INDIFFERENCE and/or EXCESSIVE FORCE**

We find that Plaintiff KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, has established, by a preponderance of the evidence, that she is entitled to the following sum as punitive damages against the following Defendants:

ANTHONY RAYMOND KELLY            $_____

GREGORY SCOTT PLUMMER            $_____

WILLIAM ZACHARY MONTGOMERY       $_____

JOSHUA CALEB JACKSON             $_____

SAMUEL DALE OSBORNE              $_____

## **KYMBERLY HOBBS IS THE SOLE STATUTORY BENEFICIARY**

We award the foregoing damages to KYMBERLY HOBBS, the Decedent's sole statutory beneficiary.

Interest

We award the Plaintiff interest as provided by law from February 5, 2022 to date.

9

## **CERTIFICATION**

I certify that the foregoing responses represent the unanimous verdict of the jury empaneled to consider this matter.

_____     _____

DATE                                                                      SIGNATURE OF FOREPERSON

10