| | |
|---|---|
| **From:** | Lester, Cynthia (VADOC) |
| **Sent:** | Wednesday, January 13, 2021 1:03 PM |
| **To:** | Roland, Daniel K. (VADOC);Jones, Tammy R. (VADOC) |
| **Cc:** | Corena McGhee |
| **Subject:** | Fwd: Darden on 1C |

Hey Kreig!

Will you take a look at Darden...history of hypothermia?

Thank you!

Thank you,

Cynthia Lester, RNC, BSN
110 Wright Street
Marion, VA 24354
276-783-9500
cynthia.lester@vadoc.virginia.gov

this electronic message may contain information that is confidential or legally privileged. It is intended only for use by the individual(s) and entity named in the message. If you are not an intended recipient of this message, please notify the sender immediately.

---------- Forwarded message ---------
From: **Horst, Ann** <ann.horst@vadoc.virginia.gov>
Date: Wed, Jan 13, 2021 at 12:56 PM
Subject: Re: Darden on 1C
To: Call, Anita <anita.call@vadoc.virginia.gov>
Cc: MCTC RESIDENTIAL <mctcresidentia@vadoc.virginia.gov>


His thinking is a bit hard to follow, but he did express Monday
 1) fear of Marcus Young, thinking he wanted him sent to the hole
2) feeling cold (ordered him a safety blanket)
3) wanting to go back to where CO Dempsey is.
4) "they are beating me up back there" - I couldn't tell what he was referring to.
Maybe he will need to go back to his previous wing - thoughts?

Anne H. Horst MD
Medical Director
Marion Correctional Treatment Center
Western Regional Psychiatrist
804-773-8650
434-996-0550
ann.horst@vadoc.virginia.gov

1

**DEPOSITION EXHIBIT**
07/23/24 HRV-KA
**80**

CONFIDENTIAL                                                                                      E_VDOC_00023580

On Wed, Jan 13, 2021 at 12:35 PM Call, Anita <anita.call@vadoc.virginia.gov> wrote:
I spoke with T/O Haga. He said that Darden got a job but refused to work. He told the officers he didn't want to work. T/O Haga states Darden stays in his room most of the time. Haga states he comes out to the dayroom to get his tray and goes straight back to his room. This has been going on since last week.


*Anita Call*
Treatment Sergeant
Marion Correctional Treatment Center
110 Wright Street
Marion, VA 24354
276-783-1394
anita.call@vadoc.virginia.gov


On Mon, Jan 11, 2021 at 5:37 PM Horst, Ann <ann.horst@vadoc.virginia.gov> wrote:
When you have a chance, would you ask the Treatment Officers on 1C how Darden is doing?
Thanks,
AHH

Anne H. Horst MD
Medical Director
Marion Correctional Treatment Center
Western Regional Psychiatrist
804-773-8650
434-996-0550
ann.horst@vadoc.virginia.gov

CONFIDENTIAL                                                          E_VDOC_00023581

| | |
|---|---|
| **From:** | Brown, James L. (VADOC) |
| **Sent:** | Monday, March 28, 2022 1:14 PM |
| **To:** | Olinger, Kimberly (VADOC) |
| **Cc:** | Ball, Nathan (VADOC);Artrip, Jeffery C. (VADOC);Mcghee, Corena (VADOC);Jones, Tammy R. (VADOC) |
| **Subject:** | Re: Andrell Brown |

Ms. Olinger,
I will address this today.

On Mon, Mar 28, 2022 at 1:06 PM Olinger, Kimberly <kimberly.olinger@vadoc.virginia.gov> wrote:
Hello,

I am writing new orders for Mr. Brown in regards to his mental health observation. He is smaller in size and at a higher risk for hypothermia which could potentially result in an ER visit. I was told by staff on 1B there were no thermals available. Is there any way we can find some thermals for this inmate to mitigate potential issues while on 1B (at least while the weather is cooler)?

Thanks,



--

Kimberly A. Olinger

Nurse Practitioner

Marion Correctional Treatment Center

110 Wright Street

Marion, VA 24354

Office (276) 783-9514

kimberly.olinger@vadoc.virginia.gov



DISCLAIMER

The contents of this E-Mail and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This E-Mail is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this E-Mail in error, any use,

1

DEPOSITION EXHIBIT
07/23/24 HRV-KA
**81**

CONFIDENTIAL                                                    E_VDOC_00023588

reproduction or dissemination of this E-Mail is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply E-Mail or at (276) 783-9514 and destroy this E-Mail and it's attachments, if any.

--
Major James Brown
Marion Correctional Treatment Center
(276) 783-9507

2

CONFIDENTIAL                    E_VDOC_00023589