```
 1        A.    River North Correctional Center.
 2        Q.    During what period of time did you work
 3   at River North Correctional Center?
 4        A.    From November the 10th to July 1st I
 5   retired.
 6        Q.    So is that July the 1st of 2023?
 7        A.    Yes.
 8        Q.    All right.  When you say you retired,
 9   from what entity did you retire?
10        A.    From River North at -- I mean...
11        Q.    Were you a VDOC employee?
12        A.    Yes, I was.
13        Q.    Okay.  So that's the -- when I say
14   "VDOC," I'm referring to the Virginia Department of
15   Corrections.  Is that the organization from -- from
16   which you retired?
17        A.    Yes.
18        Q.    All right.  How many years did you have
19   with VDOC?
20        A.    It was a couple months shy of 24.
21        Q.    Were there very -- a variety of times in
22   which you could retire?  Like, for instance, could
23   you retire at 20, anytime after 20 up through 30?
24   Were -- were there any rules like that when you
25   retired?
```

```
 1   intellectual growth?
 2              MS. WALLACE:  Form.
 3              THE WITNESS:  No, sir, I didn't.
 4   BY MR. KRUDYS:
 5        Q.   What -- we've heard some people talk
 6   about him operating at a -- like a fourth, fifth --
 7   four-, five- or six-year-old.
 8              What -- what age category would you say
 9   that Mr. Givens operated at?
10              MS. WALLACE:  Form.
11              MR. BELL:  Object to the form.
12              THE WITNESS:  Probably that level.
13   BY MR. KRUDYS:
14        Q.   Four-, five- or six-year-old?
15        A.   Uh-huh.
16        Q.   I'm not going to intrude in -- in terms
17   of your own personal circumstances, I just want to
18   know about your -- do you have any children?  Did
19   you ever have any children?
20        A.   No, I did not.
21        Q.   Okay.  All right.  But a four-, five- or
22   six-year-old, that's like a child that is just
23   about beginning kindergarten; isn't that right?
24   You understand that?
25        A.   Yes.  Yes.
```

```
 1         Q.   All right.  And what -- where did you see
 2   it with those two officers?
 3              MS. WALLACE:  Form.
 4              THE WITNESS:  Once at the prison, and
 5      then once of the Wytheville office of
 6      president -- or Investigator O'Dell.
 7   BY MR. KRUDYS:
 8         Q.   Have you ever taken a polygraph
 9   concerning Mr. Givens' death?
10              MR. BELL:  Object to the form.
11              THE WITNESS:  No, sir.
12   BY MR. KRUDYS:
13         Q.   Have you -- have the Virginia State
14   Police asked you to take a polygraph?
15         A.   No, sir.
16         Q.   Did anybody ask you, other than your
17   lawyer, to take a polygraph?
18              MS. WALLACE:  Form.
19              THE WITNESS:  Yes, sir.
20   BY MR. KRUDYS:
21         Q.   Who is it that asked you to take a
22   polygraph?
23         A.   O'Dell.
24         Q.   Okay.  And why did you decline to take
25   the polygraph?
```