```
 1      A    No.
 2      Q    All right.  You had no beef against West,
 3  did you?
 4      A    No.
 5      Q    And you knew of no beef that he had against
 6  you; right?
 7      A    Not that I know of.
 8      Q    So do you know that Mr. West took a
 9  polygraph in connection with a VSP, Virginia State
10  Police investigation and passed the --
11      A    In jail?
12      Q    And passed the polygraph, did you know
13  that?
14           MR. BELL:  Object to the form.
15           MS. WALLACE:  Form.
16  BY MR. KRUDYS:
17      Q    Go ahead.
18      A    Yes, I know he took one.
19      Q    And did you know that he passed the
20  polygraph?
21      A    I --
22           MR. BELL:  Object to the form.  Go ahead.
23           MS. WALLACE:  Form.
24           THE WITNESS:  I was told that he passed,
25  yes.
```

```
 1   more years and then retire?
 2       A    I don't know if I'd say that was my plan.
 3   I discussed that with my wife.  But I'd never made an
 4   actual plan or decided what I was going to do.
 5       Q    What exactly was going on that was so
 6   pressure packed for you that you decided to quit two
 7   weeks short of retirement?
 8            MR. BELL:  Object to the form.  Go ahead.
 9            THE WITNESS:  Honestly, my thinking was if
10       I could be lied on one time and have to go
11       through this much trouble, then it would be
12       easier for an inmate to lie on me again.  And I
13       mentally and emotionally couldn't take this
14       again.
15   BY MR. KRUDYS:
16       Q    Did you receive any type of mental health
17   care?  Like did you see a doctor or a therapist for
18   what went on?
19       A    Yes.
20       Q    What -- who did you see?  Was it a
21   psychiatrist, was it a psychologist, a regular MD or
22   DO?
23       A    Just a regular MD, I guess.
24       Q    Okay.  Are you on any medication this
25   morning?
```

```
 1   ground.  I was on a cell entry one time.  I was
 2   holding the shield.  So I was the first man in, and
 3   when we went in, we took the inmate to the ground.
 4        Q    All right.  But was there any type of
 5   videotape of that entrance?
 6        A    I assume that there was.  But I couldn't
 7   tell you what the date was or anything like that.  I
 8   don't even remember who the inmate was.
 9        Q    Was there like a body camera video that was
10   utilized in that circumstance?
11        A    No.  Generally there's a -- somebody
12   standing with a handheld camera videotaping.
13        Q    Okay.  But you knew that when Mr. Givens
14   was in the shower, there was going to be no cameras
15   in the shower; right?
16        A    Well, I knew that there was no cameras
17   placed in the shower, yes.
18        Q    Yeah.  Had you ever seen Officer Creager
19   hit or go hands on with an inmate?
20             MS. WALLACE:  Form.
21             THE WITNESS:  I recall an incident where he
22        done a cell entry on the inmate.
23   BY MR. KRUDYS:
24        Q    Getting back to Mr. Givens, other witnesses
25   have testified to him having like a -- being like a
```