```
 1  interrupt you so you can finish.  And, unfortunately,
 2  it's going to take a little while, but any time you need
 3  a break, you know, usually an hour is kind of what we
 4  shoot for.  But any time you need to take a break or go
 5  to the bathroom, get water, whatever you need to do,
 6  we'll do that.
 7              All right.  Let me start by just getting
 8  your full name, date of birth, current address, if you
 9  don't mind.
10        A.    My full name is William Zachary Montgomery.
11  Date of birth December 3rd, 1997.
12              MR. BELL:  Hold on before you say your
13  address.
14              We'll give that to you off the record.
15              MR. STANLEY:  Okay.
16  BY MR. STANLEY:
17        Q.    Let me just ask you, are you living in
18  Smyth County?
19        A.    West County.
20        Q.    All right.  And approximately when did you
21  start at Department of Corrections?
22        A.    It would have been December 10th, 2017, I
23  believe.  I was there for just over five years.
24        Q.    Okay.  And at the end of that time period,
25  at the end of that five years did you resign or how did
```