```
 1  BY MR. JACKSON:
 2       Q.   So subsequent to his death did you have a
 3  change of title in your job?
 4       A.   Yes.
 5       Q.   What was that?
 6       A.   I was a case work counselor.
 7       Q.   And when did that occur?
 8       A.   Oh, I want to say like November of '23, I
 9  think.
10       Q.   All right.
11       A.   Or '22, I guess.  '22.
12       Q.   So case work counselor?
13       A.   Yes.
14       Q.   And when did you -- are you still employed
15  by the Department of Corrections?
16       A.   No.
17       Q.   When did that cease?
18       A.   I resigned in I think the end of July of
19  '23.
20       Q.   Okay.  You were a case work counselor in
21  November of twenty --
22       A.   I think -- that was approximate.
23       Q.   Was that '22?
24       A.   '22.  Yes.
25       Q.   I understand.  So resigned July of '23.
```