```
 1        Q.    All right.  What does the expression to you
 2   to have your back mean?  That was something you said
 3   early on.
 4        A.    Well, I mean if they investigate you and
 5   find you're not guilty or whatever, and that's what we
 6   went through, and then we're coming back to it again.
 7        Q.    Well, you know, they have sworn testimony
 8   from Ron West and he took a polygraph and passed it.
 9   Were you offered a polygraph?
10             MR. O'QUINN:  Jeremy O'Quinn.  Object to
11   the form.  Go ahead and answer.
12             MR. BELL:  Cameron Bell.  I object to the
13   form.
14             MS. WALLACE:  Form.
15        A.    Yes.
16   BY MR. KRUDYS:
17        Q.    Okay.  So Ron West passed the polygraph but
18   you declined to take the polygraph; is that right?
19             MR. O'QUINN:  Jeremy O'Quinn.  Object to
20   the form.  Go ahead and answer.
21             MR. BELL:  Cameron Bell.  Same objection.
22        A.    My lawyer advised me not to.
23             MR. O'QUINN:  And I'll move to strike that
24   answer as privileged.
25
```

```
 1  BY MR. KRUDYS:
 2       Q.    They gave you an opportunity to kind of
 3  clear your name and you declined, right?
 4             MS. WALLACE:  Form.
 5             MR. O'QUINN:  Jeremy O'Quinn objects to the
 6  form.
 7             MR. BELL:  Cameron Bell.  Same objection.
 8             MR. O'QUINN:  Go ahead and answer.
 9       A.    I mean I have nothing to clear my name.  I
10  told you everything I knew.  Or everything that
11  happened.
12  BY MR. KRUDYS:
13       Q.    Yeah.  And then they asked you to take a
14  polygraph just like Mr. West had done and you declined.
15  Right?
16             MR. O'QUINN:  Object.
17             MS. WALLACE:  Form.
18             MR. O'QUINN:  Asked and answered.  Go ahead
19  and answer.
20             MR. BELL:  Cameron Bell.  Same objection.
21       A.    I mean yeah.  They asked me to take one.
22  BY MR. KRUDYS:
23       Q.    All right.  And you understand that they
24  also asked Kelly, Plummer, Jackson, Montgomery to take
25  the same polygraph, right?
```

```
 1  form.  Go ahead and answer.
 2         A.    Like if Opie steals some candy or
 3  something, you know, you'd say, hey, this is not what
 4  we're supposed to do.
 5  BY MR. KRUDYS:
 6         Q.    All right.  So these are very basic tasks,
 7  correct?
 8         A.    Yeah.
 9         Q.    All right.  And you know some individuals
10  had referred to Mr. Givens as having a, I believe it's
11  third, fourth, fifth, or fourth, five -- fifth, sixth
12  year old intellectual capacity.  What was he like to
13  you?  Was he a kindergartner to you?
14               MS. WALLACE:  Form.
15               MR. O'QUINN:  Jeremy O'Quinn objects to the
16  form.  Go ahead and answer.
17               MR. BELL:  Cameron Bell.  Object to the
18  form.
19         A.    I mean he could do the basic stuff.  I mean
20  he could do more than kindergarten.
21  BY MR. KRUDYS:
22         Q.    All right. Do you have -- have you ever
23  had any children yourself?
24         A.    Excuse me?
25         Q.    Have you ever had any children yourself?
```

```
 1          Q.     And did you personally see it?
 2          A.     Yes.
 3          Q.     And you went into his cell and saw it?
 4          A.     I looked through the door and seen it.
 5          Q.     Did you enter his cell?
 6          A.     To get him up, yes.
 7          Q.     Okay.  So you did go enter his cell to get
 8   him up?
 9          A.     Yes.
10          Q.     All right.  Why was it necessary to enter
11   his cell to get him up?  Why didn't you just say:  Come
12   on with me, Mr. Givens?
13          A.     He'll never get up.  I mean you can watch a
14   hundred videos.  I'll guarantee you every time we had to
15   go in, get him up.  You have to talk him into getting
16   up.
17          Q.     I see.  So how long did it take to talk to
18   him in order to get him up?
19          A.     I mean I didn't time it.  It took awhile.
20          Q.     All right.  So what's awhile?
21          A.     I would say ten minutes or more.
22          Q.     All right.  So for ten minutes you and the
23   other correctional officers are standing there saying:
24   Mr. Givens, get up.  Let's get up.
25                 Is that right?
```

```
 1  going on.  He was just looking at me.
 2          Q.    He was looking at you?
 3          A.    Yeah.
 4          Q.    Was he making eye contact with you?
 5          A.    Yes.
 6          Q.    All right.  Was he moving?
 7          A.    I think he was moving his head or
 8  something.  I mean....
 9          Q.    So your testimony is at 9:26:22 Mr. Givens
10  is still alive, right?
11          A.    Yes.
12          Q.    All right.  And is it -- is the tray slot
13  open?  I know it's kind of hard to see but --
14          A.    No.
15          Q.    All right.  So you're -- do you have the
16  ability to open the tray slot?
17          A.    Yeah.
18          Q.    All right.  And why didn't you open the
19  tray slot if you're trying to communicate with him?
20                MR. O'QUINN:  Objection, form.  Go ahead.
21          A.    Why would I do it?
22  BY MR. KRUDYS:
23          Q.    So he can hear you.
24          A.    He can hear through the doors.
25          Q.    All right.  This is a solid metal door with
```

```
 1          A.    Because I got to pull rec, I get to pull
 2   chow.
 3          Q.    And you've got to pull rec and pull chow
 4   when you're getting Mr. Givens to get up in the morning.
 5   I mean to go to the shower itself, correct?
 6          A.    Yeah.  After showers.
 7          Q.    He -- he's slowing your schedule down,
 8   correct?
 9          A.    Right.  We got a 24-hour clock we got to go
10   by.
11          Q.    All right.  So when you say that you always
12   have to help him put his underwear on, can you describe
13   how you actually would help him physically do that?
14          A.    Most time he would hold his legs up.  I put
15   his legs through the holes and then he'd stand up and
16   pull them up.
17          Q.    All right.  And so -- and the reason you're
18   doing that is because he would just be too slow if he
19   had to do it himself; is that right?
20          A.    Yes.
21          Q.    All right.  If he has difficulty and he's
22   slow putting on his boxer shorts, is he also slow in
23   putting on pants, T-shirt, jumper?
24                MR. O'QUINN:  Jeremy O'Quinn.  Object to
25   the form.  Go ahead and answer.
```