

Virginia Department of Corrections

# Internal Incident Report

DOC Location: MCTC Marion Correctional Treatment Center
Report generated by Wagner, B P
Report run on 02/09/2022 at 10:07 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | |
|---|---|---|---|---|
| IIR-MCTC-2022-000073 | February 05, 2022 @ 09:35 AM | Marion Correctional Treatment Center | | |
| **Reporting Staff:** | Nettles, John | **Title/Shift:** | Sergeant, B Break, Day | |
| **Date Reported:** | 02/05/2022 | **Time:** | 02:26 PM | |
| **Offenders Involved:** | 1440676 | Givens, Charles J | | 2B-19-B |
| **Staff Involved:** | | | | |
| **Visitors Involved:** | | **Others Involved:** | | |
| **Type of Incident:** | Death of an inmate or CCAP probationer/parolee due to unknown causes | | | |
| **Location of Incident:** | Cell - 2B | | | |
| **Gang Related:** | No | **Confidential:** No | **PREA:** | No |

**Description of Incident:**

On February 5, 2022 Officer Osborne was assigned to work housing unit 2B. At approximately 935am Officer Osborne contacted myself in the watch office via telephone. Officer Osborne requested my assistance with inmate C. Givens #1440676 and informed me that he was contacting medical because he seemed unresponsive.
At approximately 936 am, myself and Sergeant Kelly arrived at housing unit 2B. Inmate Givens was being housed in cell #19. Entering his cell I observed inmate Givens lying on his back on his mattress with his head at the right hand side of his cell as you enter. Inmate Givens had his feet on the floor. Inmate Givens eyes were open and his mouth was open. His breathing was slow and shallow. I checked for responsiveness by doing a sternum rub and shaking his shoulder. I received no response from inmate Givens. Inmate Givens then let out a long exhale. At this time, Nurse Paully and Nurse Hale arrived and checked inmate Givens for vitals and said he that he didn't have any. They also stated that inmate Givens also had a Do not resuscitate order in place. At approximately 938am I noticed Cpt. Russell who responded with Lt. Samaniego. EMS was notified and an ambulance responded to the sally port at 949am and arrived on the wing at 955am. Restraints were applied by myself and Lt. Samaneigo. Inmate Givens was then placed on the stretcher. At approximately 1003am myself and Officer Brown escorted inmate Givens to the sally port where he was placed in the back of the ambulance. At approximately 1010am the ambulance departed the sally port and headed to Smyth County Hospital.

**Notifications:**

| Name: | | Title: | | Date/Time Notified: | |
|---|---|---|---|---|---|
| | | | | | |
| **Approved By:** | Russell, Tony L | **Title:** | Shift Commander | | |
| **Action Taken:** | Approved | **Review Date:** | 02/05/2022 | | |
| **Investigation:** | No | **Assigned to:** | | | |
| **Comments:** | | | | | |