NOT FOR PUBLIC RELEASE

220097 - Marion Correctional Treatment Center



Virginia Department of Corrections

## Internal Incident Report

DOC Location: MCTC Marion Correctional Treatment Center
Report generated by Wagner, B P
Report run on 02/09/2022 at 10:06 AM

| Internal Incident Number: | Date/Time of Incident: | DOC Location: | | | |
|---|---|---|---|---|---|
| IIR-MCTC-2022-000071 | February 05, 2022 @ 09:35 AM | Marion Correctional Treatment Center | | | |
| **Reporting Staff:** | Samaniego, Joe H | **Title/Shift:** | Lieutenant, B Break, Day | | |
| **Date Reported:** | 02/05/2022 | **Time:** | 01:00 PM | | |
| **Offenders Involved:** | 1440676 | Givens, Charles J | | 2B-19-B | |
| **Staff Involved:** | **Samaniego, Joe H** | | **Lieutenant** | | |
| **Visitors Involved:** | | **Others Involved:** | | | |
| **Type of Incident:** | Death of an inmate or CCAP probationer/parolee due to unknown causes | | | | |
| **Location of Incident:** | Cell - 2B | | | | |
| **Gang Related:** | No | **Confidential:** | No | **PREA:** | No |

**Description of Incident:**

On February 5, 2022 at approximately 9:40am, I Lt. J. Samaniego, along with Capt. T. Russell responded to housing unit 2B at the request of Sgt. J. Nettles. Upon arriving we were informed that Inmate Charles Givens #1440676 was un-responsive. I went to Inmate Givens' cell, #19, and saw him lying face up on his bed with R/N Pauley and LPN Hale checking Inmate Givens for vitals. R/N Pauley informed me that Givens had a "Do not resuscitate" order, therefore no CPR was initiated. I asked Sgt. A. Kelly to bring me a camera so that I could begin documentation. Sgt. Kelly arrived with the camera and I began to photograph Inmate Givens at approximately 9:45am. I took 9 photos at various angles. I then requested T/X Officer G. Plummer to bring some restraints for transport. Officer Plummer returned with restraints and Myself and Sgt. Nettles placed restraints on both wrist and ankles at approximately 9:55am. EMS also arrived at this time. After placing restraints on Inmate Givens, I assisted in loading Inmate Givens on the gurney. EMS then departed the housing unit. I then returned to the Shift Commanders Office and placed the photos onto a disc. One disc for Virginia State Police, and one for the Institutional Investigator. At 11:13am Special Agent H. Seagle of the Virginia State Police arrived. I turned over a copy of the photo disc to Agent Seagle and escorted him to housing unit 2B Cell #19, at which time he photographed Inmate Givens' cell. We then returned to the shift commander's office. I notified OLU at approximately 10:55am, speaking with Lt. L. Moldanado.

| Notifications: | | | | | |
|---|---|---|---|---|---|
| **Name:** | | **Title:** | | **Date/Time Notified:** | |
| | | | | | |
| **Approved By:** | Russell, Tony L | **Title:** | Shift commander | | |
| **Action Taken:** | Approved | **Review Date:** | 02/05/2022 | | |
| **Investigation:** | No | **Assigned to:** | | | |
| **Comments:** | | | | | |

Page 1 of 1

Report Run On Sunday, February 12, 2023 By C. O'Der

CONFIDENTIAL

2_VDOC_000015

Page: 15 of 63