| Exhibit No. ("P._") | Plaintiff's Deposition Exhibit No. (if any) | Bates No. (if any) | Title of Document |
|---|---|---|---|
| 37 | | Hobbs 4 camera.mp4 | Video of 2B Hallway 2-05-2022, Merged Camera Angles |