UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
Abingdon Division

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

                                                                      Civil Action No.: 1:23cv00003

v.

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

### PLAINTIFF'S MOTION TO SEAL

Plaintiff Kymberly Hobbs, by counsel, moves to seal an exhibit erroneously filed in support of her Memoranda in Opposition to Defendants Kelly, Montgomery, Plummer, and Jackson's Motion *in Limine* (ECF 183.1) and to replace it with a corrected exhibit, attached as Exhibit 1. The erroneously filed exhibit contains private medical information of Residents at the Marion Correctional Treatment Center that should not be made public. In updating her exhibit list to correspond with this Court's ruling on the summary judgment motions, Plaintiff made an error on the numbering of exhibits and uploaded the incorrect one. Plaintiff's counsel apologizes for the error.

Per the requirements of Local Rule 9(b), a proposed Order is being sent to the

Court's chambers.

                    Respectfully submitted,

                    KYMBERLY HOBBS, Administrator of the Estate of Charles James Givens, Deceased.

                    By:  /s/ Danny Zemel_____
                           Counsel

Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

      /s/ Danny Zemel
Danny Zemel (VSB# 95073)