

# VIRGINIA STATE POLICE
# POLYGRAPH UNIT
# WITNESS EXAMINATION

## Personal Information

Examinee Name: **Ronald Danny West Jr.**
Date of Birth: **08/06/1977**          Age: **44**

## Exam Information

LEAMS Case #: 22-2333
Polygraph #: 22-4-011
Exam Location: BCI - Wytheville
Exam Date: 05/10/2022
Examiner: S/A Travis D. Sykes

## Case Information

Virginia State Police Special Agent Heath Seagle is investigating a case involving the alleged assault of inmate Charles James Givens at Marion Correctional Treatment Center. The alleged assault is believed to have resulted in the death of the inmate. Another inmate, Ronald West, is a witness to the assault. Mr. West has claimed to see 4 different Correctional Officers assault inmate Givens just prior to his death. Special Agent Seagle requests a polygraph examination to determine whether or not inmate Ronald West is being truthful in the statements he has made in reference to witnessing the alleged assault.

HOBBS006053

**Pre-Test Interview**

On 05/10/2022, Ronald Danny West Jr. arrived and voluntarily submitted to a polygraph examination. The following forms were read, completed, and voluntarily signed by the examinee prior to the polygraph exam:

> Polygraph Standards of Practice Form
> Agreement to submit to a Polygraph Examination form
> Advice of Rights form

During the pre-test interview, Mr. West read the forms and said he understood the forms. He then signed them agreeing to the testing. The examination was recorded using both audio and video. In the opinion of the examiner, Mr. West was suitable for polygraph testing.

The following is a paraphrased summary of the information provided by Mr. West in the pre-test interview:

I saw a lot of what happened. The way those guys are treated up there on the B wings is crazy. My job at Marion Correctional Treatment Center involves me cleaning up the mess after someone uses the bathroom on themselves in the segregation cells. Inmate Givens had shit on himself, which wasn't uncommon. Inmate Givens was then taken to the shower by the Correctional Officers. It is the responsibility of the Correctional Officers to clean off the inmate. While they do that, it is my job to clean the mess up in the cell. While I was cleaning the mess up and walking back and forth getting supplies, I witnessed several things that were done that bothered me. I saw two Correctional Officers (Jackson and Montgomery) throwing buckets of cold water on inmate Givens while he was in the shower. I know the water was cold because I was in the room when they came and got it. I also witnessed Sergeant Kelly punch Givens in the body. It was kind of on the side of the torso. I also witnessed Officer Plummer popping inmate Givens with a towel (demonstrated). Officer Osborne was also present, but I did not see him do anything but try to help inmate Givens. He did not do anything wrong that I saw.

At the conclusion of the pre-test phase of the polygraph examination, the examiner discussed and thoroughly reviewed all the test questions with the examinee. The purpose of this detailed review is to provide the examinee an opportunity to ensure they completely understood the questions before the onset of the testing phase of the appointment.

## In-Test Phase

Format of Polygraph:   Examination: Federal You Phase
Polygraph Instrument: Lafayette Instrument LX6

The following pertinent questions were asked during the Polygraph examination:

R5: Did you lie in any part of your written statement?

R7: Regarding your written statement, did you lie in any part of it?

## Examination Results

The Polygraph examination indicated a finding of:

**NO DECEPTION INDICATED**

## Post Test Interview

During the post-test phase of the appointment, the results of the examination were given to, and discussed with, Mr. West. Mr. West provided no further statements to this examiner. Mr. West advised that he would like this examiner to throw away his copy of the Standards of Practice form because he did not want to take anything with him when he left.

## Examiner's Comments:

Mr. West did speak with attorneys Paul Stanley and Tom Jackson, both of whom were present in the building during the examination and watched the examination on video from another office.

Signature of Examiner: _S/A Jas D Lyh_

HOBBS006055

Ronald Danny West Jr    8-6-77    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

I saw these two C/o Throwing cold water on C/o Jackson & Montgomery                Imate Givens.

I saw C/o Plumber poping Givens with a towel

I also saw Sgt. Kelley punch Givens in the body.

I didn't see C/o Osborne do anything but help Imate Givens

Ronald West Jr
5-10-22

HOBBS006056