UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
Abingdon Division

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

                                                            Civil Action No.: 1:23cv00003

v.

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

**(PROPOSED) ORDER**
**(Granting Motion to Seal)**

This matter comes before the Court on Plaintiff Kymberly Hobbs' Motion to Seal, moving for an Order placing under seal an exhibit erroneously filed in support of her Memoranda in Opposition to Defendants Kelly, Montgomery, Plummer, and Jackson's Motion *in Limine* (ECF 183.1) and replacing it with a corrected exhibit. The exhibit contains private medical information of prisoners at Marion Correctional Treatment Center. Based on Plaintiff's representation that these materials contain confidential medical information of Residents at the Marion Correctional Treatment Center and because no other procedure will be sufficient to preserve the confidentiality of such information, the Court hereby GRANTS Plaintiff's Motion to Seal and hereby ORDERS that ECF 183.1 be placed under seal until further order

of the Court. The Court further ORDERS that the correction version of ECF 183.1 filed as an attachment to Plaintiff's Motion to Seal be filed on the docket.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                                                      _____
                                             United States District Judge

Abingdon, Virginia
Dated: