IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

KYMBERLY HOBBS,                        )
ADMINISTRATOR OF THE ESTATE            )
OF CHARLES JAMES GIVENS,               )
DECEASED,                              )
                                       )
        Plaintiff,                    )    Case No. 1:23cv00003
                                       )
v.                                     )
                                       )
ANTHONY RAYMOND KELLY, et al.,         )
                                       )
        Defendants.                   )

## OBJECTIONS TO PLAINTIFF'S
## PRETRIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(3)(B), Defendants, Anthony Kelly, Gregory Plummer, Joshua Jackson and William Montgomery, by counsel, object to the pretrial disclosures of plaintiff, Dkt. No. 181, on the following grounds:

## I. WITNESSES

1.    *Edwin Catron.*  Defendants object to Edwin Catron on the grounds of hearsay.

2.    *Debbie Douglas.*  Defendants object to Debbie Douglas on the grounds of hearsay

3.    *Special Agent Heath Seagle.*  Defendants object to Special Agent Heath Seagle on the grounds of hearsay.

2

4.    *Dr. Jesse Shirki.*  Defendants object to Dr. Shirki for the reasons stated in its motion to exclude experts, Dkt. Nos. 116, 117, 153.  Defendants also objects to testimony on any subjects in its motion in limine, Dkt. Nos. 178, 179, and any testimony excluded by the Court in its memorandum opinion and order, Dkt. No. 177.

5.    *Dr. William Oliver.*  Defendants object to Dr. Oliver for the reasons stated in its motion to exclude experts, Dkt. Nos. 116, 117, 153.  Defendants also objects to testimony on any subjects in its motion in limine, Dkt. Nos. 178, 179, and any testimony excluded by the Court in its memorandum opinion and order, Dkt. No. 177.

6.    *Witnesses for foundation, authentication, impeachment, or rebuttal.* Defendants object to testimony on any subjects in its motion in limine, Dkt. Nos. 178, 179, and any testimony excluded by the Court in its memorandum opinion and order, Dkt. No. 177.  Defendants reserve the right to object when the witnesses are identified.

7.    *Any witness disclosed or identified by plaintiff.*  Defendants object to testimony on any subjects in its motion in limine, Dkt. Nos. 178, 179, and any testimony excluded by the Court in its memorandum opinion and order, Dkt. No. 177.  Defendants reserve the right to object when the witnesses are identified.

## II.  EXHIBITS

| P.3 Guardianship Order | Defendants object to the exhibit on the grounds of hearsay. |
| P.4 Qualification as Administrator | Defendants object to the exhibit on the grounds of hearsay. |

3

| | |
|---|---|
| P.5A-E Audio excerpts from Catron phone calls | Defendants object to the exhibits on the grounds of hearsay. |
| P.6 Debbie Douglas and Kym Hobbs texts | Defendants object to the exhibit on the grounds of hearsay. |
| P.7 Debbie Douglas and Kym Hobbs phone call | Defendants object to the exhibit on the grounds of hearsay. |
| P.8A Debbie Douglas and Kym Hobbs voicemail | Defendants object to the exhibit on the grounds of hearsay. |
| P.8B Emails between and/or among O'Der, Douglas and the Governor's Office | Defendants object to the exhibit on the grounds that it was untimely filed and on the grounds of hearsay. |
| P.9 VDOC Disciplinary Offense Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.17 Letter to Kym Hobbs | Defendants object to the exhibit on the grounds of hearsay. |
| P.21 Town of Marion, Marion Fire/EMS Patient Care Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.23 VDOC Health Services Consultation Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.24 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.25 VDOC Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.26 Special Investigations Unit Marion Correctional Treatment Center Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.27 Virginia State Police Investigative Report – File No. 22-2333 | Defendants object to the exhibit on the grounds of hearsay. |

4

| P.28 VDOC Organizational Chart | Defendants object to the exhibit on the grounds of hearsay. |
|---|---|
| P.29 VDOC Memorandum, Report of Investigation – #180213MAR – (FINAL) | Defendants object to the exhibit on the grounds of hearsay. |
| P.30 Emails with Stephanie Kennedy, Annasue Cook | Defendants object to the exhibit on the grounds of hearsay. |
| P.31 VDOC Employee Work Profile Work Description and Performance Plan | Defendants object to the exhibit on the grounds of hearsay. |
| P.32 VDOC Health Services Consultation Report, handwritten medical notes, Physicians Progress Notes, QMC Consultation Request, Interdisciplinary Progress Notes, Disciplinary Actions, Offender Summary Report, Face Sheet, Death Notice, Clinical Report | Defendants object to the exhibits on the grounds of hearsay. |
| P.33 Virginia State Police Investigative Report – File No. 22-2333 | Defendants object to the exhibit on the grounds of hearsay. |
| P.36 VDOC Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.52 VDOC Health Services Complaint and Treatment Form, SISP | Defendants object to the exhibit on the grounds of hearsay. |
| P.53 VDOC Interdisciplinary Progress Notes (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |
| P.54 VDOC Interdisciplinary Progress Notes (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |
| P.55 VDOC Officer's Log Sheet | Defendants object to the exhibit on the grounds of hearsay. |
| P.56 VDOC Interdisciplinary Progress Notes (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |

5

| | |
|---|---|
| P.57 VDOC Interdisciplinary Progress Note | Defendants object to the exhibit on the grounds of hearsay. |
| P.58 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.59 Office of Health Services Wound Assessment | Defendants object to the exhibit on the grounds of hearsay. |
| P.60 Medical Cell Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.62 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.68A-K Grand Jury Testimony | Defendants object to the exhibits on the grounds of hearsay. |
| P. 84 – Affidavit of Ronald Danny West | Defendants object to the exhibit on the grounds of hearsay. |
| P.87 Medical Cell Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.88 Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita E. Call, Bridgett Ford, Tammy R. Jones, William Fields | Defendants object to the exhibit on the grounds of hearsay. |
| P.89 Physician Documentation, Smyth County Community Hospital | Defendants object to the exhibit on the grounds of hearsay. |
| P.90 Email from Tammy R. Jones to Mark Larsen, Laura Campbell | Defendants object to the exhibit on the grounds of hearsay. |
| P.91 MCTC Medical Pill Call Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.95 Handwritten Medical Notes | Defendants object to the exhibit on the grounds of hearsay. |

6

| | |
|---|---|
| P.96 JMH Progressive Care Inpatient Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.97 VDOC Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.99 Logbook, 1-C B-Break | Defendants object to the exhibit on the grounds of hearsay. |
| P.101 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.102 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.103 SCCH Emergency Inpatient Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.104 SCCH Emergency Inpatient Record, ED Notes - ED Notes | Defendants object to the exhibit on the grounds of hearsay. |
| P.105 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.106 SCCH Med/Surg Inpatient Record, ED Notes - ED Notes | Defendants object to the exhibit on the grounds of hearsay. |
| P.107 SCCH Med/Surg Inpatient Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.109 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.110 VDOC Officer's Log Sheet | Defendants object to the exhibit on the grounds of hearsay. |
| P.111 Emails with Everett Jones, Kimberly Olinger, Terry Richards, Anita | Defendants object to the exhibit on the grounds of hearsay. |

| | |
|---|---|
| Call, Bridgett Ford, Tammy Jones, William Fields | |
| P.112 Emails with Tammy R. Jones, Mark S. Amonette, Meredith R. Cary | Defendants object to the exhibit on the grounds of hearsay. |
| P.113 Emails with Kimberly Olinger, Tammy Jones, Ann Horst, Cynthia Lester, James L. Brown, James Lee, Bridgett Ford, Corena Reedy | Defendants object to the exhibit on the grounds of hearsay. |
| P.115 VDOC Interdisciplinary Progress Notes (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |
| P.116 Emails from Brian Davis to George Berry forwarding email from Daniel K. Roland | Defendants object to the exhibit on the grounds of hearsay. |
| P.117 CO Cox written statement | Defendants object to the exhibit on the grounds of hearsay. |
| P.119 Investigative Interview, Robert Johnson | Defendants object to the exhibit on the grounds of hearsay. |
| P.123 VDOC Interdisciplinary Progress Notes (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |
| P.124 VDOC Interdisciplinary Progress Notes, (MCTC 41) | Defendants object to the exhibit on the grounds of hearsay. |
| P.129 Nurse's Notes, Smyth County Community Hospital | Defendants object to the exhibit on the grounds of hearsay. |
| P.130 VDOC Investigative Report File | Defendants object to the exhibit on the grounds of hearsay. |
| P.131 VDOC Report of Investigation – #180268MAR – FINAL | Defendants object to the exhibit on the grounds of hearsay. |
| P.132 VDOC Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.135 Email from George Berry to Johnny Acosta | Defendants object to the exhibit on the grounds of hearsay. |

8

| | |
|---|---|
| P.139 General Surgery (Free Text Consult) - Consultation Note | Defendants object to the exhibit on the grounds of hearsay. |
| P.140 Email from Gary Lyons to Scott Brown, George Berry | Defendants object to the exhibit on the grounds of hearsay. |
| P.142 MCTC Medical Cell Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.143 JMH Progressive Care Inpatient Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.146 VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.148 SCCH Emergency Inpatient Record | Defendants object to the exhibit on the grounds of hearsay. |
| P.149 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.153 VDOC MCTC Investigations and Intelligence Unit, Institutional Investigative Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.154 VDOC Physicians Progress Notes (MCTC 36) | Defendants object to the exhibit on the grounds of hearsay. |
| P.157 Medical Transfer Request Form | Defendants object to the exhibit on the grounds of hearsay. |
| P.158 Emails with Ann Horst, Anita Call, Cynthia Lester, Daniel K. Roland, Tammy R. Jones, Corena McGhee | Defendants object to the exhibit on the grounds of hearsay. |
| P.159 Emails with Kimberly Olinger, James L. Brown, Jeffery C. Artrip, Corena Mcgheel Tammy R. Jones | Defendants object to the exhibit on the grounds of hearsay. |
| P.160 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.161 VDOC Written Complaint | Defendants object to the exhibit on the grounds of hearsay. |

9

| | |
|---|---|
| P.162 VDOC Informal Complaint | Defendants object to the exhibit on the grounds of hearsay. |
| P.163 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.164 VDOC Internal Incident Report | Defendants object to the exhibit on the grounds of hearsay. |
| P.165 VDOC Written Complaint | Defendants object to the exhibit on the grounds of hearsay. |
| P.166 MCTC Shift Commanders Office Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.167 MCTC SCO Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.168 MCTC SCO Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.169 MCTC SCO Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.170 MCTC SCO Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.171 MCTC SCO Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.172 MCTC Medical Cell Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.173 MCTC 1-B Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |
| P.174 MCTC 2-B Post Logbook | Defendants object to the exhibit on the grounds of hearsay. |

10

| P. 176 – Virginia State Police Polygraph Unit Witness Examination | Defendants object to the exhibit on the grounds of hearsay. |
| --- | --- |

Respectfully submitted,

ANTHONY RAYMOND KELLY
GREGORY SCOTT PLUMMER
JOSHUA RAY JACKSON
WILLIAM ZACHARY MONTGOMERY

By Counsel

Cameron S. Bell
 VSB No. 47685
PENNSTUART
P.O. Box 2288
Abingdon, Virginia  24212
Telephone:  276/628-5151
Facsimile:  276/628-5621
cbell@pennstuart.com

By___*s/Cameron S. Bell*_____
      Cameron S. Bell

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th  day of March, 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system.


_____*s/Cameron S. Bell*_____
                Cameron S. Bell