IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

KYMBERLY HOBBS, )
ADMINISTRATOR OF THE ESTATE )
OF CHARLES JAMES GIVENS, )
DECEASED, )
)
)
      Plaintiff, )   Case No. 1:23cv00003
)
v. )
)
ANTHONY RAYMOND KELLY, et al., )
)
      Defendants. )

## NOTICE OF FILING OF PROPOSED JURY INSTRUCTIONS AND PROPOSED JURY VERDICT FORM

Defendants, Anthony Kelly, Gregory Plummer, Joshua Jackson and William Montgomery, by counsel, submit the attached proposed jury instructions and proposed jury verdict form as required by the Court's Trial Order, Doc. 170.

                             Respectfully submitted,

                             ANTHONY RAYMOND KELLY
                             GREGORY SCOTT PLUMMER
                             JOSHUA RAY JACKSON
                             WILLIAM ZACHARY MONTGOMERY

                             By Counsel

Cameron S. Bell
VSB No. 47685
PENNSTUART
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276/628-5151
Facsimile: 276/628-5621
cbell@pennstuart.com

By  s/Cameron S. Bell
    Cameron S. Bell

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

          s/Cameron S. Bell
          Cameron S. Bell

2