IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KYMBERLY HOBBS, ) <br> ADMINISTRATOR OF THE ESTATE ) <br> OF CHARLES JAMES GIVENS, ) <br> DECEASED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY RAYMOND KELLY, et al., ) <br> ) <br> Defendants. ) | Case No. 1:23cv00003 |

**DEFENDANT OSBORNE'S**
**OBJECTIONS TO PLAINTIFF'S PRE-TRIAL DISCLOSURES**

Defendant Samuel Osborne, by counsel, hereby joins the previously filed objections to plaintiff's pre-trial disclosures filed by the remaining defendants in this case. (ECF# 186).

                                                                SAMUEL OSBORNE
                                                                By Counsel

 /s/Jeremy B. O'Quinn/s/_____
Jeremy B. O'Quinn
VSB No. 78891
The O'Quinn Law Office, PLLC
PO Box 2327
Wise, VA 24293
Phone: (276) 679-2111
Fax: (276) 679-2112
Email: theoquinnlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                ___*/s/Jeremy B. O'Quinn/s/*_____
                                                      Jeremy B. O'Quinn