IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:23cv00003 |
| v. | ) ) | |
| ANTHONY RAYMOND KELLY, et al., | ) ) | |
| Defendants. | ) | |

**<u>DEFENDANT OSBORNE'S
PROPOSED JURY INSTRUCTIONS</u>**

Defendant Samuel Osborne, by counsel, hereby joins the previously filed proposed jury instructions submitted by the remaining Defendants in this matter.

                                                                 SAMUEL OSBORNE
                                                                 By Counsel

/s/Jeremy B. O'Quinn/s/
Jeremy B. O'Quinn
VSB No. 78891
The O'Quinn Law Office, PLLC
PO Box 2327
Wise, VA 24293
Phone: (276) 679-2111
Fax: (276) 679-2112
Email: theoquinnlawoffice@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 24th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                ___*/s/Jeremy B. O'Quinn/s/*_____
                                                        Jeremy B. O'Quinn