IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| KYMBERLY HOBBS, | ) | |
| ADMINISTRATOR OF THE ESTATE | ) | |
| OF CHARLES JAMES GIVENS, | ) | |
| DECEASED, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23cv00003 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY RAYMOND KELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT OSBORNE'S
## PROPOSED VERDICT FORM

COMES NOW Defendant Samuel Osborne, by counsel, and pursuant to the

Court's trial order submits the following as his proposed verdict form.  Please govern

yourselves accordingly.

SAMUEL OSBORNE
By Counsel

  /s/Jeremy B. O'Quinn/s/_____
Jeremy B. O'Quinn
VSB No. 78891
The O'Quinn Law Office, PLLC
PO Box 2327
Wise, VA 24293
Phone: (276) 679-2111
Fax: (276) 679-2112
Email: theoquinnlawoffice@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that, on March 24th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

_____/s/Jeremy B. O'Quinn/s/_____
Jeremy B. O'Quinn