## DEFENDANT OSBORNE'S PROPOSED VERDICT FORM

**Liability: Failure to Intervene**

1.      Do you find that the plaintiff, Kymberly Hobbs, Administrator of the Estate of James

Charles Givens, has proven by a preponderance of the evidence that defendant Samuel Osborne,

failed to intervene by stopping or attempting to stop defendants Gregory Plummer, Joshua

Jackson, Anthony Kelly, and/or William Montgomery from using excessive force against Mr.

Givens in violation of the Eighth Amendment?

   **Answer "yes" or "no"**

**Liability: Deliberate Indifference**

2.      Do you find that the plaintiff, Kymberly Hobbs, Administrator of the Estate of James

Charles Givens has established by a preponderance of the evidence that defendant Samuel

Osborne acted with deliberate indifference to Mr. Givens's serious medical needs, in violation of

the Eighth Amendment?

**Answer "yes" or "no"**

**Liability for Conspiracy**

3.      Do you find the plaintiff, Kymberly Hobbs, Administrator of the Estate of James Charles

Givens has established by a preponderance of the evidence that Defendant Samuel Osborne

engaged in a conspiracy with Defendants Gregory Plummer, Joshua Jackson, Anthony Kelly and

William Montgomery against Mr. Givens in violation of state law?

**Answer "yes" or "no"**

**Liability for Gross Negligence**

4.     Do you find the plaintiff, Kymberly Hobbs, Administrator of the Estate of James Charles

Givens has established by a preponderance of the evidence that Defendant Samuel Osborne acted

with Gross Negligence towards Mr. Givens in violation of state law?

**Answer "yes" or "no"**

**Liability of Willful and Wanton Negligence**

5.     Do you find the plaintiff, Kymberly Hobbs, Administrator of the Estate of James Charles

Givens has established by a preponderance of the evidence that Defendant Samuel Osborne acted

with Willful and Wanton Negligence towards Mr. Givens in violation of state law?

**Answer "yes" or "no"**

*If you answered "No" to Questions 1- 5, please turn to Page __, where the Foreperson shall*

*sign and date this form and return it to the court security officer.*

*If you answered "Yes" to any of the preceding questions, you must also answer the following*

*questions concerning the amount of damages to be awarded to the plaintiff.*

**Compensatory Damages**

6.      We find that the plaintiff, Kymberly Hobbs, Administrator of the Estate of James Charles

Givens, has established, by a preponderance of the evidence, that she is entitled to the following

sum as compensatory damages from Defendant Osborne:


        $ _____


**Punitive Damages**

7.      Do you find that the plaintiff, Kymberly Hobbs, Administrator of the Estate of James

Charles Givens, is entitled to punitive damages from Defendant Osborne?


Answer yes or no:  _____


8.      If you answered "Yes" to Question 7 as to a defendant, state the amount of punitive

damages that you award to the plaintiff against Defendant Osborne:


        $ _____

**Certification**

        I certify that the foregoing responses represent the unanimous verdict of the jury

empaneled to consider this matter.

_____          _____
DATE                               FOREPERSON'S SIGNATURE

                                   _____
                                   FOREPERSON'S PRINTED NAME