IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

**KYMBERLY HOBBS**

vs.

**ANTHONY KELLY, ET AL.**

Action No: 1:23CV3

Date: 3/25/2025

Judge: James P. Jones

Court Reporter: Cynthia Bragg, OCR

Deputy Clerk: Felicia Clark

Plaintiff Attorney(s)
Mark Krudys
Charles Stanley, III

Defendant Attorney(s)
Cameron Bell
Timothy McAfee
Jeremy O'Quinn

PROCEEDINGS:

Motion hearing held in re: DE 178 and 180 – Motions in Limine. All parties were present and ready to proceed. Oral argument by counsel. Court took motions under advisement. Pre-Trial conference held. Jury Trial will start on 4/1/2025 rather than 3/31/2025. The Jury Trial will be set for 4/1/2025 thru 4/11/2025. Defense counsel requested a jury view of the facility. Oral argument by counsel. Court took request under advisement. Order will be forthcoming in re: DE 185 – Motion to Seal Document. Court will allow each side to view exhibits located in Box.com. Court discussed settlement with counsel. It does not appear that settlement is possible in this case. Court adjourned.

Time in Court: 10:03 – 11:42 a.m. ( 1 hour 39 minutes)