## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION
### Abingdon Division

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ABINGDON, VA
FILED

MAR 25 2025

LAURA A AUSTIN, CLERK
BY: /s/
  DEPUTY CLERK

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

v.

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

Civil Action No.: 1:23cv00003

## ORDER
### Granting Motion to Seal

This matter comes before the Court on Plaintiff Kymberly Hobbs' Motion to Seal, moving for an Order placing under seal an exhibit erroneously filed in support of her Memoranda in Opposition to Defendants Kelly, Montgomery, Plummer, and Jackson's Motion in Limine (ECF No. 183-1) and replacing it with a corrected exhibit. The exhibit contains private medical information of prisoners at Marion Correctional Treatment Center. Based on Plaintiff's representation that these materials contain confidential medical information of Residents at the Marion Correctional Treatment Center and because no other procedure will be sufficient to preserve the confidentiality of such information, the Court hereby GRANTS Plaintiff's Motion to Seal, ECF No. 185, and hereby ORDERS that ECF No. 183-1

1

be placed under seal until further order of the Court. The Court further ORDERS that the correction version of ECF No. 183-1 filed as an attachment to Plaintiff's Motion to Seal be filed on the docket.

It is so **ORDERED**.

ENTER: March 25, 2025

_____
Senior United States District Judge