UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
**Abingdon Division**

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Civil Action No.: 1:23cv00003

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

**PLAINTIFF'S MOTION TO SEAL**

Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, moves to seal certain exhibits identified in Plaintiff's Second Amended Pretrial Disclosures (ECF No. 181). Specifically, she seeks to seal the exhibits below, which the Virginia Department of Corrections ("VDOC") contends contains confidential information. Plaintiff moves that the following exhibits, which will be uploaded to Box.com per the Court's Trial Order (ECF No. 170), be filed under seal. Such filing will not restrict the use of the exhibits at trial.

| Plaintiff's Ex. No. | Description |
| --- | --- |
| 9 | VDOC Disciplinary Offense Report |
| 22 | Diagram of a Portion of Marion Correctional Treatment Center ("Marion") |
| 26 | Incident Report from Marion |
| 37 | Video from Marion |
| 38 A-D | Video from Marion |
| 68 A-K | Grand Jury Testimony |

1

| 69 | Image from Marion |
|---|---|
| 70 | Image from Marion |
| 71 | Image from Marion |
| 72 | Image from Marion |
| 73 | Video from Marion |
| 74 | Image from Marion |
| 75 | Image from Marion |
| 76 | Image from Marion |
| 77 | Image from Marion |
| 78 | Video from Marion |
| 79 | Image from Marion |
| 80 | Video from Marion |
| 81 | Video from Marion |
| 82 | Image from Marion |
| 83 | Image from Marion |
| 144 | Investigative Report from Marion |

Apart from the foregoing materials, Plaintiff will file certain documents in redacted form, but not under seal. Some of these documents contain sensitive information about imprisoned persons beyond the Plaintiff's decedent. Prior to uploading the documents to Box.com, Plaintiff will redact prisoner names, social security numbers, and other identifiers and information subject to confidential treatment. VDOC asserts that the documents/photos/diagram identified in the table above implicate security concerns. For these materials, redaction would be insufficient to meet the concerns of the Virginia Department of Corrections. Pursuant to VDOC concerns and its previous

2

designation of the materials as "Confidential," Plaintiff moves to permanently seal these materials or defer a ruling on the permanent sealing of the documents until after trial. The accompanying proposed Order makes clear that filing the materials under seal would not restrict the use of the materials at trial. (The proposed Order, in Word form, will be emailed to Chambers this morning.)

Per the requirements of Local Rule 9(b), a proposed Order is being filed alongside this Motion, and copies of the above-identified exhibits are being submitted to the Clerk's office. The exhibits will be submitted via Box.com per the Court's Trial Order (ECF No. 170).

    Respectfully submitted,

    KYMBERLY HOBBS, Administrator of the Estate of Charles James Givens, Deceased.

    By: _____/s/ Mark J. Krudys_____
             Counsel

Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

        By:    /s/ Mark J. Krudys
                 Counsel

                 Mark J. Krudys (VSB# 30718)
                 THE KRUDYS LAW FIRM, PLC
                 Truist Place
                 919 E. Main Street, Suite 2020
                 Richmond, VA  23219
                 Phone:  (804) 774-7950
                 Fax:  (804) 381-4458
                 Email: mkrudys@krudys.com
                 *Counsel for Plaintiff*