UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
**Abingdon Division**

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

    Plaintiff,

v.                                      Civil Action No.: 1:23cv00003

ANTHONY RAYMOND KELLY, *et al.*,

    Defendants.

**(PROPOSED) ORDER**
**(Granting Motion to Seal)**

    This matter comes before the Court on Plaintiff Kymberly Hobbs' Motion to Seal, moving for an Order permitting her to submit under seal certain exhibits identified in her Second Amended Pretrial Disclosures (ECF No. 181). Plaintiff seeks to submit exhibits that the Virginia Department of Corrections ("VDOC") contends contains confidential information implicating security concerns at the Marion Correctional Treatment Center, and, because no other procedure will be sufficient to preserve the confidentiality of such information, the Court hereby GRANTS Plaintiff's Motion to Seal and hereby ORDERS that the exhibits enumerated in that Motion SHALL BE FILED UNDER SEAL until further order of the Court. Such will not restrict the use of the foregoing exhibits at trial.

    Let the Clerk file a copy of this Order electronically and notify all counsel of record.

    It is so ORDERED.

                                                                                     _____
                                                                                     Senior United States District Judge

Abingdon, Virginia
Dated: