UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
Abingdon Division

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

March 27, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

    Plaintiff,

v.

ANTHONY RAYMOND KELLY, *et al.*,

    Defendants.

Civil Action No.: 1:23cv00003

## ORDER
### Granting Motion to Seal

This matter comes before the Court on Plaintiff Kymberly Hobbs' Motion to Seal, moving for an Order permitting her to submit under seal certain exhibits identified in her Second Amended Pretrial Disclosures. Plaintiff seeks to submit exhibits that the Virginia Department of Corrections contends contains confidential information implicating security concerns at the Marion Correctional Treatment Center, and because no other procedure will be sufficient to preserve the confidentiality of such information, the Court hereby GRANTS Plaintiff's Motion to Seal and hereby ORDERS that the exhibits enumerated in that Motion SHALL BE FILED UNDER SEAL until further order of the Court. Such sealing will not restrict the use of the foregoing exhibits at trial.

ENTER: March 27, 2025

_____
Senior United States District Judge