# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DIVISION
### Abingdon Division

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

v.                                                      Civil Action No.: 1:23cv00003

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

## PLAINTIFF'S MOTION TO SUPPLEMENT EXHIBITS

Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased, by counsel, moves to supplement her exhibits previously submitted in this matter. Specifically, she seeks to submit the below-identified exhibit, which was inadvertently omitted due to mis-coordination (related to technology) between Plaintiff's counsels' Richmond and Wytheville offices. The photographs in the below-identified exhibit are all known to and previously shared and exchanged among all counsel in this matter. Plaintiff moves that the following exhibit be permitted to be uploaded to Box.com for courtroom use, be filed, and accepted. Plaintiff's counsel sought to determine if the Defendants have any objection to Plaintiff's Motion, but so far have not received a response.

| Plaintiff's Ex. No. | Description |
|---|---|
| 177 A-BB | Images from Marion Correctional Treatment Center |

A proposed Order is being filed alongside this Motion, and copies of the above-identified exhibits have been submitted to the Courtroom Deputy via Box.Com.

2

                Respectfully submitted,

                KYMBERLY HOBBS, Administrator of the Estate of Charles James Givens, Deceased.

                By:     /s/ Mark J. Krudys
                            Counsel

Mark J. Krudys (VSB No. 30718)
Danny Zemel (VSB No. 95073)
THE KRUDYS LAW FIRM, PLC
919 East Main Street, Suite 2020
Richmond, Virginia 23219
Phone: (804) 774.7950
Fax: (804) 381.4458
Email mkrudys@krudys.com; dzemel@krudys.com

C. Paul Stanley, III (VSB No. 36789)
C. PAUL STANLEY ATTORNEY AT LAW
390 West Spring Street
Wytheville, VA 24382
Phone: (276) 228-4003
Fax: (276) 276-228-2984
Email: cpst3d@gmail.com

*Counsel for Plaintiff Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing all counsel of record.

                By:    <u>/s/ Mark J. Krudys</u>
                         Counsel

                         Mark J. Krudys (VSB# 30718)
                         THE KRUDYS LAW FIRM, PLC
                         Truist Place
                         919 E. Main Street, Suite 2020
                         Richmond, VA  23219
                         Phone:   (804) 774-7950
                         Fax:   (804) 381-4458
                         Email: mkrudys@krudys.com
                         *Counsel for Plaintiff*