UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION
Abingdon Division

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

March 31, 2025

LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
DEPUTY CLERK

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

      Plaintiff,

v.

ANTHONY RAYMOND KELLY, *et al.*,

      Defendants.

Civil Action No.: 1:23cv00003

## ORDER
### Granting Plaintiff's Motion to Supplement Exhibits

This matter comes before the Court on Plaintiff Kymberly Hobbs' Motion to Supplement Exhibits previously submitted in this matter. Specifically, she seeks to submit certain photographs, which she represents were inadvertently omitted due to mis-coordination (related to technology) between Plaintiff's counsels' Richmond and Wytheville offices. The Plaintiff further represents that the photographs were all known to and previously shared and exchanged among all counsel in this matter. Plaintiff moves that the foregoing exhibit, labeled Exhibit 177 A-BB, be permitted to be uploaded to Box.com for courtroom use, be filed, and accepted. Plaintiff's counsel sought to determine if the Defendants have any objection to Plaintiff's Motion, but so far have not received a response.

With good cause shown, the Court hereby GRANTS Plaintiff's Motion to Supplement Exhibits and hereby ORDERS that the exhibits enumerated in that Motion shall be filed in this matter.

Senior United States District Judge
March 31, 2025

1