IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED, | ) ) ) ) ) |
| Plaintiff, | ) ) Case No. 1:23cv00003 |
| v. | ) ) ) |
| ANTHONY RAYMOND KELLY, et al., | ) ) |
| Defendants. | ) |

**ORDER ON MOTION TO SEAL**

This matter comes before the Court on Defendants Joshua Jackson, Anthony Kelly, Gregory Plummer and William Montgomery's Motion to Seal, moving for an Order permitting defendants to submit under seal certain exhibits identified in their Amended Pretrial Disclosure previously marked confidential pursuant to the Protective Order in the case. Defendants seek to submit exhibits that the Virginia Department of Corrections marked confidential because of security concerns at the Marion Correctional Treatment Center, and because no other procedure will be sufficient to preserve the confidentiality of such information, the Court hereby GRANTS the Motion to Seal and hereby ORDERS that the exhibits enumerated in that Motion SHALL BE FILED UNDER SEAL until further order of the Court. Such sealing will not restrict the use of the foregoing exhibits at trial.

ENTERED:

_____
Senior United States District Judge

ABINGDON: 1359555-1