**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

**CIVIL MINUTES – JURY TRIAL**
**Day 1**

**Case No.:  1:23CV3**          **Date:  4/1/2025**

---

**KYMBERLY HOBBS,**                 Counsel:  Mark Krudys
Plaintiff(s)                              Charles Stanley, III

v.

**ANTHONY RAYMOND KELLY, ET AL.**   Counsel:  Timothy McAfee
Defendant(s)                             Cameron Bell
                                          Jeremy O'Quinn

---

PRESENT:    JUDGE:          James P. Jones      TIME IN COURT: 9:05 – 10:36 a.m.
            Deputy Clerk:   Felicia Clark                     10:51 – 12:01 p.m.
            Court Reporter: Cynthia Bragg, OCR                1:02 – 2:28 p.m.
                                                              2:41 – 4:05 p.m.

                                           TOTAL TIME IN COURT: 5 hours 32 minutes

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Kymberly Hobbs (Juror Questioning) | 1. Anthony Kelly (Juror Questioning) |
| 2. Ron West, Jr. | 2. Joshua Jackson (Juror Questioning) |

PROCEEDINGS:
    25 jurors present and sworn on Voir Dire. *1 Juror was released prior to Voir Dire*
    3 jurors struck for cause; 8 jurors were not used
    3 jurors struck by Plaintiff.
    3 jurors struck by Defendant.
    8 member jury impaneled and sworn.  Remaining jurors discharged.
☒   Preliminary remarks and instructions to jury by Court.
☒   Plaintiff's/Defendant's/Joint Motion to Exclude Witnesses from Courtroom granted.
☒   Opening Statements.
☒   Plaintiff presents/continues presentation of evidence.

Additional Information:

9:05 a.m. - Jury Trial - Day 1 held. All parties were present and ready to proceed. There were 25 jurors present and sworn on voir dire. Court recessed at 10:36 a.m. Court resumed at 10:51 a.m. Outside the presence of the jury, challenges for cause by counsel. Court denied challenge for cause as to potential Jurors Wilson and Hudson and granted challenge for cause as to Juror Hill. There were 8 jurors selected and sworn on voir dire. Court recessed at 12:01 p.m. Court resumed at 1:02 p.m. Outside the presence of the jury, plaintiff's counsel brought to the court's attention that Juror Addington and Defendants Jackson and Kelly were viewed as having a conversation at a cross walk. Plaintiff presented evidence and questioned witness. Defense presented evidence and questioned witnesses.  Court ruled as set forth on the record and the defendants were admonished. Jurors were brought into the courtroom. Preliminary instructions were given to the jury by the Court. Opening statements by counsel. Outside the presence of the jury, oral argument by counsel in re: Juror Addington sleeping during opening statements. Court excused Juror Addington from the panel. Court recessed at 2:28 p.m. Court resumed at 2:41 p.m. Continued opening statements by defense counsel. Plaintiff presented evidence and questioned witness. Court adjourned at 4:05 p.m.