✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS
V
ANTHONY RAYMOND KELLY, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/1/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 177B | | 04/1/2025 | Yes | Yes | Photo of Jail Cell | flc |
| 37 | | 04/1/2025 | Yes | Yes | Video (SEALED) | flc |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 1