# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 2

**Case No.:** 1:23CV3        **Date:** 4/2/2025

| | |
|---|---|
| **KYMBERLY HOBBS,**<br>Plaintiff(s) | Counsel: Mark Krudys<br>Charles Stanley, III |
| v. | |
| **ANTHONY RAYMOND KELLY, ET AL.**<br>Defendant(s) | Counsel: Timothy McAfee<br>Cameron Bell<br>Jeremy O'Quinn |

PRESENT:   JUDGE:              James P. Jones
           Deputy Clerk:       Felicia Clark
           Court Reporter:     Cynthia Bragg, OCR

Time In Court:  9:02 a.m.- 10:06 a.m.
                10:32 a.m. - 12:16 p.m.
                1:09 p.m. – 2:38 p.m.
                2:50 p.m. – 4:05 p.m.

TOTAL TIME IN COURT: 5 hours 32 minutes

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Ronald West, Jr. | 1. |

PROCEEDINGS:

☒   Plaintiff presents/continues presentation of evidence.

Additional Information:

9:02 a.m. - Jury Trial - Day 2 held. All parties were present and ready to proceed. Plaintiff's counsel presented evidence and questioned witness. Court recessed at 10:06 a.m. Court resumed at 10:32 a.m. Outside the presence of the jury, defense counsel brought to the court's attention any possible objections to the deposition pertaining to the testimony of Ronald West, Jr. Oral argument by counsel. Court recessed for lunch at 12:16 p.m. Court resumed at 1:09 p.m. Counsel

discussed proposed exhibits with the Court. Jurors were brought into the courtroom. Cross examination by defense counsel. Outside the presence of the jury, court addressed Mr. West's testimony with counsel. Oral argument by counsel. Court recessed at 2:38 p.m. Court resumed at 2:50 p.m. Court adjourned at 4:05 p.m.