✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS

V

ANTHONY RAYMOND KELLY, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/2/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 19A | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 19B | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 19C | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 19D | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 19E | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 19F | | 04/2/2025 | Yes | Yes | Aerial Photograph of Marion Facility | flc |
| 15 | | 04/2/2025 | Yes | Yes | Photo of Cell Door 19 with Gens' Face Sheet | flc |
| 16 | | 04/2/2025 | Yes | Yes | Fall Precaution Sign | flc |
| 39 | | 04/2/2025 | Yes | Yes | Photo of Two Showers | flc |
| 40 | | 04/2/2025 | Yes | Yes | Photo of Shower Door | flc |
| 41 | | 04/2/2025 | Yes | Yes | Photo of Shower Room through Doorway | flc |
| 42 | | 04/2/2025 | Yes | Yes | Photo of Shower Room | flc |
| 43 | | 04/2/2025 | Yes | Yes | Photo of Doorway | flc |
| 44 | | 04/2/2025 | Yes | Yes | Photo of Storage Closet | flc |
| 45 | | 04/2/2025 | Yes | Yes | Photo of Storage Closet | flc |
| 46 | | 04/2/2025 | Yes | Yes | Photo of two showers through doorway | flc |
| 47 | | 04/2/2025 | Yes | Yes | Photo of two showers | flc |
| 48 | | 04/2/2025 | Yes | Yes | Phto of locked shower door | flc |
| 49 | | 04/2/2025 | Yes | Yes | Phtoo of shower room | flc |
| 50 | | 04/2/2025 | Yes | Yes | Photo of Mark Krudys holding bucket over shower | flc |
| 51 | | 04/2/2025 | Yes | Yes | Photo of mop closet | flc |
| 22 | | 04/2/2025 | Yes | Yes | Diagram of MCTC Wing (SEALED) | flc |
| 177A | | 04/2/2025 | Yes | Yes | Photo of Jail Cell | flc |
| 177AA | | 04/2/2025 | Yes | Yes | Photo of Green Door | flc |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of 5

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS
V
ANTHONY RAYMOND KELLY, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/2/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| | | | | | | |
|---|---|---|---|---|---|---|
| 177BB | | 04/2/2025 | Yes | Yes | Photo of bathroom area | flc |
| 177C | | 04/2/2025 | Yes | Yes | Photo of toilet area with cups on sink | flc |
| 177D | | 04/2/2025 | Yes | Yes | Photo of Jail Cell | flc |
| 177E | | 04/2/2025 | Yes | Yes | Photo of clothing laying on bed in jail cell | flc |
| 177F | | 04/2/2025 | Yes | Yes | Photo of bunk with shoes and book in jail cell | flc |
| 177G | | 04/2/2025 | Yes | Yes | Photo of pad on floor of jail cell | flc |
| 177H | | 04/2/2025 | Yes | Yes | Photo of pad on floor of jail cell | flc |
| 177I | | 04/2/2025 | Yes | Yes | Photo of bed with socks | flc |
| 177J | | 04/2/2025 | Yes | Yes | Photo of male's arm laying on bed | flc |
| 177K | | 04/2/2025 | Yes | Yes | Photos of male's abdomen area | flc |
| 177L | | 04/2/2025 | Yes | Yes | Photo of are with trash cans and chair | flc |
| 177M | | 04/2/2025 | Yes | Yes | Photo of shower area | flc |
| 177N | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177O | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177P | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177Q | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177R | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177S | | 04/2/2025 | Yes | Yes | Photo of Shower | flc |
| 177T | | 04/2/2025 | Yes | Yes | Photo of Shower Area | flc |
| 177U | | 04/2/2025 | Yes | Yes | Photo of Linen Closet | flc |
| 177V | | 04/2/2025 | Yes | Yes | Photo of Linen Closet | flc |
| 177W | | 04/2/2025 | Yes | Yes | Photo of Linen Closet | flc |
| 177X | | 04/2/2025 | Yes | Yes | Photo of Room containing lockers | flc |
| 177Y | | 04/2/2025 | Yes | Yes | Photo of mop closet | flc |
| 177Z | | 04/2/2025 | Yes | Yes | Photo of mop closet | flc |
| | 1 | 04/2/2025 | Yes | Yes | Rounding Charts | flc |

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS
V
ANTHONY RAYMOND KELLY, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/2/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 2 | 04/2/2025 | Yes | Yes | VDOC Facility Bed History | flc |
| | 3 | 04/2/2025 | Yes | Yes | Medication Administration Records | flc |
| | 4 | 04/2/2025 | Yes | Yes | Smyth County Community Hospital's Records | flc |
| | 5 | 04/2/2025 | Yes | Yes | DNR dated 12/2/2021 | flc |
| | 6 | 04/2/2025 | Yes | Yes | Marion Correctional's Fall Risk Assessment | flc |
| | 7 | 04/2/2025 | Yes | Yes | Radiology Report from Smyth County Community Hospital | flc |
| | 9 | 04/2/2025 | Yes | Yes | History and Physical / Discharge Summary | flc |
| | 9a | 04/2/2025 | Yes | Yes | MCTC Surveillance Video near cell | flc |
| | 9b | 04/2/2025 | Yes | Yes | MCTC Surveillance Video near shower | flc |
| | 9c | 04/2/2025 | Yes | Yes | Video Clip Showing Guards arriving at cell & going to shower | flc |
| | 9d | 04/2/2025 | Yes | Yes | Video Clip of West with blue bags | flc |
| | 9e | 04/2/2025 | Yes | Yes | Video Clip of Givens exiting cell | flc |
| | 9f | 04/2/2025 | Yes | Yes | Video Clip of West cleaning cell | flc |
| | 9g | 04/2/2025 | Yes | Yes | Video Clip of Officers outside shower area | flc |
| | 9h | 04/2/2025 | Yes | Yes | Video Clip of West disposing of blue bags | flc |
| | 9i | 04/2/2025 | Yes | Yes | Video Clip from shower area of West Cleaning | flc |
| | 9j | 04/2/2025 | Yes | Yes | Video Clip from cell area of West Cleaning | flc |
| | 9k | 04/2/2025 | Yes | Yes | Video Clip of West shower area | flc |
| | 9l | 04/2/2025 | Yes | Yes | Video Clip from shower area of Givens exiting | flc |
| | 9m | 04/2/2025 | Yes | Yes | Video Clip from cell view of Givens exiting shower back to cell | flc |
| | 9n | 04/2/2025 | Yes | Yes | Video Clip of Osborne at Givens's cell | flc |
| | 9o | 04/2/2025 | Yes | Yes | Video Clip of Montgomery at Givens's cell | flc |
| | 9p | 04/2/2025 | Yes | Yes | Video Clip of Officer's, Medical and EMS entering Givens's cell | flc |
| | 9q | 04/2/2025 | Yes | Yes | Entire surveillance video with both views combined | flc |
| | 10a | 04/2/2025 | Yes | Yes | Long view of 2b from dayroom | flc |
| | 10b | 04/2/2025 | Yes | Yes | Hallway looking towards cell | flc |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.        Page 3 of 5

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS
V
ANTHONY RAYMOND KELLY, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James P. Jones | Mark Krudys and Charles Stanley, III | Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 4/2/2025 | Cynthia Bragg, OCR | Felicia Clark |

| | No. | Date | Marked | Admitted | Description | |
|---|---|---|---|---|---|---|
| | 10c | 04/2/2025 | Yes | Yes | Inmate dayroom bathroom door | flc |
| | 10d | 04/2/2025 | Yes | Yes | Pipe chase door | flc |
| | 10e | 04/2/2025 | Yes | Yes | CO Bathroom Door | flc |
| | 10f | 04/2/2025 | Yes | Yes | Outside mop closet door | flc |
| | 10g | 04/2/2025 | Yes | Yes | Shower Door | flc |
| | 10h | 04/2/2025 | Yes | Yes | Supply closet door | flc |
| | 10i | 04/2/2025 | Yes | Yes | Outside mop closet door | flc |
| | 10j | 04/2/2025 | Yes | Yes | Inside Mop Closet | flc |
| | 10k | 04/2/2025 | Yes | Yes | Inside mop closet | flc |
| | 10l | 04/2/2025 | Yes | Yes | Looking into shower room | flc |
| | 10m | 04/2/2025 | Yes | Yes | Looking into air handler | flc |
| | 10n | 04/2/2025 | Yes | Yes | Looking into linen closet | flc |
| | 10o | 04/2/2025 | Yes | Yes | Linen closet | flc |
| | 10p | 04/2/2025 | Yes | Yes | Looking into shower room | flc |
| | 10q | 04/2/2025 | Yes | Yes | Left Shower | flc |
| | 10r | 04/2/2025 | Yes | Yes | Inside left shower | flc |
| | 10s | 04/2/2025 | Yes | Yes | Both showers | flc |
| | 10t | 04/2/2025 | Yes | Yes | Looking into supply closet | flc |
| | 10u | 04/2/2025 | Yes | Yes | Inside supply closet | flc |
| | 10v | 04/2/2025 | Yes | Yes | Outside cells 18 and 19 | flc |
| | 10w | 04/2/2025 | Yes | Yes | Looking into cell | flc |
| | 10x | 04/2/2025 | Yes | Yes | Cell bed | flc |
| | 10y | 04/2/2025 | Yes | Yes | Cell bed | flc |
| | 10z | 04/2/2025 | Yes | Yes | Cell bed | flc |
| | 10aa | 04/2/2025 | Yes | Yes | Cell bed | flc |
| | 10bb | 04/2/2025 | Yes | Yes | Cell bed | flc |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 4 of 5

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS
V
ANTHONY RAYMOND KELLY, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Tim McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/2/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

|  | No. | Date | Marked | Admitted | Description |  |
|---|---|---|---|---|---|---|
|  | 10cc | 04/2/2025 | Yes | Yes | Cell bed | flc |
|  | 10dd | 04/2/2025 | Yes | Yes | Toilet/Sink in cell | flc |
|  | 10ee | 04/2/2025 | Yes | Yes | Hallway showing cells | flc |
|  | 10ff | 04/2/2025 | Yes | Yes | View of hallway from cell | flc |
|  | 11 | 04/2/2025 | Yes | Yes | Marion Correctional's Diagram of 2B | flc |
|  | 18 | 04/2/2025 | Yes | Yes | Lee County Circuit Court Sentencing Order for First Degree Murder and Use of Firearm to Commit Felony | flc |
|  | 19 | 04/2/2025 | Yes | Yes | Kymberly Hobb's Letter to the Court for sentencing dated 4/4/2011 | flc |
|  | 25 | 04/2/2025 | Yes | Yes | Collective Photographs of Video | flc |
|  | 26 | 04/2/2025 | Yes | Yes | Charges as to Ronald West, Jr. | flc |
|  | 27 | 04/2/2025 | Yes | NO | Impeachment Document as to Ronald West, Jr. | flc |
|  | 12a | 04/2/2025 | Yes | Yes | Interview with West taken on 2/27/2023 | flc |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 5 of 5