# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

## CIVIL MINUTES – JURY TRIAL
Day 3

**Case No.:** 1:23CV3      **Date:** 4/3/2025

| | |
|---|---|
| **KYMBERLY HOBBS,**<br>Plaintiff(s) | Counsel: Mark Krudys<br>Charles Stanley, III |
| v. | |
| **ANTHONY RAYMOND KELLY, ET AL.**<br>Defendant(s) | Counsel: Timothy McAfee<br>Cameron Bell<br>Jeremy O'Quinn |

PRESENT:   JUDGE:              James P. Jones
           Deputy Clerk:       Felicia Clark
           Court Reporter:     Cynthia Bragg, OCR

Time In Court: 9:03 a.m. – 10:36 a.m.
              10:53 a.m. – 12:17 p.m.
              1:18 p.m. – 2:17 p.m.
              2:42 p.m. – 4:23 p.m.

TOTAL TIME COURT: 5 hours 37 minutes

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Ronald West, Jr.<br>2. Eli Goodman, MD<br>3. Jesse Shriki, DO, MS, FACEP | 1. |

PROCEEDINGS:

☒   Plaintiff presents/continues presentation of evidence.

Additional Information:

9:03 a.m. – Jury Trial – Day 3 held. All parties were present and ready to proceed. Oral motion to exclude recent video of facility by plaintiff's counsel. Oral argument by counsel. Court granted motion to exclude recent video of facility. Jurors were brought into the courtroom.

Defense continued cross examination of Mr. West. Court recessed at 10:36 a.m. Court resumed at 10:53 a.m. Plaintiff's counsel presented evidence and questioned witness. Court recessed at 12:17 p.m. Court resumed at 1:18 p.m. Court recessed at 2:17 p.m. Court resumed at 2:42 p.m. Outside the presence of the jury, court addressed trial schedule with counsel. Court adjourned at 4:23 p.m.