◣AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS,
V
ANTHONY RAYMOND KELLY, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Timothy McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES<br>4/3/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
|  | 28 | 04/3/2025 | Yes | NO | Timeline of Video | flc |
| 12 |  | 04/3/2025 | Yes | Yes | Report of Autopsy with Certificate of Analysis | flc |
| 14 |  | 04/3/2025 | Yes | Yes | Autopsy Photos of Givens | flc |
| 13 |  | 04/3/2025 | Yes | Yes | Death Certificate of Charles Givens | flc |
|  | 29 | 04/3/2025 | Yes | Yes | Posterior view of skeleton | flc |
|  | 30 | 04/3/2025 | Yes | Yes | Rib Cage Photo | flc |
|  | 31 | 04/3/2025 | Yes | NO | State Police Documents | flc |
| 10 |  | 04/3/2025 | Yes | Yes | Photo of Mr. Givens | flc |
| 178 |  | 04/3/2025 | Yes | Yes | Photo of Emergency Sign | flc |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.    Page 1 of 1