**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

**CIVIL MINUTES – JURY TRIAL**
Day 4

| | |
|---|---|
| **Case No.:** 1:23CV3 | **Date:** 4/4/2025 |

| | |
|---|---|
| **KYMBERLY HOBBS,** Plaintiff(s) | Counsel: Mark Krudys<br>Charles Stanley, III |
| v. | |
| **ANTHONY RAYMOND KELLY, ET AL.** Defendant(s) | Counsel: Timothy McAfee<br>Cameron Bell<br>Jeremy O'Quinn |

PRESENT:   JUDGE:              James P. Jones
           Deputy Clerk:       Felicia Clark
           Court Reporter:     Cynthia Bragg, OCR

Time In Court: 9:02 a.m. – 10:48 a.m.
               11:01 a.m. – 12:18 p.m.
               1:09 p.m. – 2:40 p.m.

TOTAL TIME IN COURT: 4 hour 34 minutes

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Anthony Kelly<br>2. Samuel Osborne<br>3. Gregory Plummer<br>4. William Montgomery | 1. |

PROCEEDINGS:

☒   Plaintiff presents/continues presentation of evidence.

Additional Information:

9:02 a.m. – Jury Trial – Day 4 held. All parties were present and ready to proceed. Court addressed trial schedule with counsel. Plaintiff's counsel continued presenting evidence and questioning witnesses. Court recessed at 10:48 a.m. Court resumed at 11:01 a.m. Outside the presence of the jury, Court recessed for lunch at 12:18 p.m. Court resumed at 1:09 p.m. Outside

the presence of the jury, the Court addressed exhibits 18 and 19. Court directed the clerk to enter an Oral order removing defense exhibits 18 and 19 as admitted exhibits. Jurors were brought into the courtroom. Plaintiff continued presenting evidence and questioning witnesses.  Court adjourned at 2:40 p.m.