✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS,
V
ANTHONY RAYMOND KELLY, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV3

| PRESIDING JUDGE<br>James P. Jones | PLAINTIFF'S ATTORNEY<br>Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY<br>Timothy McAfee, Cameron Bell, and Jeremy O'Quinn | |
|---|---|---|---|
| TRIAL DATES<br>4/4/2025 | COURT REPORTER<br>Cynthia Bragg, OCR | COURTROOM DEPUTY<br>Felicia Clark | |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 28 | 04/4/2025 | Yes | Yes | Timeline of Video | flc |
| 24 | | 04/4/2025 | Yes | Yes | VDOC Internal Incident Report | flc |
| 33 | | 04/4/2025 | Yes | Yes | Virginia State Police Investigative Report | flc |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1