# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 5

Case No.: 1:23CV3　　　　　　　　Date: 4/7/2025

---

**KYMBERLY HOBBS,**　　　　　　　Counsel: Mark Krudys
Plaintiff(s)　　　　　　　　　　　　　　Charles Stanley, III

v.

**ANTHONY RAYMOND KELLY, ET AL.**　Counsel: Timothy McAfee
Defendant(s)　　　　　　　　　　　　　Cameron Bell
　　　　　　　　　　　　　　　　　　　Jeremy O'Quinn

---

PRESENT:　JUDGE:　　　　　　James P. Jones
　　　　　　Deputy Clerk:　　　Felicia Clark
　　　　　　Court Reporter:　　Cynthia Bragg, OCR

　　　　　　Time In Court:　9:01 a.m. – 9:32 a.m.
　　　　　　　　　　　　　　9:46 a.m. – 11:15 a.m.
　　　　　　　　　　　　　　11:30 a.m. – 1:05 p.m.
　　　　　　　　　　　　　　1:53 p.m. – 2:53 p.m.
　　　　　　　　　　　　　　3:06 p.m. – 4:29 p.m.

　　　　　　TOTAL TIME IN COURT: 5 hours 58 minutes

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. William Oliver, MD, MS, MPA | 1. Mark Sochor, M.D. |
| 2. Ronald West, Jr. | |
| 3. Kymberly Hobbs | |

PROCEEDINGS:

☒　Plaintiff presented evidence and questioned witnesses.

☒　Defense Counsel presented evidence and questioned witnesses.

Additional Information:

9:01 a.m. - Jury Trial - Day 5 held. All parties were present and ready to proceed. Court addressed Juror Sargent's medical situation with counsel, juror was excused prior to court. Oral argument by counsel. Court excused Juror Sargent from the rest of the trial. Court will proceed forward as scheduled today with the remaining 6 jurors.  Plaintiff's counsel discussed proposed exhibits with the Court. Oral argument by counsel. Court set forth his decision on the record. Court recessed at 9:32 a.m. Court resumed at 9:46 a.m. Jurors were brought into the courtroom. Plaintiff continued presenting evidence and questioning witnesses. Court recessed at 11:15 a.m. Court resumed at 11:30 a.m.  Outside the presence of the jury, discussion in re: defense exhibits 32 and 33. Oral argument by counsel in re: testimony of Ronald West, Jr. Court recessed for lunch at 1:05 p.m.  Court resumed at 1:53 p.m. Outside the presence of the jury, Court addressed trial progression with counsel. Court recessed at 2:53 p.m. Court resumed at 3:06 p.m. Defense counsel presented evidence and questioned witness. Court directed the jurors to report at 10:00 a.m. on 4/8/2025.  Court adjourned at 4:29 p.m.