✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS,
V
ANTHONY RAYMOND KELLY, ET AL.

## EXHIBIT AND WITNESS LIST

Case Number: 1:23CV3

| PRESIDING JUDGE James P. Jones | PLAINTIFF'S ATTORNEY Mark Krudys and Charles Stanley, III | DEFENDANT'S ATTORNEY Timothy McAfee, Cameron Bell, and Jeremy O'Quinn |
|---|---|---|
| TRIAL DATES 4/7/2025 | COURT REPORTER Cynthia Bragg, OCR | COURTROOM DEPUTY Felicia Clark |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| | 22A | 04/7/2025 | Yes | Yes | Autopsy Report | flc |
| | 32 | 04/7/2025 | Yes | NO | Criminal History of Ronald West, Jr. | flc |
| | 33 | 04/7/2025 | Yes | NO | Diagram of 2D | flc |
| 179 | | 04/7/2025 | Yes | Yes | Video Excerpt - Interview with Ronald West, Jr. | flc |
| 2A | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2B | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2C | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2D | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2E | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2F | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2G | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2H | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2I | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2J | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2K | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2L | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2M | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2N | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2O | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 2P | | 04/7/2025 | Yes | Yes | Photos of Givens and his family | flc |
| 3 | | 04/7/2025 | Yes | Yes | Guardianship Order | flc |
| | 15 | 04/7/2025 | Yes | NO | Dr. Sochor's Curriculum Vitae | flc |
| | 24b | 04/7/2025 | Yes | Yes | Dr. Sochor's reference materials | flc |
| | 22q | 04/7/2025 | Yes | Yes | Picture from autopsy - buttocks | flc |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.   Page 1 of 2

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

KYMBERLY HOBBS,
V
ANTHONY RAYMOND KELLY, ET AL.

**EXHIBIT AND WITNESS LIST**

Case Number: 1:23CV3

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| James P. Jones | Mark Krudys and Charles Stanley, III | Timothy McAfee, Cameron Bell, and Jeremy O'Quinn |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 4/7/2025 | Cynthia Bragg, OCR | Felicia Clark |

|  | 22r | 04/7/2025 | Yes | Yes | Picture from autopsy - side of thigh |  | flc |
|---|---|---|---|---|---|---|---|
|  | 22ff | 04/7/2025 | Yes | Yes | Picture from autopsy - open torso |  | flc |
|  | 22gg | 04/7/2025 | Yes | Yes | Picture from autopsy - open torso |  | flc |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2