| AO435<br>(Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Timothy W McAfee | TELEPHONE NUMBER<br>276-393-0406 |
|---|---|---|
| DATE OF REQUEST<br>April 9, 2025 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*<br>tim@mcafee-law.com | |
| MAILING ADDRESS<br>408 Wood Avenue | | CITY, STATE, ZIP CODE<br>Big Stone Gap, VA 24219 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  Bragg<br><br>OR    CHECK HERE [ ]    IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER<br>1:23-cv-3 | CASE NAME<br>Hobbs v Kelly et al | JUDGE'S NAME<br>Jones |
| DATE(S) OF PROCEEDING(S)<br>April 1, 2025 | TYPE OF PROCEEDING(S)<br>Direct Examination of R. West | LOCATION OF PROCEEDING<br>USDC, Abingdon, CA |
| REQUEST IS FOR: *(Select one)* | [ ] FULL PROCEEDING    OR    [✔] SPECIFIC PORTION(S) *(Must specify below)* | |
| SPECIFIC PORTION(S) REQUESTED *(If applicable)*:<br>Portion of Ronald West's direct examination | | |

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
   *(See Page 2 for descriptions of each service turnaround category.)*

- [ ] Ordinary (30-Day)
- [ ] 14-Day
- [ ] Expedited (7-Day)
- [ ] 3-Day
- [✔] Daily
- [ ] Hourly
- [ ] RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>April 9, 2025 | SIGNATURE<br>Timothy W. McAfee |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders or by clicking here.

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.