# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 7

**Case No.:** 1:23CV3     **Date:** 4/9/2025

| | |
|---|---|
| **KYMBERLY HOBBS,**<br>Plaintiff(s) | Counsel: Mark Krudys<br>Charles Stanley, III |
| v. | |
| **ANTHONY RAYMOND KELLY, ET AL.**<br>Defendant(s) | Counsel: Timothy McAfee<br>Cameron Bell<br>Jeremy O'Quinn |

PRESENT:   JUDGE:            James P. Jones
           Deputy Clerk:      Felicia Clark
           Court Reporter:    Cynthia Bragg, OCR

Time In Court: 9:06 a.m. – 10:36 a.m.
               12:08 p.m. – 12:15 p.m.
               2:05 p.m. – 2:26 p.m.
               3:49 p.m. – 6:00 p.m.
               6:29 p.m. – 6:34 p.m.

TIME IN COURT: 4 hours 14 minutes

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. Joshua Jackson |

PROCEEDINGS:

☒ Defendant presented evidence and questioned witness.    ☒ Defendant rests.
☒ Renewed Defendants' Motion for Judgment as a Matter of Law as to all defendants.
  Court ☒ denied
☒ No Rebuttal by plaintiff.
☒ Closing Arguments.
☒ Jury Instructions given to jury.

Additional Information:

9:06 a.m. – Jury Trial – Day 7. All parties were present and ready to proceed. Court brought to counsel's attention that Juror Jones may remember defendant Jackson from 30 years ago. Court questioned Juror Jones. Juror Jones will remain on the jury. **Oral motion to bifurcate punitive damages by defense counsel. Oral Order granting oral motion to bifurcate punitive damages.** Jurors were brought into the courtroom. Defense counsel continued presenting evidence and questioning witness. Defense rested. No Rebuttal by Plaintiff's counsel. Outside the presence of the jury, **renewed oral motion for judgment as a matter of law as to all defendants. Court denied**. Court addressed closing arguments schedule with counsel. Court recessed at 10:36 a.m. Court resumed at 12:08 p.m. Court addressed defense counsel's request for a "Jury View" of the Marion Facility. Defense counsel withdrew request. Jurors were brought into the courtroom. Court recessed for lunch at 12:15 p.m. Court resumed at 2:05 p.m. Outside the presence of the jury, counsel discussed proposed jury instructions with counsel. Counsel noted their objections on the record. Court recessed at 2:26 p.m. Court resumed at 3:49 p.m. Jurors were brought into the courtroom. Closing arguments by counsel. Jury instructions given to the jury. Jury retired to deliberate at 6:00 p.m. Court recessed at 6:00 p.m. Court resumed at 6:29 p.m. Jurors were brought into the courtroom and dismissed for the day. Jurors to report back at 9:00 a.m. on 4/10/2025 to continue deliberations. Court adjourned at 6:34 p.m.