Pageid#: 2510

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CIVIL MINUTES – JURY TRIAL
Day 8

**Case No.:** 1:23CV3         **Date:** 4/10/2025

| | |
|---|---|
| **KYMBERLY HOBBS** <br> Plaintiff(s) | Counsel: Mark Krudys <br> Charles Stanley, III |
| v. | |
| **ANTHONY RAYMOND KELLY, ET AL.,** <br> Defendant(s) | Counsel: Timothy McAfee <br> Cameron Bell <br> Jeremy O'Quinn |

PRESENT:   JUDGE:          James P. Jones
           Deputy Clerk:   Felicia Clark
           Court Reporter: Cynthia Bragg, OCR

Time In Court: 12:19 p.m. – 12:27 p.m.

TOTAL TIME IN COURT: 8 minutes

PROCEEDINGS:

☒  Jury Verdict: In favor of all defendants.

   ☒  Jury polled.        ☒  Jury discharged

Additional Information:

9:00 a.m. – Jurors continued deliberations. All parties were present and ready to proceed. Court resumed at 12:19 p.m. with a verdict. Jurors were brought into the courtroom. Jury verdict in favor of all defendants. Judgment forthcoming. Court adjourned at 12:27 p.m.