IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
April 11, 2025
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
     DEPUTY CLERK

| | |
|---|---|
| **KYMBERLY HOBBS, ADMINISTRATOR OF THE ESTATE OF CHARLES JAMES GIVENS, DECEASED,** )<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, ) | Case No. 1:23CV00003 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **ANTHONY RAYMOND KELLY, ET AL.,** )<br>)<br>)<br>) | JUDGE JAMES P. JONES |
| Defendants. ) | |

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. It is **ORDERED AND ADJUDGED** that in accordance with the jury verdict, judgment is granted in favor of all defendants.

The Clerk shall close the case.

ENTER: April 11, 2025

/s/ JAMES P. JONES
Senior United States District Judge