IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Abingdon Division

| | |
|---|---|
| KYMBERLY HOBBS, Administrator *etc.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23cv00003 |
| ) | |
| ANTHONY RAYMOND KELLY, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| / | |

ARTRIP & POSTON'S MOTION TO TAX COSTS

Pursuant to Federal Rules of Civil Procedure 54(d)(1) and 28 U.S.C. §1920, Defendants Jeffery Artrip and Travis Poston move to tax costs in the amount of $9,706.75 against Plaintiff Kymberly Hobbs, for the reasons stated in the accompanying memorandum.

Respectfully submitted,

/s/ D. Patricia Wallace
D. Patricia Wallace, SAAG, VSB #92964
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
Tel.: 804-786-2912; Fax: -4239
E-mail: pwallace@oag.state.va.us
*(Counsel for Defendants Artrip & Poston)*

        Nathan H. Schnetzler (VSB #: 86437)
        FRITH ANDERSON + PEAKE, P.C.
        29 Franklin Road, SW
        P.O. Box 1240
        Roanoke, Virginia 24006-1240
        Phone: 540/772-4600
        Fax:   540/772-9167
        Email: nschnetzler@faplawfirm.com
        *(Counsel for Defendants Artrip & Poston)*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel for Plaintiff and Defendants.

        s/ D. Patricia Wallace
        D. Patricia Wallace, VSB #92964
        Assistant Attorney General