AO 133 (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

KYMBERLY HOBBS, Administrator, etc ⊞ )
                       v.                        )
ANTHONY RAYMOND KELLY, et al. )

Case No.:       1:23cv00003

## BILL OF COSTS

Judgment having been entered in the above entitled action on **03/20/2025** against **Plaintiff**,
_____**Date**_____

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 9,706.75 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL   $ | 9,706.75 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

| **Declaration** |
|---|

      I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service              ☐ First class mail, postage prepaid
☐ Other: _____

s/ Attorney:      D. Patricia Wallace

Name of Attorney:    D. Patricia Wallace

For:   **Jeffery Artrip & Travis Poston**                        Date:   04/24/2025
          *Name of Claiming Party*

| **Taxation of Costs** |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

                        By: _____       _____
     *Clerk of Court*                     *Deputy Clerk*           *Date*

EXHIBIT 1

AO 133  (Rev. 07/24)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...    Reset

## Transcript Costs: Artrip & Poston

| Deponent | Invoice No. | Amount |
|---|---|---|
| Artrip, Jeffery | 249364 | 368.5 |
| Christensen, Erik | 250196 | 361.5 |
| Goodman, Eli | 249987 | 1079.5 |
| Goodman, Eli | 250255 | 396.25 |
| Harrington, Brian et al. | 248730 | 603 |
| Hobbs, Kymberly | 249425 | 869.5 |
| Jackson, Joshua et al. | 249522 | 401.5 |
| Jones, Tammy | 250028 | 371.25 |
| Kelly, Anthony | 249542 | 547.25 |
| Meyer, Thomas | 249057 | 531.5 |
| Oliver, William | 249965 | 888 |
| Osborne, Samuel, et al. | 249603 | 569.75 |
| Plummer, Gregory | 249412 | 451 |
| Poston, Travis | 249152 | 409.75 |
| Shriki, Jesse | 249858 | 355.75 |
| Sochor, Mark | 250262 | 358.5 |
| Stiltner, Brian | 250205 | 643.75 |
| West, Jr., Ronald | 249406 | 500.5 |
| | | **9706.75** |



**HALASZ**
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**    **249364**
Invoice Date:    08/22/2024

In Re:    Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Jeffrey Artrip
Attendance Date: 07/31/2024, 10:00 a.m.
Reporter: Lisa Lineberry

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Jeffrey Artrip** | |
| 134 | pages of videoconferenced depo copy | 368.50 |

Invoice Total:    368.50

---

8/22/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**    **250196**
Invoice Date:    10/09/2024

In Re:    Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
       Case Number: 1:23-cv-0003
       Witness(s): Videoconferenced Deposition of Erik D. Christensen, M.D.
       Attendance Date: 09/25/2024, 11:00 a.m.
       Reporter: Gwenda Applegate

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Erik D. Christensen, M.D.** | |
| 130 | pages of medical/videoconferenced depo copy | 357.50 |
| 8 | pages of digitally marked exhibits | 4.00 |
| | Invoice Total: | 361.50 |

---

10/9/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HALASZ**
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Frith Anderson & Peake, PC (Roanoke Office)
ATTN: Nathan H. Schnetzler, Esq.
29 Franklin Road SW
Roanoke, VA  24011

| | |
|---|---|
| **Invoice Number:** | **249987** |
| Invoice Date: | 09/25/2024 |

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Eli N. Goodman, M.D.
Attendance Date: 09/11/2024, 2:00 p.m.
Reporter: Gwenda Applegate

| Qty | Description | Amount |
|---|---|---|
| | **Deposition Attendance** | |
| 1 | deposition attendance, 3 to 4 hours | 235.00 |
| | **Videoconferenced Deposition of Eli N. Goodman, M.D.** | |
| 114 | pages of medical/videoconferenced depo original and copy | 541.50 |
| 6 | pages of digitally marked exhibits | 3.00 |
| | **VIDEOCONFERENCING INVOICE** | |
| 4 | hours of virtual videoconference (2 hour minimum) | 300.00 |
| | Invoice Total: | 1079.50 |

9/25/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

File No. 629.0489      Claim #
Case Name: Hobbs v. Kelly, et al
Payable to:  Halasz Reporting & Video
Amt:    $1079.50  Date: 10/02/24
Expense Desc:  Court Reporting

File No.  629.0489
Page id# 2509
Case Name:  Hobbs v,. Kelly, et al.
Payable to: Halasz Reproting
Amt:  $396.25  Date: 10/22/24
Expense Desc:  Court Reporting

# HALASZ
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Frith Anderson & Peake, PC (Roanoke Office)
ATTN: Nathan H. Schnetzler, Esq.
29 Franklin Road SW
Roanoke, VA  24011

**Invoice Number:**  **250255**
Invoice Date:  10/14/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Eli N. Goodman, M.D., Volume II
Attendance Date: 10/01/2024, 3:00 p.m.
Reporter: Kathy Adams, VC Tech: Joe Hudson

| Qty | Description | Amount |
|---|---|---|
| | **Deposition Attendance** | |
| 1 | deposition attendance, 2 hours or less | 175.00 |
| | **Videoconferenced Deposition of Eli N. Goodman, M.D., Volume II** | |
| 15 | pages of medical/videoconferenced depo original and copy | 71.25 |
| | **VIDEOCONFERENCING INVOICE** | |
| 1 | first two hours of virtual videoconference (minimum) | 150.00 |
| | Invoice Total: | 396.25 |

10/14/24 Transcript files sent via email

*** IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK ***

***PLEASE NOTE OUR ADDRESS ON THE INVOICE***

THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



## HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Frith Anderson & Peake, PC (Roanoke Office)
ATTN: Nathan H. Schnetzler, Esq.
29 Franklin Road SW
Roanoke, VA  24011

**Invoice Number:**    **248730**
Invoice Date:    07/11/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced and Videotaped Depositions of Brian Harrington and Mack Tolbert
Attendance Date: 06/21/2024, 9:30 a.m.
Reporter: Darlene Owings, Video: Joe Hudson

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced and Videotaped Depositions of Brian Harrington and Mack Tolbert** | |
| 216 | pages of videoconferenced depo copy | 594.00 |
| 18 | pages of digitally marked exhibits | 9.00 |
| | Invoice Total: | 603.00 |

7/11/24 Transcript files sent via email

*** IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK ***

***PLEASE NOTE OUR ADDRESS ON THE INVOICE***

THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.

We Appreciate Your Business!

NATIONWIDE COVERAGE!

COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

File No. 629.0489    Claim #
Case Name:  Hobbs v. Kelly, et al
Payable to:  Halasz Reporting & Video
Amt:    $603.00    Date: 10/02/24
Expense Desc:  Court Reporting



1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**     **249425**
Invoice Date:     08/27/2024

---

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Kymberly Hobbs
Attendance Date: 08/14/2024, 1:00 p.m.
Reporter: Kathy Adams, VC Tech: Joe Hudson

---

| Qty | Description | Amount |
|---|---|---|
| | **Deposition Attendance** | |
| 1 | deposition attendance, 2 to 3 hours | 205.00 |
| | **Videoconferenced Deposition of Kymberly Hobbs** | |
| 92 | pages of videoconferenced depo original and copy | 437.00 |
| 5 | pages of digitally marked exhibits | 2.50 |
| | **VIDEOCONFERENCING INVOICE** | |
| 3 | hours of virtual videoconference (2 hour minimum) | 225.00 |

Invoice Total:     869.50

---

8/27/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:** **249522**
Invoice Date:  08/30/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et
al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Depositions of Joshua C. Jackson, William Z. Montgomery, and George Berry, Jr.
Attendance Date: 08/21/2024, 9:00 a.m.
Reporter: Juanita Schar

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Depositions of Joshua C. Jackson and William Z. Montgomery** | |
| 146 | pages of videoconferenced depo copy | 401.50 |

Invoice Total:      401.50

---

9/3/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE
PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS,
CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY,
VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**    **250028**
Invoice Date:    09/30/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Tammy R. Jones
Attendance Date: 09/17/2024, 1:00 p.m.
Reporter: Kathy Adams, VC Tech: Marc Langelier

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Tammy R. Jones** | |
| 135 | pages of videoconferenced depo copy | 371.25 |
| | Invoice Total: | 371.25 |

9/30/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HALASZ**
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**    **249542**
Invoice Date:   09/02/2024

---

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et
al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced and Videotaped Deposition of Anthony Raymond Kelly
Attendance Date: 08/15/2024, 9:30 a.m.
Reporter: Kimberly L. Ribaric, Video: Jake Nurney

---

| Qty | Description | Amount |
|-----|-------------|--------|
| | **Videoconferenced and Videotaped Deposition of Anthony Raymond Kelly** | |
| 199 | pages of videotaped/videoconferenced depo copy | 547.25 |

| | | |
|---|---|---|
| | Invoice Total: | 547.25 |

---

9/3/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE
PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS,
CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY,
VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HALASZ**
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Frith Anderson & Peake, PC (Roanoke Office)
ATTN: Nathan H. Schnetzler, Esq.
29 Franklin Road SW
Roanoke, VA  24011

**Invoice Number:**   **249057**
Invoice Date:   08/01/2024

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Virginia Department of Corrections through Thomas F. Meyer, Jr.
Attendance Date: 07/23/2024, 9:30 a.m.
Reporter: Kathy Adams

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Virginia Department of Corrections through Thomas F. Meyer, Jr.** | |
| 18 | pages of digitally marked exhibits | 9.00 |
| 190 | pages of videoconferenced depo copy | 522.50 |
| | Invoice Total: | 531.50 |
| | Payments: | 531.50 |
| | Total Amount Due: | 0.00 |

<u>Payment Information</u>
09/09/2024 - Check: $531.50 : 71739

---

8/1/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS,
CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY,
VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**   **249965**
Invoice Date:   09/24/2024

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of William R. Oliver, M.D.
Attendance Date: 09/10/2024, 10:00 a.m.
Reporter: Gwenda Applegate

| Qty | Description | Amount |
|---|---|---|
| | **Deposition Attendance** | |
| 1 | deposition attendance, 2 to 3 hours | 205.00 |
| | **Videoconferenced Deposition of William R. Oliver, M.D.** | |
| 96 | pages of medical/videoconferenced depo original and copy | 456.00 |
| 4 | pages of digitally marked exhibits | 2.00 |
| | **VIDEOCONFERENCING INVOICE** | |
| 3 | hours of virtual videoconference (2 hour minimum) | 225.00 |
| | Invoice Total: | 888.00 |

9/24/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



**HALASZ**
Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)                     **Invoice Number:    249603**
ATTN: D. Patricia Wallace, Esq.                                    Invoice Date:   09/04/2024
202 N. 9th Street
Richmond, VA  23219

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et
al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Craig A. O`Der, Jr. and Videoconferenced and Videotaped
Deposition of Samuel Dale Osborne
Attendance Date: 08/29/2024, 9:30 a.m.
Reporter: Juanita Schar, Video: Jake Nurney

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Craig A. O`Der, Jr. and Videoconferenced and Videotaped Deposition of Samuel Dale Osborne** | |
| 205 | pages of videotaped/videoconferenced depo copy | 563.75 |
| 12 | pages of digitally marked exhibits | 6.00 |
| | Invoice Total: | 569.75 |

9/4/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE
PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS,
CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY,
VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



1011 E. Main Street, Suite 100<br>Richmond, VA 23219<br>Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:** **249412**
Invoice Date:  08/27/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Gregory Scott Plummer
Attendance Date: 08/16/2024, 9:30 a.m.
Reporter: Gwenda Applegate

| Qty | Description | Amount |
|-----|-------------|--------|
| | **Videoconferenced Deposition of Gregory Scott Plummer** | |
| 164 | pages of videoconferenced depo copy | 451.00 |
| | Invoice Total: | 451.00 |

---

8/28/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:** **249152**
Invoice Date:   08/09/2024

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Travis Poston
Attendance Date: 07/30/2024, 10:00 a.m.
Reporter: Jackie Bennett

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Travis Poston** | |
| 149 | pages of videoconferenced depo copy | 409.75 |
| | Invoice Total: | 409.75 |

8/9/24 Transcript files sent via email

*** IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK ***

***PLEASE NOTE OUR ADDRESS ON THE INVOICE***

THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.

We Appreciate Your Business!

NATIONWIDE COVERAGE!

COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.



1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**     **249858**
Invoice Date:    09/17/2024

In Re:  Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Jesse Shriki, DO, MS, FACEP
Attendance Date: 09/04/2024, 11:00 a.m.
Reporter: Kathy Adams, VC Tech: Joe Hudson

| Qty | Description | Amount |
|-----|-------------|--------|
| | **Videoconferenced Deposition of Jesse Shriki, DO, MS, FACEP** | |
| 129 | pages of medical/videoconferenced depo copy | 354.75 |
| 2 | pages of digitally marked exhibits | 1.00 |
| | Invoice Total: | 355.75 |

9/17/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

File No. 629.0489    Claim #
Case Name: Hobbs v,. Kelly, et al.
Payable to: Halasz Reproting
Amt:  $358.50    Date: 10/22/24
Expense Desc:  Court Reporting

# HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Frith Anderson & Peake, PC (Roanoke Office)
ATTN: Nathan H. Schnetzler, Esq.
29 Franklin Road SW
Roanoke, VA  24011

**Invoice Number:**    **250262**
Invoice Date:    10/14/2024

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et
al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Mark Robert Sochor, M.D.
Attendance Date: 10/01/2024, 10:00 a.m.
Reporter: Kathy Adams, VC Tech: Joe Hudson

| Qty | Description | Amount |
|---|---|---|
| | **Videoconferenced Deposition of Mark Robert Sochor, M.D.** | |
| 130 | pages of medical/videoconferenced depo copy | 357.50 |
| 2 | pages of digitally marked exhibits | 1.00 |

Invoice Total:    358.50

10/14/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE
PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS,
CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY,
VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services,
attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

629.0489



1011 E. Main Street, Suite 100<br>Richmond, VA 23219<br>Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**   **250205**
Invoice Date:   10/10/2024

---

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced Deposition of Brian Stiltner, D.O.
Attendance Date: 09/25/2024, 3:00 p.m.
Reporter: Gwenda Applegate

---

| Qty | Description | Amount |
|---|---|---|
| | **Deposition Attendance** | |
| 1 | deposition attendance, 2 hours or less | 175.00 |
| | **Videoconferenced Deposition of Brian Stiltner, D.O.** | |
| 67 | pages of medical/videoconferenced depo original and copy | 318.25 |
| 1 | page of digitally marked exhibit | 0.50 |
| | **VIDEOCONFERENCING INVOICE** | |
| 1 | first two hours of virtual videoconference (minimum) | 150.00 |

Invoice Total:   643.75

---

10/10/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

---

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.

# HALASZ
### Reporting & Video

1011 E. Main Street, Suite 100
Richmond, VA 23219
Phone: 804-708-0025

# INVOICE

Office of the Attorney General (Richmond)
ATTN: D. Patricia Wallace, Esq.
202 N. 9th Street
Richmond, VA  23219

**Invoice Number:**     **249406**
Invoice Date:    08/26/2024

In Re:   Kymberly Hobbs, Administrator of the Estate of Charles James Givens, Deceased v. Anthony Raymond Kelly, et al.
Case Number: 1:23-cv-0003
Witness(s): Videoconferenced and Videotaped Deposition of Ronald West, Jr., Volume I
Attendance Date: 08/13/2024, 1:00 p.m.
Reporter: Jackie Bennett , Video: Jake Nurney

| Qty | Description | Amount |
|-----|-------------|--------|
| | **Videoconferenced and Videotaped Deposition of Ronald West, Jr., Volume I** | |
| 182 | pages of videotaped/videoconferenced depo copy | 500.50 |
| | Invoice Total: | 500.50 |

8/26/24 Transcript files sent via email

**\*\*\* IMPORTANT: INCLUDE INVOICE NUMBER ON YOUR CHECK \*\*\***

**\*\*\*PLEASE NOTE OUR ADDRESS ON THE INVOICE\*\*\***

**THIS IS YOUR INVOICE. NO PAPER INVOICE WILL BE SENT. PLEASE FORWARD TO THE APPROPRIATE PARTY.**

**We Appreciate Your Business!**

**NATIONWIDE COVERAGE!**

**COURT REPORTERS, VIDEOGRAPHERS, TRIAL PRESENTATION, VIDEOCONFERENCE CENTERS, CONFERENCE ROOMS, DRONE PHOTOGRAPHY AND VIDEOGRAPHY, VIRTUAL DEPOSITIONS, HEARINGS, ETC., VIA ZOOM, WEBEX AND OTHER PLATFORMS**

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 54-1370651

Please Note: If you wish to pay by credit card a 4% FEE will apply. No credit is extended to attorney's clients or other third parties. In accepting performance of our services, attorney acknowledges and agrees to pay all costs of collection, including attorney's fees and court costs.