UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

KYMBERLY HOBBS, ADMINISTRATOR
OF THE ESTATE OF CHARLES JAMES GIVENS,
DECEASED,

       Plaintiff,

    v.                                    Civil Action No.: 1:23-cv-00003

ANTHONY RAYMOND KELLY, et al.,

       Defendants.

**Affidavit of Kym Hobbs, Administrator of the Estate of Charles James Givens, Deceased**

1. My name is Kym Hobbs. I am the Administrator of the Estate of Charles James Givens, Deceased, and the Plaintiff in the above-captioned matter. I currently reside in Lincoln, Alabama.

2. I am over the age of 18 years old and competent to make this affidavit. I have personal knowledge of the statements made in this affidavit.

3. I understand that pursuant to Federal Rules of Civil Procedure 54(d)(1) and 28 USC § 1920, former Defendants Jeffrey Artrip and Travis Poston have moved to tax costs in the amount of $9,706.75 against me. Below I address my inability to pay any amount of costs.

4. I am married. My husband and I are both employed. I work in Human Resources for a company and make approximately $60,000 per year.

5. My husband and I do not own any real estate. We rent our home and pay $1,286 a month in rent.

6. We own two cars jointly, a 2013 Dodge and a 2003 Jeep.

7. We have two children attending college. Payments made by us to defray tuition and other costs average approximately $28,000 per year.

8. Our current savings are approximately $3,500.

9. My youngest son, age 21, is autistic and lives in our home. We will always need to support him. He has a part-time job that pays him a minimal amount. He but does not contribute to household expenses.

10. Additionally, each month we pay to defray the cost of my husband's father's nursing care. He lives up with us in our home and requires care approximately five days a week. The care is partially paid for by the Veterans Administration, but we normally pay approximately an additional $500 a month.

I, Kym Hobbs, Administrator of the Estate of Charles James Givens, Deceased, swear under penalty of perjury that the statements in this Affidavit are true and correct to the best of my knowledge and belief.

*/s/ Kym Hobbs*
Kym Hobbs, Administrator of the Estate of
Charles James Givens, Deceased

STATE OF ALABAMA         )
                         ) to wit
CITY/COUNTY OF Talladega )

I, Cindy McLaughlin, a Notary Public in and for the State and County or City aforesaid, do hereby certify that on April 28, 2025, Kym Hobbs, Administrator of the Estate of Charles James Givens, Deceased, personally appeared before me in my jurisdiction aforesaid, and, having proved to me through documentary evidence his identity, and after being

2

duly sworn, acknowledged that the information contained in the foregoing Affidavit is true and correct to the best of her knowledge and belief and signed the same before me.

WITNESS under my hand and official seal:

_____
(notary signature)



My Commission Expires: My Commission Expires: September 3, 2028

My Notary Registration No.: NA

3